Held 11/12

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

November 12, 2003

9:20 a.m.

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF PARTICIPATING BY CONFERENCE CALL.

CASE NO.    3:01-cv-2158 (WWE) WAINWRIGHT V. OSM

| Keith R. Ainsworth<br>Evans, Feldman & Boyer<br><br>261 Bradley St., Po Box 1694<br>New Haven, CT 06507-1694 | Robert E. Arnold III<br>Law Offices of Robert E. Arnold LLC<br>412 Orange St.<br>New Haven, CT 06511 |
|---|---|
| Richard C. Feldman<br>Evans, Feldman & Boyer<br><br>261 Bradley St., Po Box 1694<br>New Haven, CT 06507-1694 | Donovan W. Riley<br>Law Offices of Robert E. Arnold LLC<br>412 Orange St.<br>New Haven, CT 06511 |
| J. Michael Sulzbach<br>Po Box 601<br>New Haven, CT 06503 | |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

Dispositive motions to be filed