UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

2003 DEC 18 P 12: 21

US DISTRICT

```
* * * * * * * * * * * * * * *
                              *
DONALD WAINRIGHT, JANET       *
WAINRIGHT, and DEBORAH        *   Case No.:301-CV-2158(WWE)
RUSSO-WILLIAMS,               *
          Plaintiffs,         *
                              *
     v.                       *
                              *
OSM COMMUNICATIONS, INC.,     *
ISRAEL POLANSKY, ROBERT POLANSKY*
ANNE POLANSKY                 *   DECEMBER 16, 2003
          Defendants          *
* * * * * * * * * * * * * * *
```

### DEFENDANTS' COUNSEL'S MOTION TO WITHDRAW

The undersigned counsel for the Defendants, OSM Communications, Inc. ("OSM"), and Robert Polansky ("Polansky"), pursuant to Local FRCP, Rule 15, hereby respectfully move this Court for permission to withdraw as counsel for OSM and Polansky the Defendants in this action on the grounds that the client has failed to assist counsel in the defense of this action by continuously failing to produce promised documents in aid of the matter and has effectively disengaged counsel by failing to pay bills for services.

OSM and Polansky have been notified of the need for new counsel and that failure to file either a pro se appearance or to appear through counsel may result in a default judgment against them. Copies of correspondence to the Defendants is enclosed. All Defendants are aware of the pendency of this motion.

-1-

Thus, the undersigned move the court for permission to withdraw from representation of OSM Communications, Inc. and Robert Polansky in this action.

PLAINTIFF, OSM COMMUNICATIONS, INC., ET AL.

By _____
Richard C. Feldman, Esq.
Evans, Feldman & Boyer, LLC
261 Bradley Street
P.O. Box 1694
New Haven, CT 06507-1694
(203)772-4900   (203)782-1356 fax
rcfeldman@snet.net
fed bar#ct5931

By _____
Keith R. Ainsworth, Esq.
Evans, Feldman & Boyer, LLC
261 Bradley Street
P.O. Box 1694
New Haven, CT 06507-1694
fax(203)772-4900   (203)782-1356
krainsworth@snet.net
fed bar #ct8118