UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------

DONALD WAINRIGHT, JANET WAINRIGHT,          Doc.# 301-CV-2158 (WWE)
AND DEBORAH A. RUSSO-WILLIAMS,

                              Plaintiffs,
                -against-

OSM COMMUNICATIONS, INC., ISRAEL H.
POLANSKY, ROBERT E. POLANSKY, AND
ANNE POLANSKY,
                         Defendants.          December 23, 2003
-------------------------------------------------------------


## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

The plaintiffs in this matter hereby respectfully submit this motion for enlargement of

time with which to permit discovery, specifically depositions, of 30 days to January 31,

2004.  The expiration of the December 31, 2003 time period is because of failure to act

and was the result of excusable neglect based on:

1.     Richard C. Feldman, Esq., counsel for the defendants OSM and Robert Polansky

       has filed a Motion to Withdraw.

2.     J. Michael Sulzbach, counsel for Israel and Anne Polansky, apparently relied on

       Mr. Feldman to produce timely notice of deposition, which Mr. Feldman failed to

       do.  See Exhibit A, attached hereto.

3.     Plaintiff's counsel has been unable to contact our clients, the requested deponents,

       as of the above date.

4.     The unavailability of plaintiff's counsel due to a family vacation.  See Exhibit B,

       attached hereto.  Plaintiff's counsel informed defense counsel of its unavailability

       prior to the issuance of its notices of deposition.

1

5.    There is no danger of prejudice to the defendant as a 30-day extension should allow for compliance by any deponents.

6.    The reason for the delay is not within the reasonable control of the movant, despite movant's good faith efforts.

7.    Pursuant to Local Rule 9, counsel for the plaintiff states that he has ascertained the position of the defendant's counsel, M. Michael Sulzbach, and he consents to an extension to the end of January.  Depositions have been tentatively rescheduled for the end of January.

## LAW IN SUPPORT

"Under Federal Rule of Civil Procedure Rule 6(b)(2), once a deadline has expired the court may only grant extensions of time where the party's failure to act was due to "excusable neglect." Lujan v. Nat'l Wildlife Fed'n, 497 U.S. 871, 896 (1990). "Excusable neglect" under Rule 6(b)(2) is equivalent to "good cause." Putnam v. Morris, 833 F.2d 903, 905 (10th Cir. 1987). Some showing of "good faith" on the party seeking the enlargement and some reasonable basis for noncompliance within the time specified, is generally required to act was due to "excusable neglect." Lujan v. Nat'l WildlifeFed'n, 497 U.S. 871, 896 (1990).

"Without attempting a rigid or all-encompassing definition of `good cause,' it would appear to require *at least* as much as would be required to show excusable neglect, as to which simple inadvertence or mistake of counsel or ignorance of the rules usually does not suffice, and some showing of `good faith on the part of the party seeking the enlargement *and* some reasonable basis for noncompliance within the time specified' is normally required. 10 Wright & Miller, *Federal Practice and Procedure: Civil* § 1165 at 622 (emphasis added). The district court is clearly not *compelled* to accept a lesser `excusable neglect' showing." Putnam v. Morris, 833 F.2d 903, 905 (10th Cir. 1987).

Dated: New Haven, Connecticut
December 23, 2003

By: _____
Robert E. Arnold, Esq. (CT Federal Bar # CT18093)
Law Offices of Robert E Arnold LLC
412 Orange Street
New Haven, Connecticut 06511
Telephone: (203) 777-3000
Fax: (203) 777-2900

ORAL ARGUMENT NOT REQUESTED
TESTIMONY IS NOT REQUIRED

## <u>CERTIFICATION</u>

THIS IS TO CERTIFY that a copy of the foregoing was mailed, postage prepaid, this _23rd_ day of December, 2003, to:

Counsel for the defendants OSM Communications, Inc.,
and Robert E. Polansky.

Richard C. Feldman, Esq.
Keith R. Ainsworth, Esq.
Evans, Feldman & Boyer, LLC
261 Bradley Street
P.O. Box 1694
New Haven, Connecticut 06507-1694

Counsel for the defendants Israel H. Polansky and Anne Polansky

J. Michael Sulzbach
385 Orange Street
New Haven, CT 06511
Tel. 203-781-0880
Fax. 203-781-0861

By: _____
Robert E. Arnold, Esq.
(CT Federal Bar # CT18093)

ORIGINAL TO:  UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604
PHONE: (203) 579-5861
ATTN: CLERK'S OFFICE

4

Exhibit A

## J. MICHAEL SULZBACH
ATTORNEY AT LAW
385 ORANGE STREET
NEW HAVEN, CONNECTICUT 06511

TELEPHONE
(203) 781-0880
TELEFAX
(203) 781-0861

December 18, 2003

Robert E. Arnold, Esquire
412 Orange Street
New Haven, Connecticut 06511

**Re:    Donald Wainright, et al. v. OSM Communications, Inc., et al.**

Dear Mr. Arnold:

We have been trying to reach you by telephone to arrange dates for depositions of your clients. We have earlier understood that Mr. Feldman would be attending to this, but it now turns out he is not. Enclosed with this are notices of deposition. Please confirm that your clients will be available as directed.

Very truly yours,

J. Michael Sulzbach

JMS/bsb
Enclosures



# UNITED

### This is your E-Ticket℠ Receipt and Travel Itinerary

- Your airline ticket is electronic, stored in our computer system
- As with all airline tickets, your electronic ticket is not transferable to others
- **Bring a valid PHOTO ID to check-in**
- If your travel plans change, call UNITED Reservations: 1-800-241-6522
- For Flight Information call: 1-800-824-6200

*Thank you for choosing United Airlines!*

ANDREA M ARNOLD
293 SPORT HILL RD
EASTON CT     06612

---

| RECEIPT AND ITINERARY | | |
|---|---|---|
| | ISSUED:  12 NOV 03 | CHIRR |

RECEIPT  -  RESERVATION NUMBER: RHVOLM          BASE          TAX/FEE/CHARGE          TOTAL
                                                 238.15 USD    17.85      37.00        293.00 USD

PARTY OF (1)          TICKET NO
ARNOLD/ROBERT         0162102269147

PER PASSENGER  -  CAXXXXXXXXXXXX8199 EXPO605/  26295
FARE DETAILS:FARE BASIS SA3WKL    FC 21DEC NYC UA X/CHI UA MKC 106.05SPE7HOLN UA WAS 71.6
3TPE7HOLN UA NYC 60.47SA3WKL USD 238.15 END ZPLGAORDMCIIAD XT 12.00ZP 10.00AY 15.00XFLGA
30RD4.5MCI3IAD4.5
NONREF-CHG100PLUSFAREDIF-
CXL BY FLT DATE OR NOVALUE

ITINERARY                                                                          MP MILES    733
                              NONSTOP - UNITED ECONOMY /CONFIRMED
UNITED   675              NYC/LAGUARDIA        TERMINAL M    NON-SMOKING FLIGHT
DEPART: SUN  21 DEC  10:00A   CHICAGO/OHARE        TERMINAL 1
ARRIVE: SUN  21 DEC  11:34A
EQUIP:   737                  AUDIO
BAGGAGE ALLOWANCE: 2PC

                              NONSTOP - UNITED ECONOMY /CONFIRMED                   MP MILES    500
                                                   NON-SMOKING FLIGHT
UNITED  1493             CHICAGO/OHARE        TERMINAL 1
DEPART: SUN  21 DEC  12:05P   KANSAS CITY MO      TERMINAL A
ARRIVE: SUN  21 DEC   1:34P
EQUIP:   320
BAGGAGE ALLOWANCE: 2PC

                              NONSTOP - UNITED ECONOMY /CONFIRMED                   MP MILES    927
                                                   NON-SMOKING FLIGHT
UNITED  5452 *           KANSAS CITY MO      TERMINAL A
DEPART: MON  29 DEC   8:15A   WASH/DULLES
ARRIVE: MON  29 DEC  11:35A
EQUIP:   CRJ
BAGGAGE ALLOWANCE: 2PC
* OPERATED BY UNITED EXPRESS/AWAC

                              NONSTOP - UNITED ECONOMY /CONFIRMED                   MP MILES    500
                                                   NON-SMOKING FLIGHT
UNITED   846             WASH/DULLES
DEPART: SAT   3 JAN   8:50A   NYC/LAGUARDIA       TERMINAL M
ARRIVE: SAT   3 JAN  10:02A
EQUIP:   757                  AUDIO
BAGGAGE ALLOWANCE: 2PC

---

TICKET VALIDITY in the U. S.
REFUNDABLE TICKETS are valid for one
year from date of issue.
NONREFUNDABLE TICKETS are valid for one year
from date of issue provided any changes occur
prior to midnight of current ticketed travel
date or ticket loses all remaining value.