FILED

2004 JAN -5 A 10: 13

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD WAINRIGHT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CIVIL NO. 3:01CV2158 (WWE) |
| | ) |
| O.S.M. COMMUNICATIONS, INC., | ) |
| et al., | )   DECEMBER 24, 2003 |
| | ) |
| Defendants. | ) |

### RESPONSE TO MOTION TO WITHDRAW

O.S.M. Communications, Inc. and Robert Polansky object to the Motion of Keith Ainsworth and Richard Feldman to withdraw their appearances in this matter for the reasons that we believe that we have cooperated in all reasonable respects with those attorneys and that they have no basis to leave us unrepresented.

Robert E. Polansky, individually and
As President of
O.S.M. Communications, Inc.
432 Park Avenue South, Suite 705]
New York, New York 10016

CERTIFICATION

This is to certify that a copy of the foregoing was mailed, this 30th day of December, 2003 to:

. Robert E. Arnold, Esq, Law Offices of Robert E. Arnold, Esq., for Donald Wainright, Janet Wainright, Deborah Russo-Williams, 412 Orange Street, New Haven, Ct/ 06511.

. Michael Sulzbach, Esq., for Ann Polansky and Israel Polansky, 385 Orange Street, New Haven, Ct. 06511-6406.

And sent certified mail, return receipt requested, to Richard C. Feldman, Esq. And Keith R. Ainsworth, Esq. Both of Evans, Feldman & Boyer, LLC, 261 Bradley Street, P.O. Box 1694, New Haven, Ct. 06507-1694

Robert E. Polansky

Case No: 301 – CV - 2158