#35

01CV2158MEXTIME

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-------------------------------------------------------------

DONALD WAINRIGHT, JANET WAINRIGHT,         Doc.# 301-CV-2158 (WWE)
AND DEBORAH A. RUSso-WILLIAMS,

                                         Plaintiffs,
                  -against-

OSM COMMUNICATIONS, INC., ISRAEL H.
POLANSKY, ROBERT E. POLANSKY, AND
ANNE POLANSKY,
                                        Defendants.    December 23, 2003

-------------------------------------------------------------

Motion Granted.
Discovery cutoff date 1/31/04
Dispositive Motions due by 7/28/04
SO ORDERED
1/5/2005
Warren W. Eginton, Sr.U.S.D.J.

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

The plaintiffs in this matter hereby respectfully submit this motion for enlargement of time with which to permit discovery, specifically depositions, of 30 days to January 31, 2004. The expiration of the December 31, 2003 time period is because of failure to act and was the result of excusable neglect based on:

      Richard C. Feldman, Esq., counsel for the defendants OSM and Robert Polansky has filed a Motion to Withdraw.

      J. Michael Sulzbach, counsel for Israel and Anne Polansky, apparently relied on Mr. Feldman to produce timely notice of deposition, which Mr. Feldman failed to do. See Exhibit A, attached hereto.

3.     Plaintiff's counsel has been unable to contact our clients, the requested deponents, as of the above date.

4.     The unavailability of plaintiff's counsel due to a family vacation. See Exhibit B, attached hereto. Plaintiff's counsel informed defense counsel of its unavailability prior to the issuance of its notices of deposition.

1