ORIGINAL
w/ AFF

FILED

2004 JAN 28 P 2: 43

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

DONALD WAINRIGHT, JANET WAINRIGHT,   Doc.# 301-CV-2158 (WWE)
AND DEBORAH A. RUSSO-WILLIAMS,

       Plaintiffs,
    -against-

OSM COMMUNICATIONS, INC., ISRAEL H.
POLANSKY, ROBERT E. POLANSKY, AND
ANNE POLANSKY,
       Defendants.   January 27, 2004

---

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
2-3-04

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

The plaintiffs in this matter hereby respectfully submit this motion for enlargement of time with which to permit discovery, specifically depositions, of 14 days to February 13, 2004. This is the second Motion for Enlargement of Time filed in the case. The expiration of the January 31, 2004 time period is because of failure to act and was the result of excusable neglect based on:

1. J. Michael Sulzbach, counsel for Israel and Anne Polansky, re-noticed depositions on the plaintiffs on January 22, 2004, seeking deposition dates of January 27th and 28th of 2004.

2. Plaintiffs Donald Wainright and Janet Wainright are unavoidably out of town on the proposed dates, but are available on February 6, 2004. Plaintiff's counsel has as of this date been unable to contact Deborah A. Russo-Williams.

1

3. There is no danger of prejudice to the defendants as the Plaintiff's will supply Defense counsel with documents requested in the Deposition Re-Notice well in advance of the proposed deposition dates requested by Defense Counsel J. Michael Sulzbach, and Defense counsel has until February 28, 2004 to file his expected Motion for Summary Judgment.

4. The reason for the delay is not within the reasonable control of the movant, despite movant's good faith efforts.

5. Pursuant to Local Rule 9, counsel for the plaintiff states that he has ascertained the position of the defendant's counsel, M. Michael Sulzbach, and counsel is available and willing to conduct the depositions of the Plaintiffs on February 5th and 6th, 2004, but has as of the date of this motion been unable to contact his clients in order to consent.

DATED: NEW HAVEN, CONNECTICUT
January 27, 2004

THE PLAINTIFF

BY: _____
ROBERT E. ARNOLD, ESQ.
LAW OFFICES OF ROBERT E ARNOLD LLC
412 ORANGE STREET
NEW HAVEN, CONNECTICUT 06511-6400
TELEPHONE: (203) 777-3000
FAX: (203) 777-2900
Federal Juris #: ct18093