UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD WAINRIGHT, ET AL., : | |
| Plaintiffs, : | CIVIL ACTION NO. |
| v. : | 3:01-CV-02158 (WWE) |
| OSM COMMUNICATIONS, INC., ET AL., : | |
| Defendants. : | FEBRUARY 23, 2004 |

**MOTION FOR ENLARGEMENT OF TIME
OF DEFENDANTS ISRAEL H. POLANSKY AND ANNE POLANSKY**

Defendants Israel H. Polansky and Anne Polansky move for an enlargement of time within which the parties may file dispositive motions from February 28 to March 26, 2004 for the following reasons:

1. These defendants have been endeavoring to take the depositions of the plaintiffs since December 2003. The plaintiffs have made and the Court has granted two (2) motions for enlargement of time for the taking of those depositions. The depositions of Donald Wainright and Janet Wainright were taken on February 10th, but the transcripts thereof will not be delivered until this week.

2. The deposition of Deborah Russo-Williams is now scheduled for the week of March 1, 2004.

3. These defendants, as stated in the December Status Conference in this matter believe that summary judgment should enter in their favor and would have filed their motion s long ago had the depositions of plaintiffs taken place within the time originally ordered.

4.   Pursuant to Rule 9(b) 2, Local Rules of Civil Procedure, the undersigned counsel states that all other counsel are in agreement with this motion and no prior motions have been filed by these defendants with respect to this limitation.

THE DEFENDANTS
ISRAEL H. POLANSKY and ANNE POLANSKY

By: _____
J. Michael Sulzbach
385 Orange Street
New Haven, CT 06511
Telephone: (203) 781-0880
Fed. Bar No. ct00206
Attorney for Defendants
Israel H. Polansky and Anne Polansky

## CERTIFICATE OF SERVICE

This is to certify that on this 23rd day of February, 2004, a copy of the foregoing motion was deposited in the United States mails, first-class, postage prepaid, addressed to:

Robert E. Arnold, Esquire
Law Offices of Robert E. Arnold, LLC
412 Orange Street
New Haven CT 06511
- Attorney for the Plaintiffs -


Keith R. Ainsworth, Esquire
Richard C. Feldman, Esquire
Evans Feldman & Boyer, LLC
261 Bradley Street
PO Box 1694
New Haven CT 06507
- Attorney for the Defendants OSM Communications, Inc. and Robert Polansky —

_____
J. Michael Sulzbach