FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DONALD WAINRIGHT, ET AL.,

        Plaintiffs,

        v.

OSM COMMUNICATIONS, INC., ET AL.,

        Defendants.

:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.
3:01-CV-02158 (WWE)

FEBRUARY 23, 2004

## OBJECTION TO PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME

Defendants Israel H. Polansky and Anne Polansky object to plaintiffs' motion for enlargement of time within which to take their depositions and that of Robert E. Polansky for the following reasons:

1.    The time for the taking of such depositions expired at the end of 2003.

2.    The taking of the deposition of Israel H. Polansky, who is 93 years of age and resides in Newton, Massachusetts, will constitute a difficulty and hardship for him.

3.    These defendants, who will be promptly filing motions for summary judgment, should not be subjected to the added expense of the proposed discovery.

4.    Plaintiffs have had the opportunity to examine defendants Robert E. Polansky and Israel H. Polansky at the hearing before the Honorable Holly B. Fitzsimmons on September 25, 2002 in connection with defendants' motion to open judgment, which motion was granted, these defendants having presented "evidence of facts that if proven at trial, would constitute a complete

defense." (Recommended Ruling on Motion to Open Judgment and Stay Enforcement of Judgment, p. 11)

5.    Finally, plaintiffs have presented no good reasons why they failed to take the proposed discovery within the time originally ordered.

THE DEFENDANTS
ISRAEL H. POLANSKY and ANNE POLANSKY

By: _____
J. Michael Sulzbach
385 Orange Street
New Haven, CT 06511
Telephone: (203) 781-0880
Fed. Bar No. ct00206
Attorney for Defendants
Israel H. Polansky and Anne Polansky

## CERTIFICATE OF SERVICE

This is to certify that on this 23rd day of February, 2004, a copy of the foregoing objection

was deposited in the United States mails, first-class, postage prepaid, addressed to:

Robert E. Arnold, Esquire
Law Offices of Robert E. Arnold, LLC
412 Orange Street
New Haven CT 06511
- Attorney for the Plaintiffs -


Richard C. Feldman, Esquire
Keith R. Ainsworth, Esquire
Evans Feldman & Boyer, LLC
261 Bradley Street
PO Box 1694
New Haven CT 06507
- Attorney for the Defendants OSM Communications, Inc. and Robert Polansky --

_____
J. Michael Sulzbach