**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **WAINRIGHT et al.,** | : | **3:01cv2158(WWE)** |
| | : | |
| **v.** | : | |
| | : | |
| **OSM COMMUNICATIONS, INC.** | : | |

### RULING ON MOTION TO WITHDRAW
### FILED BY COUNSEL FOR
### OSM COMMUNICATIONS AND ROBERT POLANSKY

The motion to withdraw [doc. #34] filed by counsel for OSM Communications and Robert Polansky is DENIED without prejudice.

Counsel shall continue to represent OSM Communications and Robert Polansky until resolution of a motion for summary judgment that is to be filed by defense counsel on or before March 31, 2004. Such continuing representation is contingent upon the payment of all outstanding attorneys' fees. Any dispute relative to attorneys' fees should be submitted to this court for resolution.

Counsel for OSM Communications and Robert Polansky may refile the motion to withdraw after resolution of the motion for summary judgment.

So Ordered this 27th day of February, 2004.

_____
WARREN W. EGINTON
SENIOR UNITED STATES DISTRICT JUDGE