Held
2/26/04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Status Conference Calendar

Honorable Warren W. Eginton, Senior U. S. D. J.
915 Lafayette Boulevard
Bridgeport
Chamber Room 335

February 25, 2004   [26]

~~10:00 a.m.~~   12:30

ANY REQUEST FOR A CONTINUANCE OR POSTPONEMENT MUST BE DIRECTED TO
CHAMBERS. ALL ATTORNEYS OUTSIDE OF THE FAIRFIELD COUNTY AREA ARE
ENCOURAGED TO CONTACT CHAMBERS REGARDING THE POSSIBILITY OF
PARTICIPATING BY CONFERENCE CALL.

Polansky &
OSM
Here

CASE NO. **3:01-cv-2158 (WWE)**     **WAINWRIGHT v. OSM COMMUNICATIONS**

Keith R. Ainsworth
Evans, Feldman & Boyer          Δ          J. Michael Sulzbach      Here
261 Bradley St., Po Box 1694               385 Orange St.           Israel
New Haven, CT 06507-1694                   New Haven, CT 06511      defendants

Robert E. Arnold III
Law Offices of Robert E. Arnold LLC
412 Orange St.
New Haven, CT 06511

Richard C. Feldman
Evans, Feldman & Boyer          Δ
261 Bradley St., Po Box 1694
New Haven, CT 06507-1694

Donovan W. Riley
Law Offices of Robert E. Arnold LLC
412 Orange St.
New Haven, CT 06511

                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK