UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DEBORAH SHILLINGFORD,                        )
                                             )
              Plaintiff,                      )
                                             )
v.                                           )    Civil Action No.  303CV2068(SRU)
                                             )
THE UNITED STATES OF AMERICA,                )
AND GEORGE MAYO,                             )
                                             )
              Defendants.                     )

**Form 26(f)**
**Report of Parties' Planning Meeting**

Date complaint filed: December 1, 2003

Date complaint served: December 8, 2003

Date of defendants' appearance: February 11, 2004

          Pursuant to Fed. R. Civ. P. 16(b), 26(f) and D. Conn. L. Civ. R. 26(f), a
conference was held during the week of February 9, 2004.  The participants were:

      ...ney Matthew S. Hirsch for the plaintiff, Deborah Shillingford.

      ...stant U.S. Attorney Patrick Caruso for the defendants United States of America and
      ...ge Mayo.

      ...rtification

          Undersigned counsel certify that, after consultation with their clients, they have

      ...ssed the nature and basis of the parties' claims and defenses and any possibilities

Page 1 of 8

Report Approved.  Discovery cutoff date October 20, 2004
Dispositive motions due by November 15, 2004
Status Conference to be held on date to be set
An order indicating the Conference time will separately issue.
SO ORDERED
2/26/04

Stefan R. Underhill, U.S.D.J.