UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DONALD WAINRIGHT, ET AL.,

    Plaintiffs,

v.

OSM COMMUNICATIONS, INC., ET AL.,

    Defendants.

CIVIL ACTION NO.
3:01-CV-02158 (WWE)

FEBRUARY 23, 2004

## MOTION FOR ENLARGEMENT OF TIME
## OF DEFENDANTS ISRAEL H. POLANSKY AND ANNE POLANSKY

Defendants Israel H. Polansky and Anne Polansky move for an enlargement of time within which the parties may file dispositive motions from February 28 to March 26, 2004 for the following reasons:

1. These defendants have been endeavoring to take the depositions of the plaintiffs since December 2003. The plaintiffs have made and the Court has granted two (2) motions for enlargement of time for the taking of those depositions. The depositions of Donald Wainright and Janet Wainright were taken on February 10th, but the transcripts thereof will not be delivered until this week.

2. The deposition of Deborah Russo-Williams is now scheduled for the week of March 1, 2004. These defendants, as stated in the December Status Conference in this matter believe that summary judgment should enter in their favor and would have filed their motion s long ago had the depositions of plaintiffs taken place within the time originally ordered.

*Motion GRANTED. 3-1-04*
WARREN W. EGINTON
Senior United States District Judge

FILED 2004 MAR -1 A 3:35
U.S. DISTRICT COURT
BRIDGEPORT CT