```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF CONNECTICUT


* * * * * * * * * * * * * * * *
                               *
DONALD WAINRIGHT, JANET        *
WAINRIGHT, and DEBORAH         *  Case No.:301-CV-2158
RUSSO-WILLIAMS,                *
              Plaintiffs,      *
                               *
       v.                      *
                               *
OSM COMMUNICATIONS, INC.,      *
ISRAEL POLANSKY, ROBERT POLANSKY*
ANNE POLANSKY                  *  MARCH 25, 2004
              Defendants       *
* * * * * * * * * * * * * * * *
```

**DEFENDANTS' COUNSEL'S RENEWED MOTION TO WITHDRAW AND REQUEST FOR HEARING**

The undersigned counsel for the Defendants, OSM Communications, Inc. ("OSM"), and Robert Polansky ("Polansky"), pursuant to Local FRCP, Rule 15, hereby renews its Motion to Withdraw as counsel for OSM and Polansky the Defendants in this action on the grounds that the client has failed to comply with the Court's Order regarding the payment of counsel's reasonable attorney's fees in that no payment at all has been received to date despite the necessity for continuing activities by counsel on behalf of OSM and Polansky.

-2-

WHEREFORE, the Motion to Withdraw is renewed and should be granted.

PLAINTIFF, OSM COMMUNICATIONS, INC., ET AL.

By_____          By_____
  Richard C. Feldman, Esq.          Keith R. Ainsworth, Esq.
  Evans, Feldman & Boyer, LLC       Evans, Feldman & Boyer, LLC
  261 Bradley Street                261 Bradley Street
  P.O. Box 1694                     P.O. Box 1694
  New Haven, CT 06507-1694          New Haven, CT 06507-1694
 (203)772-4900  (203)782-1356 fax(203)772-4900  (203)782-1356 fax
  rcfeldman@snet.net                krainsworth@snet.net
  fed bar#ct5931                    fed bar #ct8118

```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF CONNECTICUT


* * * * * * * * * * * * * * * *
                               *
DONALD WAINRIGHT, JANET        *
WAINRIGHT, and DEBORAH         * Case No.:301-CV-2158
RUSSO-WILLIAMS,                *
             Plaintiffs,       *
                               *
       v.                      *
                               *
OSM COMMUNICATIONS, INC.,      *
ISRAEL POLANSKY, ROBERT POLANSKY*
ANNE POLANSKY                  *                 , 2004
             Defendants        *
* * * * * * * * * * * * * * * *
```

ORDER

   WHEREAS, Defendants' counsel's Motion to Withdraw, OSM Communications, Inc., and Robert Polansky, was presented to the Court; and
   WHEREAS, the Court ordered that counsel remain as counsel for the Defendants Robert Polansky and OSM Communications, Inc., contingent upon the clients paying counsels' reasonable attorneys fees; and
   WHEREAS, Robert Polansky and OSM Communications, Inc. have failed to make any payments, it appears that there is good cause to grant this Motion;
   IT IS ORDERED that counsel for the Defendants may withdraw from representation upon notification to the Defendants of this order.

   Dated this _ day of _____, 2004 at Bridgeport, Connecticut.

_____
                            , U.S. District Court Judge

<u>CERTIFICATION</u>

   THIS IS TO CERTIFY that a copy of the foregoing was mailed,
postage prepaid, this 25th day of March, 2004 to:

Robert E. Arnold, Esq., Law Offices of Robert E. Arnold, Esq., for Donald Wainright, Janet Wainright, Deborah Russo-Williams, 412 Orange Street, New Haven, CT 06511.

Michael Sulzbach, Esq., for Ann Polansky and Israel Polansky, 385 Orange Street, New Haven, CT 06511-6406

And sent certified mail, return receipt requested, to Robert Polansky and OSM Communications, Inc., 3 East 69th Street, Apartment 2A, New York, NY 10021 and by e-mail to RobertEPolansky@aol.com.

                                          _____

                                          Keith R. Ainsworth

−5−

−5−