# FILED

2004 MAR 31  P 2: 25

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT
BRIDGEPORT, CONN

DONALD WAINRIGHT, ET AL.,

        Plaintiffs,

    v.

OSM COMMUNICATIONS, INC., ET AL.,

        Defendants.

:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.
3:01-CV-02158 (WWE)

MARCH 31, 2004

## MOTION FOR SUMMARY JUDGMENT OF
## DEFENDANT ISRAEL H. POLANSKY

Pursuant to Fed. R. Civ. P. 56 (c) the defendant ISRAEL H. POLANSKY moves for summary judgment on the complaint. The grounds for this motion are that there is no dispute as to any material fact and this defendant is entitled to judgment as a matter of law.

This motion is supported by an affidavit of this defendant and excerpts from the deposition testimony of each of the plaintiffs, all as more fully appears from the joint brief of defendants Israel H. Polansky and Anne Polansky filed herewith.

THE DEFENDANTS ISRAEL H. POLANSKY and
ANNE POLANSKY

By: _____
        J./Michael Sulzbach
        385 Orange Street
        New Haven, CT 06511
        Telephone: (203) 781-0880
        Fed. Bar No. ct00206
        Attorney for Defendants Israel H.
        Polansky and Anne Polansky