FILED

2004 MAR 31  P 2: 26

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD WAINRIGHT, ET AL., | : |
| Plaintiffs, | : CIVIL ACTION NO. |
| | : 3:01-CV-02158 (WWE) |
| v. | : |
| OSM COMMUNICATIONS, INC., ET AL., | : |
| Defendants. | : MARCH 31, 2004 |

**MOTION FOR SUMMARY JUDGMENT OF DEFENDANT ANNE POLANSKY**

Pursuant to Fed. R. Civ. P. 56 (c) the defendant ANNE POLANSKY moves for summary judgment on the complaint. The grounds for this motion are that there is no dispute as to any material fact and this defendant is entitled to judgment as a matter of law.

This motion is supported by an affidavit of this defendant and excerpts from the deposition testimony of each of the plaintiffs, all as more fully appears from the joint brief of defendants Israel H. Polansky and Anne Polansky filed herewith.

THE DEFENDANTS ISRAEL H. POLANSKY and
ANNE POLANSKY

By: _____
J. Michael Sulzbach
385 Orange Street
New Haven, CT 06511
Telephone: (203) 781-0880
Fed. Bar No. ct00206
Attorney for Defendants Israel H.
Polansky and Anne Polansky

## CERTIFICATE OF SERVICE

This is to certify that on this 31st day of March, 2004, a copy of the foregoing was deposited in the United States mails, first-class, postage prepaid, addressed to:

Robert E. Arnold, Esquire
Law Offices of Robert E. Arnold, LLC
412 Orange Street
New Haven CT 06511
- Attorney for the Plaintiffs -


Richard C. Feldman, Esquire
Keith R. Ainsworth, Esquire
Evans Feldman & Boyer, LLC
261 Bradley Street
PO Box 1694
New Haven CT 06507
- Attorney for the Defendants OSM Communications, Inc. and Robert Polansky --

_____
J. Michael Sulzbach