FILED

2004 MAR 31 P 2: 26

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DONALD WAINRIGHT, et al., )
)
        Plaintiffs, )
)
v. ) CIVIL ACTION NO. 3:01CV2158 (WWE)
)
O.S.M. COMMUNICATIONS, INC., )
et al., )
)
        Defendants. )

## AFFIDAVIT OF ISRAEL H. POLANSKY

1. I am ninety-three years old and understand the obligations of an oath.

2. I have been an investor in defendant OSM Communications, Inc. ("OSM"), which was located in New York City.

3. In May of 1996, I invested sufficient sums in OSM for OSM to purchase the assets which had once belonged to a company called In-Store Advertising, Inc. in which I had also been an investor and, until 1991, a board member.

4. In-Store Advertising owned electronic signs which had been installed in supermarkets. Advertising on those signs would be sold to consumer product companies and placed in the signs via computer over telephone lines.

5. It was OSM's objective to secure outside investment capital to fund the marketing of such advertising and the telecommunications network.

6. In May of 1996, I was eighty-six years old and my primary function was to care for my eighty-four year old wife; this, in addition to my age, compelled me to retire from business in June the following year.

7. My wife required and continues to require my constant attention and presence at our home in Newton, Massachusetts. Her movement is severely restricted by reason of her arthritis. She suffers from severe diverticulitis, has constant headaches, and rarely has a day without pain. As a result, I very rarely traveled to New York City or visited the company.

8. Other than my investment in the company, I had no role of any kind in the operation of OSM, although I was a director of the company, because I was told that under Delaware Law that two directors were required. My son Robert Polansky was the other director.

9. Robert Polansky was the President and in charge of all operations.

10. My investment in OSM provided funds for OSM to function while it sought investment capital.

11. OSM never had the capital to set up the telecommunications network.

12. In 1999, I was reaching the point that I could make no further investments without jeopardizing the savings necessary to meet my needs and those of my wife, and in 2000 I stopped making investments altogether.

13. At the same time, my son continued to seek venture capital to sustain the company. He came close to success but never achieved it and as a result of this and because the company's software was missing or disabled, the company ceased all operations at the end of 2000.

14. From time to time I met with potential investors who wanted to know who their capital partner would be.

15. The company is no longer operational but does retain virtually all of the assets it acquired in 1996 except, I am told by Robert Polansky, that certain essential, proprietary operating software was taken or made inaccessible by plaintiffs Donald Wainright and Deborah Russo-Williams.

16. At no time did I ever guarantee to either the plaintiffs or anyone else that I would fund the company so that plaintiffs' salaries or benefits could be paid. I never made any representations to anyone to that effect.

17. To date, I have received no return on my investment and no repayment of any sums I loaned or invested.

18. I never directed, controlled or otherwise influenced the operations of OSM.

19. I have never met Janet Wainright.

_____
Israel H. Polansky

Subscribed and sworn to before me this 29th day of March, 2004.

_____
Notary Public
My Commission Expires:

JOLYNNE M. ROORDA
*NOTARY PUBLIC*
MY COMMISSION EXPIRES 08/31/2007

3

## CERTIFICATE OF SERVICE

This is to certify that on this 31st day of March, 2004, a copy of the foregoing was deposited in the United States mails, first-class, postage prepaid, addressed to:

Robert E. Arnold, Esquire
Law Offices of Robert E. Arnold, LLC
412 Orange Street
New Haven CT 06511
- Attorney for the Plaintiffs -

Keith R. Ainsworth, Esquire
Richard C. Feldman, Esquire
Evans Feldman & Boyer, LLC
261 Bradley Street
PO Box 1694
New Haven CT 06507
- Attorney for the Defendants OSM Communications, Inc. and Robert Polansky --

J. Michael Sulzbach