FILED
2004 MAR 31  P 2: 26
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD WAINRIGHT, ET AL., | : |
| Plaintiffs, | : CIVIL ACTION NO. |
| v. | : 3:01-CV-02158 (WWE) |
| OSM COMMUNICATIONS, INC., ET AL., | : |
| Defendants. | : MARCH 31, 2004 |

## LOCAL RULE 9 (C) 1 STATEMENT OF DEFENDANT ISRAEL H. POLANSKY

1. Plaintiffs' claims against defendants are based upon plaintiffs' claims for salary, severance, and other benefits claimed to be owed to them by reason of the employment of Donald Wainright and Deborah A. Russo-Williams as employees of defendant OSM Communications, Inc. ("OSM").

2. Plaintiffs claim that defendant Israel H. Polansky is liable for those obligations for the following reasons:

    A. The plaintiffs were induced to become employees of OSM through the fraudulent representations of Israel H. Polansky concerning OSM's financial viability and this defendant's willingness to personally guaranty that OSM would meet its obligations to plaintiffs;

    B. OSM is nothing more than an alter ego and instrumentality of Israel H. Polansky.

    C. In June of 1998 Israel H. Polansky promised Ms. Russo-Williams that he would personally guaranty OSM's financial obligations;

3. Other than as set forth above, the plaintiffs have asserted no claims against Israel H. Polansky.

4. Israel H. Polansky is 93 years of age.

5. Israel H. Polansky was an investor in OSM and lent hundreds of thousands of dollars to OSM.

6. Israel H. Polansky was a director of OSM.

7. Israel H. Polansky was neither an employee nor officer of OSM.

8. Israel H. Polansky had no role in the operation or management of OSM.

9. Israel H. Polansky had no control of any asset of OSM.

10. Israel H. Polansky had no control of OSM's payment or non-payment of any monies claimed by any plaintiff.

11. At all relevant times, OSM was located in New York City.

12. At all relevant times, Israel H. Polansky resided with his wife in Newton, Massachusetts.

13. Without the investments and loans of Israel H. Polansky, OSM could not have operated during the period of plaintiffs' employment.

14. At no time did Israel H. Polansky guaranty Donald Wainright that he would fund the company so that his salaries and/or other benefits could be paid nor did he guaranty that such salaries or benefits would be paid.

15. At no time did Israel H. Polansky guaranty Janet Wainright that he would fund the company so that any salaries and/or other benefits or expenses could be paid nor did he guaranty that such salaries or benefits or expenses would be paid.

16. At no time did Israel H. Polansky guaranty Deborah A. Russo-Williams that he would fund the company so that her salaries and/or other benefits could be paid nor did he guaranty that such salaries or benefits would be paid.

17. OSM was neither the alter ego nor the instrumentality of Israel H. Polansky.

18. Israel H. Polansky never directed, controlled or otherwise influenced the operations of OSM.

THE DEFENDANTS
ISRAEL H. POLANSKY and ANNE POLANSKY

By: _____
J. Michael Sulzbach
385 Orange Street
New Haven, CT 06511
Telephone: (203) 781-0880
Fed. Bar No. ct00206
Attorney for Defendants
Israel H. Polansky and Anne Polansky