UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD WAINRIGHT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:01CV2158 (WWE) |
| | ) |
| O.S.M. COMMUNICATIONS, INC., | ) |
| et al., | ) |
| | ) |
| Defendants. | ) |

### AFFIDAVIT OF ANNE POLANSKY

1. I am a defendant in this action and am over the age of eighteen years and understand the obligations of an oath.

2. I have been married to defendant Robert E. Polansky since 1973.

3. My husband is the President of defendant OSM Communications, Inc. ("OSM").

4. I have never had anything to do with OSM except as set forth herein.

5. I have never been an officer or director or employee of OSM.

6. I have never had access to any OSM assets, accounts, or credit cards.

7. I do not possess or control and never have possessed or controlled any asset or thing of value of OSM.



8. No employee of OSM has ever performed any function for me other than answering the telephone when I have called my husband at the office.

9. I have never received money or anything of value from OSM.

10. I have never had any communication with any plaintiff other than with respect to trying to reach my husband at the office by telephone.

11. I have never met Janet Wainright.

*(signature)*
Anne Polansky

Subscribed and sworn to before me this 30th day of March, 2004.

*(signature)*
Notary Public
My Commission Expires:

MICHAEL P. GOLDSMITH
Notary Public, State of New York
No. 02GO4759534
Qualified in New York County
Commission Expires Sept. 30, 2006

2

## CERTIFICATE OF SERVICE

This is to certify that on this 31st day of March, 2004, a copy of the foregoing was deposited in the United States mails, first-class, postage prepaid, addressed to:

Robert E. Arnold, Esquire
Law Offices of Robert E. Arnold, LLC
412 Orange Street
New Haven CT 06511
- Attorney for the Plaintiffs -


Richard C. Feldman, Esquire
Keith R. Ainsworth, Esquire
Evans Feldman & Boyer, LLC
261 Bradley Street
PO Box 1694
New Haven CT 06507
- Attorney for the Defendants OSM Communications, Inc. and Robert Polansky –

_____
J. Michael Sulzbach