40

FILED

2004 FEB 17 P 12: 49

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---

DONALD WAINRIGHT, JANET WAINRIGHT,      Doc.# 301-CV-2158 (WWE)
AND DEBORAH A. RUSSO-WILLIAMS,

                       Plaintiffs,

-against-

OSM COMMUNICATIONS, INC., ISRAEL H.
POLANSKY, ROBERT E. POLANSKY, AND
ANNE POLANSKY,

                       Defendants.       February 13, 2004

---

Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge
2-26-04

FILED
2004 APR 14 A 11
U.S. DISTRICT COURT
BRIDGEPORT CO

## PLAINTIFFS' MOTION FOR LEAVE TO DEPOSE DEFENDANTS OUT OF TIME

The Plaintiffs Donald Wainright; Janet Wainright; and Deborah A. Russo-Williams, by their attorney, Law Offices of Robert E. Arnold LLC, respectfully seek leave to depose the Defendants in the above captioned matter out of time, or in the alternative to an enlargement of time for discovery.

The basis for Plaintiff's motion is as follows:

1. The Plaintiffs have, in good faith, prosecuted the above action resulting in a Default Judgment in favor of the Plaintiffs based on the Defendant's failure to appear or plead. The Plaintiffs opposed unsuccessfully the reopening of the Default Judgment and have dealt with the delays associated with the changes in the Defendants' legal counsel.