UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------

DONALD WAINRIGHT, JANET WAINRIGHT,    Doc.# 301-CV-2158 (WWE)
AND DEBORAH A. RUSSO-WILLIAMS,

                                    Plaintiffs,
                    -against-

OSM COMMUNICATIONS, INC., ISRAEL H.
POLANSKY, ROBERT E. POLANSKY, AND
ANNE POLANSKY,
                                   Defendants.    April 22, 2004

-----------------------------------------------------------

FILED 2004 APR 23 P 3:03
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**Motion GRANTED** 5-17-04
WARREN W. EGINTON
Senior United States District Judge
4-27-04

FILED 2004 APR 27 P 12:59
U.S. DISTRICT COURT
BRIDGEPORT, CONN

### PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO OBJECT TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 6(b)(2) and 56(e), the Plaintiffs in this matter hereby respectfully submit this motion for enlargement of time with which to object to the Defendants' Motion for Summary Judgment (received by this firm on April 2, 2004). The Plaintiffs request an Enlargement of Time to Object, not to exceed 45 days, or until such time that the Plaintiffs are allowed to take the depositions and receive documents requested at the time of the depositions of Robert Polansky and Anne Polansky, and are allowed to complete the deposition of Israel Polansky, on the following grounds:

1. The reason for the delay in the completion of Defendants' depositions is not within the reasonable control of the movant, despite movant's good faith efforts.

2. Unavailability of either deponent or deponent's counsel has so far frustrated Plaintiffs' counsel from scheduling the aforementioned depositions (See Exhibits B, C and D attached hereto).

1