UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

```
* * * * * * * * * * * * * * *
                             *
DONALD WAINRIGHT, JANET      *
WAINRIGHT, and DEBORAH       *   Case No.:301-CV-2158 (WWE)
RUSSO-WILLIAMS,              *
               Plaintiffs,   *
                             *
        v.                   *
                             *
OSM COMMUNICATIONS, INC.,    *
ISRAEL POLANSKY, ROBERT POLANSKY*
ANNE POLANSKY                *   MARCH 25, 2004
               Defendants    *
* * * * * * * * * * * * * * *
```

## DEFENDANTS' COUNSEL'S RENEWED MOTION TO WITHDRAW AND REQUEST FOR HEARING

The undersigned counsel for the Defendants, OSM Communications, Inc. ("OSM"), and Robert Polansky ("Polansky"), pursuant to Local FRCP, Rule 15, hereby renews its Motion to Withdraw as counsel for OSM and Polansky the Defendants in this action on the grounds that the client has failed to comply with the Court's Order regarding the payment of counsel's reasonable attorney's fees in that no payment at all has been received to date despite the necessity for continuing activities by counsel on behalf of OSM and Polansky.

-1-