UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------

DONALD WAINRIGHT, JANET WAINRIGHT,            Doc.# 301-CV-2158 (WWE)
AND DEBORAH A. RUSSO-WILLIAMS,

                          Plaintiffs,
         -against-

OSM COMMUNICATIONS, INC., ISRAEL H.
POLANSKY, ROBERT E. POLANSKY, AND
ANNE POLANSKY,
                         Defendants.        July 30, 2004
-----------------------------------------------------------

To Sept. 7, 2004
Motion GRANTED
WARREN W. EGINTON
Senior United States District Judge

**PLAINTIFFS' SECOND MOTION FOR ENLARGEMENT OF TIME TO OBJECT TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 6(b)(2) and 56(e), the Plaintiffs in this matter hereby respectfully submit their second motion for enlargement of time with which to object to the Defendants' Motion for Summary Judgment (received by this firm on April 2, 2004). The Plaintiffs request a Second Enlargement of Time to Object, not to exceed 45 days, in order to allow the Plaintiffs to take the depositions and receive documents requested at the time of the depositions of Robert Polansky and Anne Polansky, and to allow the completion of the deposition of Israel Polansky OR in the alternative, until August 3, 2004 on the following grounds:

Plaintiffs' counsel Attorney Robert E. Arnold is currently in the process of moving his offices from New Haven, Connecticut to New Britain, Connecticut. In addition, Attorney Arnold has moved his residence as well. As a result, portions of the Plaintiffs' file, including scheduling of events and the Defendants' Motion for Summary Judgment is currently being pulled from inadvertent storage

1