FILED

2004 OCT 12  A 11: 21

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
***************************************************
DONALD WAINRIGHT, JANET WAINRIGHT, AND    *        APPEARANCE
DEBORAH RUSSO-WILLIAMS,                    *
                          Plaintiffs,     *
        v.                                *
OSM COMMUNICATIONS, INC., ISRAEL          *   Case No.  301-CV-2158 (WWE)
POLANSKY, ROBERT POLANSKY and             *
ROBERT POLANSKY,                          *
                          Defendants,     *
***************************************************
```

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

DONALD WAINRIGHT, JANET WAINRIGHT, AND
DEBORAH RUSSO-WILLIAMS

_10/12/04_
Date

Signature

Karen E. Haley
Print Name

419 Whalley Ave, Suite 105
Address

New Haven, Ct. 06511
City         State    Zip Code

203 - 562 - 0600
Phone Number
Federal Bar Number: ct 26005

## CERTIFICATION OF SERVICE

This is to certify that on this 12th day of October, 2004, a copy of the foregoing

was deposited in the United States mails, first-class, postage prepaid, addressed to:

Robert E. Arnold, Esq.
Law Offices of Robert E. Arnold
295 Bassett Street
New Britain, CT 06051

Defendant Robert E. Polansky
3 East 69th Street
New York, New York  10021

Defendant OSM Communications, Inc.
432 Park Avenue South
Suite 705
New York, New York  10016

Counsel for the defendants Israel H. Polansky and Anne Polansky
J. Michael Sulzbach
385 Orange Street
New Haven, CT 06511 Tel. 203-781-0880 Fax.03-781-0861


Original To:

**United States District Court, District Of Connecticut**
**915 LAFAYETTE BOULEVARD**
**BRIDGEPORT, CONNECTICUT 06604**
**attn: clerk's office**
**phone: (203) 579-5861**

Attorney Karen E. Haley