UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------

DONALD WAINRIGHT, JANET WAINRIGHT,    DOC.# 301-CV-2158 (WWE)
AND DEBORAH A. RUSSO-WILLIAMS,

                       PLAINTIFFS,
      -AGAINST-

OSM COMMUNICATIONS, INC., ISRAEL H.
POLANSKY, ROBERT E. POLANSKY, AND
ANNE POLANSKY,
                       DEFENDANTS.    OCTOBER 12, 2004

-----------------------------------------------------------------

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The undersigned respectfully moves this Court for leave to withdraw his appearance in the above captioned case as counsel for the plaintiffs. The undersigned counsel is no longer a member of the firm Law Offices of Robert E. Arnold LLC representing the plaintiffs, and the instant request will not cause undue hardship or prejudice to the defendants.

DATED:    October 12, 2004

                                       _____
                                       Donovan W. Riley, Esq.
                                       Law Offices of Donovan W. Riley LLC
                                       49 Garden Street
                                       Torrington, CT 06790
                                       Tel. 860-496-8678

CERTIFICATION

THIS IS TO CERTIFY THAT a copy of the foregoing was mailed, postage prepaid, this 12th day of October, 2004, to:

Keith Ainsworth, Esq.
Evans, Feldman & Boyer, LLC
261 Bradley Street
P.O. Box 1694
New Haven, CT 06507

Counsel for Israel + Anne Polansky
Defendants:
J. Michael Sulzbach
385 Orange Street
New Haven, CT 06511
Tel. 203-781-0880

Attorney for Plaintiffs:
Robert E. Arnold, Esq.
295 Bassett St.
New Britain, CT 06051
Tel. 203-777-3000

Defendant
Robert Polansky
3 E. 69th St.
New York, N.Y. 10021

Defendant OSM Communications Inc.
432 Park Ave. S.
Suite 705
New York, N.Y. 10016

By: _____

Donovan W. Riley, Esq.
Law Offices of Donovan W. Riley LLC
49 Garden Street
Torrington, CT 06790
Tel. 860-496-8678