UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 OCT 20 P 2: 54

| | |
|---|---|
| DONALD WAINRIGHT, et al., | : |
| Plaintiffs, | : CIVIL ACTION NO. |
| v. | : 3:01-CV-02158 (WWE) |
| OSM COMMUNICATIONS, INC., et al., | : |
| Defendants. | : OCTOBER 20, 2004 |

## OBJECTION TO PLAINTIFFS' THIRD MOTION FOR ENLARGEMENT OF TIME

Plaintiffs have filed a third motion for enlargement of time to file responses to defendants' Motions for Summary Judgment and to depose the defendants. Defendants' Motions for Summary Judgment have been pending since March 31, 2004. The Rule 26 scheduling order entered March 31, 2003 called for plaintiffs to have completed their discovery by the end of 2003. On February 13, 2004 they moved for an extension of time to depose the defendants. On March 31, defendants filed their Motions for Summary Judgment. Plaintiffs' response to defendants' Motions for Summary Judgment was due at the end of April 2004.

On April 23, 2004 they moved for an extension of time to respond to the Motions for Summary Judgment and to depose the defendants. That motion was granted on April 27, 2004, extending the time for forty-five (45) days. On July 30, 2004 they filed – but did not serve on the defendants – another motion for extension which was granted until September 7, 2004.

September 7 came and went, and on October 12, 2004 plaintiffs filed a third motion for enlargement of time asserting the necessity of depositions of defendants Israel Polansky and Anne Polansky, as had the first two motions. Plaintiffs suggest that the failure to obtain those two depositions was somehow the fault of these defendants. Nothing could be further from the truth. On or about October 7, 2004 Robert Arnold and Karen E. Haley called the undersigned seeking consent to an additional motion for enlargement of time and seeking to schedule the depositions of Israel Polansky and Anne Polansky. Prior to that, the last communication between the undersigned counsel and counsel for the plaintiffs occurred on May 25, 2004. There was no communication of any kind after May 25, 2004 during the remaining time covered by plaintiffs' first enlargement of time. There was no communication of any kind during the pendency of plaintiffs' second enlargement of time. Plaintiffs have not even explained why they waited until October 8 to seek a third enlargement of time, the second having elapsed on September 7. The fact is, plaintiffs have done nothing in this case since May of 2004 other than file two motions for enlargement of time and ignore the court's deadlines.

The plaintiffs have not shown any facts which would constitute excusable neglect as required by Rule 6(b) to justify their failure to comply with the court's order herein.

Israel Polansky is 94 years old and his strength and health are in peril. As defendants' Motion for Summary Judgment indicate, there are no causes of action against either Israel Polansky or Anne Polansky. The plaintiffs' latest and unfounded motion for enlargement should

be denied so that Israel Polansky and Anne Polansky's Motions for Summary Judgment can be granted.

>THE DEFENDANTS
>ISRAEL H. POLANSKY and ANNE POLANSKY
>
>By: _____
>J. Michael Sulzbach
>385 Orange Street
>New Haven, CT 06511
>Telephone: (203) 781-0880
>Fed. Bar No. ct00206
>- Their Attorney -

## CERTIFICATE OF SERVICE

This is to certify that on this 20th day of October, 2004, a copy of the foregoing was deposited in the United States mails, first-class, postage prepaid, addressed to:

Robert E. Arnold III, Esquire
295 Bassett Street
New Britain CT 06051

Karen E. Haley
419 Whalley Avenue, Suite 105
New Haven CT 06511

**ORIGINAL TO:**
**Office of the Clerk**
**United States District Court**
**District of Connecticut**
915 Layette Boulevard
Bridgeport CT 06604

_____
J. Michael Sulzbach