UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DONALD WAINRIGHT, et al., :
:
    Plaintiffs, : CIVIL ACTION NO.
: 3:01-CV-02158 (WWE)
v. :
:
OSM COMMUNICATIONS, INC., et al., :
:
    Defendants. : OCTOBER 20, 2004

### AFFIDAVIT OF J. MICHAEL SULZBACH

STATE OF CONNECTICUT   )
                                 ) ss.: New Haven
COUNTY OF NEW HAVEN   )

The undersigned being duly sworn does depose and say:

1. I am over the age of eighteen years and understand the obligations of an oath.

2. I appear herein as counsel for defendants Israel Polansky and Anne Polansky.

3. At the end of the week of October 4, 2004 I received a telephone call from Karen E. Haley who represented that she would be filing an appearance for the plaintiffs and requesting my clients' consent to a motion for extension of time to respond to these defendants' motions for summary judgment.

4. I advised Ms. Haley that I could not consent without consulting with my clients and that I expected that consent would not be given.

5. Thereafter, on the same day, I received a telephone call from Robert Arnold making a similar request and seeking to schedule depositions of Israel Polansky and Anne Polansky.

6. I responded to Mr. Arnold as I had to Ms. Haley.

7. I have reviewed my notes and time records in this matter and find, that prior to the above mentioned communications, I have not spoken with any counsel for plaintiffs since May 25, 2004.

8. I was not served with plaintiffs' second motion for enlargement of time and learned about it only upon receipt of the court's order.

9. I certainly have not during the period May 25th through the week of October 4 in any way impeded plaintiffs' ability to take the depositions of my clients.

10. My client, Israel Polansky, is 94 years old.

11. On March 29, 2004 my client traveled from Boston to New Haven to be deposed by plaintiffs.

12. Plaintiffs' counsel was two and one-half hours late for the deposition. My client had fallen asleep in the conference room and was awakened by Mr. Arnold prior to the commencement of the deposition.

13. The deposition was videotaped before a woman who said she was a notary but could produce no evidence of that or her qualification as a court reporter. We requested but never received a copy of the video and a transcript. We have since learned by plaintiffs' latest motion that she was Mr. Arnold's paralegal and that, sadly, she is deceased.

14. The deposition was suspended because of Mr. Polansky's fatigue.

15. I understand that the health of Mr. Polansky has declined since the deposition, as has that of his wife.

16. The pendency of these proceedings has caused and continues to cause him substantial anxiety.

                                                                 J. Michael Sulzbach

Subscribed and sworn to before me this 20th day of October, 2004.

                                                   Notary Public

BARBARA S. BARNES
NOTARY PUBLIC
MY COMMISSION EXPIRES FEB. 28, 2005

## CERTIFICATE OF SERVICE

This is to certify that on this 20th day of October, 2004, a copy of the foregoing was deposited in the United States mails, first-class, postage prepaid, addressed to:

Robert E. Arnold III, Esquire
295 Bassett Street
New Britain CT 06051

Karen E. Haley
419 Whalley Avenue, Suite 105
New Haven CT 06511


**ORIGINAL TO:**
**Office of the Clerk**
**United States District Court**
**District of Connecticut**
**915 Layette Boulevard**
**Bridgeport CT 06604**

_____
J. Michael Sulzbach