# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

send to: Clerk of the Court
915 Lafayette Blvd
Bridgeport, CT 06604

OCT 2 0 2004

APPEARANCE FILED

2004 OCT 20 P 12: 21
U.S. DISTRICT COURT

CASE NUMBER: 301-CV-2158 (WWE)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for: ROBERT Polansky

Donald Wainright, Janet Wainright
and Deborah Russo-Williams
Plaintiffs
v.
OSM Communications, Inc. Israel Polansky,
Robert Polansky, Ann Polansky

Date: October 19, 2004

Signature

Print Clearly or Type Name: ROBERT E Polansky

Address: LOCAL: 9 Aspetuck Lane
Westin, Connecticut 06883

Connecticut Federal Bar Number: _____

Telephone Number: 917-902-1816

Fax Number: 212-818-8456

E-mail address: RoBERTEPolansky@aol.com

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Robert Arnold, Esquire
412 Orange St.
New Haven, Conn 06511

Michael Sulzbach, Esquire
385 Orange St.
New Haven, Conn 06511

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24
TOTAL P.01

Clerk of the Court
915 Lafayette Blvd
Bridgeport, CT 06604

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### APPEARANCE

FILED

CASE NUMBER:

2004 OCT 20 P 12: 21

U.S. DISTRICT COURT

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

Date: October 19, 2004

Signature: [signed]

Print Clearly or Type Name: Robert E. Polansky

Connecticut Federal Bar Number: 

Telephone Number: 917-902-1816

Fax Number: 212-818-8956

E-mail address: RobertEPolansky@AOL.com

Address: Local: 9 Aspertuck Lane, Weston, Connecticut

### CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Signature: [signed]

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.24
TOTAL P.01