UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------------

| | |
|---|---|
| DONALD WAINRIGHT, JANET WAINRIGHT, AND DEBORAH A. RUSSO-WILLIAMS, | CASE NO. 301-CV-2158 (WWE) |
| PLAINTIFFS, | |
| -AGAINST- | MOTION FOR ORDER |
| OSM COMMUNICATIONS, INC., ISRAEL H. POLANSKY, ROBERT E. POLANSKY, AND ANNE POLANSKY, | |
| DEFENDANTS, | OCTOBER 30, 2004 |

---------------------------------------------------------------

**PLAINTIFFS' MOTION FOR ORDER
TO COMPEL DISCOVERY**

Pursuant to Fed. R. Civ. P. 37(a), the Plaintiffs in this matter hereby respectfully request that the Defendants in the above captioned matter be ordered to comply with the plaintiffs' requests for production and depositions of defendants Israel H. Polansky, Robert E. Polansky, and Anne Polansky.

By:

_____
Robert E. Arnold III
(CT Federal Bar # CT18093)
295 Bassett Street
New Britain, CT 06051
Telephone: (203) 777-3000  Fax: (860) 224-0400

1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DONALD WAINRIGHT, JANET WAINRIGHT,          Case No. 301-CV-2158 (WWE)
AND DEBORAH A. RUSSO-WILLIAMS,

                    Plaintiffs,

-against-

OSM COMMUNICATIONS, INC., ISRAEL H.
POLANSKY, ROBERT E. POLANSKY,
AND ANNE POLANSKY,
                    Defendants.          October 30, 2004

**<u>MEMORANDUM OF LAW IN SUPPPORT OF
PLAINTIFF'S MOTION FOR ORDER TO COMPEL DISCOVERY</u>**

Pursuant to Fed. R. Civ. P. 37(a), the Plaintiffs in this matter hereby respectfully request that the Defendants in the above captioned matter be ordered to comply with the plaintiffs' requests for production and depositions of defendants Israel H. Polansky, Robert E. Polansky, and Anne Polansky. The Plaintiffs seek an order from the court to compel counsel for the Defendants to set the depositions and location of those depositions.

<u>LEGAL STANDARD</u>

"Under Federal Rule of Civil Procedure, Rule 37(a)(2)(A), "If a party fails to make a disclosure required by Rule 26(a), any other party may move to compel disclosure and for appropriate sanctions. The motion must include a certification that the movant has in

2

good faith conferred or attempted to confer with the party not making the disclosure in an effort to secure the disclosure without court action."

THE PLAINTIFFS HAVE ACTED **IN** GOOD FAITH

In support of the instant motion, the Plaintiffs have acted in good faith in attempting to schedule the depositions needed to oppose affidavits filed by the Defendants in support of their motion for summary judgment. (See : Exhibit A - "Affirmation of Robert E. Arnold III", annexed hereto)

Notices of Deposition were sent to opposing counsel on the following dates: (See : Exhibit B - "Notices of Deposition and Schedules", annexed hereto)

| Date | Deponent | For Date |
|---|---|---|
| March 2, 2004 | Robert E. Polansky | FOR March 25, 2004 |
| March 2, 2004 | Israel H. Polansky | FOR March 18, 2004 |
| March 2, 2004 | Anne Polansky | FOR March 19, 2004 |
| March 19, 2004 | Anne Polansky | FOR May 26, 2004 |
| March 19, 2004 | Robert E. Polansky | FOR May 26, 2004 |
| March 26, 2004 | Israel H. Polansky | FOR March 29, 2004 |
| March 29, 2004 | Robert E. Polansky | FOR April 23, 2004 |

The deposition of Israel H. Polansky was taken in May of 2004 and was incomplete. Counsel for the defendant's Israel Polansky and Anne Polansky was to have responded to Attorney Arnold with alternate dates and he has refused to provide dates and to comply with the outstanding dates and request for records. Also, to date, neither Robert nor Ann Polansky has been deposed and they did not appear as per their notices. In addition, subsequent to the above notices, numerous oral requests of Opposing Counsel have been made with no effective responses received.

      This Court should therefore "... permit affidavits to be supplemented or opposed by depositions..." as allowed under Fed. R. Civ. P. 56(e) and grant the Plaintiffs' Motion to compel discovery and enter the enclosed Order.

Dated: New Haven, Connecticut October 30, 2004

By: _____

Robert E. Arnold III
(CT Federal Bar # CT18093)
295 Bassett Street
New Britain, CT 06051
Telephone: (203) 777-3000 Fax: (860) 224-0400

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------

DONALD WAINRIGHT, JANET WAINRIGHT,     CASE NO. 301-CV-2158 (WWE)
AND DEBORAH A. RUSSO-WILLIAMS,

                 PLAINTIFFS,
-AGAINST-                            **ORDER**

OSM COMMUNICATIONS, INC., ISRAEL H.
POLANSKY, ROBERT E. POLANSKY, AND
ANNE POLANSKY,
                DEFENDANTS,     OCTOBER 30, 2004

-----------------------------------------------------------------

## **ORDER**

It is hereby ordered that the defendants herein comply with the following:

1.   Plaintiff's Requests for Production previously served on defendants shall be complied with on or before 11/12/2004 by USPS mail delivery to Attorney Robert E. Arnold at 295 Bassett Street, New Britain, CT 06051 by all defendants herein.

2.   <u>Deposition of Israel H. Polansky</u> shall take place **on November 19, 2004 at 10 am**.

3.   <u>Deposition of Robert E. Polansky</u> shall take place **on November 19, 2004 at 12:30 pm**.

4.   <u>Deposition of Anne Polansky</u> shall take place **on November 19, 2004 at 3 pm**.

5.   All depositon shall take place at the law office of J. Michael Sulzbach located at 385 Orange Street New Haven, CT 06511 Tel. 203-781-0880 Fax.203-781-0861

                 By:

                 **Hon.           / Clerk /Asst. Clerk**

5

## CERTIFICATION

This is to Certify that a copy of the foregoing was mailed, postage prepaid, of October 30, 2004, to:

By hand delivery to Counsel for the defendants Israel H. Polansky and Anne Polansky
J. Michael Sulzbach
385 Orange Street
New Haven, CT 06511 Tel. 203-781-0880 Fax.03-781-0861

By mail Defendant Robert E. Polansky
3 East 69th Street
New York, New York  10021

By mail Defendant OSM Communications, Inc.
432 Park Avenue South
Suite 705
New York, New York  10016

**ORIGINAL TO:**
**United States District Court, District Of Connecticut**
**915 LAFAYETTE BOULEVARD**
**BRIDGEPORT, CONNECTICUT 06604**
phone: (203) 579-5861 attn: clerk's office

        By:

        _____
        Robert E. Arnold III
        (CT Federal Bar # CT18093)
        295 Bassett Street
        New Britain, CT 06051
        Telephone: (203) 777-3000 Fax: (860) 224-0400