# BOARD OF DIRECTORS

