BIOS - KEY **PERSONNEL**

## CHAIRMAN OF THE BOARD (DIRECTOR)- Israel H. Polansky

**President** of the Atlantic Paper **Box** Company, he put up the original **$500,000** to start In-Store **Advertising (ISA).** He **served** as **a** member of the Board from 1956 - 1991.

p.eccgnizir.g the potential of the Company, he moved rapidly to purchase Vaiassis In-Stcre Advertising from Valassis in April, 1996.

A knowledgeable and senior statesman, he brings a wealth of **experience** to the **Company,**

PRESIDENT CEO (DIRECTOR)- **Robert** E. Polansky

Robert Polansky founded the original In-Store Advertising in 1986 after 18 years in Advertising in New York City. He began his career in advertising immediately after receiving an MBA from Columbia Business School (MBA'68).

As an Account Manager, he worked -at "several different shops including Benton fi Bowles", Ogilvy & Mather and Young & Rubicain on accounts such as GE Major Appliances, Lever Brothers, General Foods, Nabisco, Colgate-Palmolive and JOHNSON fi JOHNSON.

It was his work for the major New York Agencies on important "marketing oriented" accounts, that provided the background and experience to begin ISA.

Committed to the restaging of the Venture which did close to $20,000,000 under his leadership, he has aggressively put together a mixture of the old team and new to drive the business.

EXECUTIVE V.P. BUSINESS DEVELOPMENT - Leighton (Lee) York Jr.

Lee York has been in the out-of-home "business" for 11 years.

Beginning his career with the Campbell Soup Company, he was both a Regional Sales Manager and New Product Marketing Manager. Moving to Sarah lee, where he spent ten and a half **years, he** was Vice President and General Manager of Branded and Non-Branded Food Products.

He worked with ACTMedia for 4 years where;h.ej.was V.P. of Retail Sales and New Products. Moving to ISA in 1988, as -head of Retail Sales, he helped to sign over -72 supermarket chains;

After ISA, he managed the introduction of the RENTRAK Software video Prccr*m M.n ABC Venturel into supermarkets. His most recent

ffj    ' '— 9204