UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------

| | |
|---|---|
| DONALD WAINRIGHT, JANET WAINRIGHT, AND DEBORAH A. RUSSO-WILLIAMS,<br><br>      PLAINTIFFS,<br> -AGAINST-<br><br>OSM COMMUNICATIONS, INC., ISRAEL H. POLANSKY, ROBERT E. POLANSKY, AND ANNE POLANSKY,<br><br>      DEFENDANTS, | CASE NO. 301-CV-2158 (WWE)<br><br><br>**NOTICE OF<br>CHANGE OF ADDRESS<br>AND<br>ELECTRONIC REGISTATION**<br><br><br>OCTOBER 30, 2004 |

-----------------------------------------------------------------

**NOTICE OF CHANGE OF ADDRESS
AND
ELECTRONIC REGISTRATION**

Effective immediately, our office has moved please update your files accordingly.

Also, this notice serves as a registration of our electronic email address as below.

Robert E. Arnold III
Law Offices of Robert E. Arnold LLC
295 BASSETT STREET
NEW BRITAIN, CONNECTICUT 06051
TEL: (203) 777-3000
FAX: (860) 224-0400

EMAIL: **arnoldlawfirm@msn.com**


            By:

            _____
            Robert E. Arnold III
            (CT Federal Bar # CT18093)
            295 Bassett Street
            New Britain, CT 06051
            Telephone: (203) 777-3000
            Fax: (860) 224-0400
             EMAIL: arnoldlawfirm@msn.com

1

# **CERTIFICATION**

This is to Certify that a copy of the foregoing was mailed, postage prepaid, of October 30, 2004, to:


By hand delivery to Counsel for the defendants Israel H. Polansky and Anne Polansky
J. Michael Sulzbach
385 Orange Street
New Haven, CT 06511 Tel. 203-781-0880 Fax.03-781-0861

By mail Defendant Robert E. Polansky
3 East 69th Street
New York, New York  10021

By mail Defendant OSM Communications, Inc.
432 Park Avenue South
Suite 705
New York, New York  10016

**ORIGINAL TO:**
**United States District Court, District Of Connecticut**
**915 LAFAYETTE BOULEVARD**
**BRIDGEPORT, CONNECTICUT 06604**
phone: (203) 579-5861 attn: clerk's office

                                            By:

                                            _____
                                            Robert E. Arnold III
                                            (CT Federal Bar # CT18093)
                                            295 Bassett Street
                                            New Britain, CT 06051
                                            Telephone: (203) 777-3000
                                            Fax: (860) 224-0400
                                            EMAIL: arnoldlawfirm@msn.com