ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-----------------------------------------------------------

DONALD WAINRIGHT, JANET WAINRIGHT,      DOC.# 301-CV-2158 (WWE)
AND DEBORAH A. RUSSO-WILLIAMS,

                        PLAINTIFFS,
            -AGAINST-

OSM COMMUNICATIONS, INC., ISRAEL H.
POLANSKY, ROBERT E. POLANSKY, AND
ANNE POLANSKY,
                      DEFENDANTS.      OCTOBER 12, 2004
-----------------------------------------------------------

**Motion GRANTED**
**WARREN W. EGINTON**
Senior United States District Judge

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

The undersigned respectfully moves this Court for leave to withdraw his appearance in the above captioned case as counsel for the plaintiffs. The undersigned counsel is no longer a member of the firm Law Offices of Robert E. Arnold LLC representing the plaintiffs, and the instant request will not cause undue hardship or prejudice to the defendants.

DATED:    October 12, 2004

                                         _____
                                         Donovan W. Riley, Esq.
                                         Law Offices of Donovan W. Riley LLC
                                         49 Garden Street
                                         Torrington, CT 06790
                                         Tel. 860-496-8678