# United States District Court
# District of Connecticut

|  |  |
|---|---|
| Donald Wainwright, et al *Plaintiff* | : : : : |
| v. | :     Case No. 3:01cv2158 (WWE) |
| OSM Communications, et al *Defendant* | : : |

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the magistrate judge

____ A ruling on all pretrial motions except dispositive motions

____ To supervise discovery and resolve discovery disputes

**✖** A ruling on the following motions which are currently pending:
Doc# **68 Motion to Compel discovery**

____ A settlement conference

____ A conference to discuss the following:

____ Other:

SO ORDERED this __9th__ day of __November__, __2004__ at Bridgeport, Connecticut.

/S/_____
Hon. Warren W. Eginton
SENIOR UNITED STATES DISTRICT COURT JUDGE