```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
                                        :
DONALD WAINRIGHT,                       :
JANET WAINRIGHT and                     :
DEBORAH A. RUSSO-WILLIAMS               :
                                        :
                                        :
v.                                      :   CIV. NO. 3:01CV2158 (WWE)
                                        :
OSM COMMUNICATIONS, INC.,               :
ISRAEL H. POLANSKY,                     :
ROBERT E. POLANSKY, and                 :
ANNE POLANSKY                           :
                                        :
                                        :
                                        :
```

SCHEDULING ORDER

On December 13, 2005, the Court received a copy of Robert Polansky's Notice of Production of Documents and Objections to document requests 6, 7, 8, 9, 17, 24, and 27-29. It is hereby ordered that, before **Monday, December 20, 2004,** the parties meet and confer on the outstanding objections to the document requests. For any objections not resolved, on or before **Tuesday, December 21, 2004,** the parties will file simultaneous briefs with the Court, identifying each unresolved the document request with a brief written argument supporting their position on whether the motion to compel should be granted or denied. The Court will then decide the objections on the papers. In the meantime, defendant will produce the documents for the time frame as to which there is no objections.

The parties will contact the Court immediately if there are

any problems complying with this order, so that timely orders may enter.

This is not a recommended ruling. This is a discovery ruling and order which is reviewable pursuant to the "clearly erroneous" statutory standard of review. 28 U.S.C. § 636 (b)(1)(A); Fed. R. Civ. P. 6(a), 6(e) and 72(a); and Rule 2 of the Local Rules for United States Magistrate Judges. As such, it is an order of the Court unless reversed or modified by the district judge upon motion timely made.

SO ORDERED at Bridgeport this 13th day of December 2004.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE