### COURT HEARING ON THE PROPOSED SETTLEMENT AND RELATED MATTERS

31. Pursuant to an Order of the Court entered on October 21, 1996, a hearing will be held in the District Court (the "Settlement Fairness Hearing") at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on December 18, 1996 at 4:30 p.m. to consider the fairness, reasonableness and adequacy, and the granting of final approval, of the proposed Settlement of the Settled Claims as against the Released Parties, and to consider the application by Plaintiffs' counsel for awards of attorneys' fees, costs and disbursements.

32. Any member of the Class who has not validly requested exclusion from the Class may appear at the Settlement Fairness Hearing in person or through counsel to show cause why the proposed Settlement of the Action should not be approved as fair, reasonable and adequate and in the best interests of the Class, why a judgment should not be entered thereon, or why Plaintiffs' counsel should not be awarded attorneys' fees, costs and disbursements, as requested; provided, however, that no member of the Class shall be heard or entitled to contest the approval of the terms and conditions of the proposed Settlement, the judgment to be entered pursuant thereto approving the same, or the fees, costs and disbursements requested, unless on or before December 3, 1996 that person has filed written objections and copies of any supporting papers and briefs with the Clerk of the United States District Court for the Southern District of New York, United States Courthouse, 500 Pearl Street, New York, New York 10007, and has mailed by first class mail, postage prepaid, or otherwise actually delivered by means of hand delivery, a copy of such written objections together with any supporting papers or briefs on or before December 3, 1996 to each of the following attorneys:

**Co-Lead Counsel for the Class Plaintiffs:**

Sharon Levine Mirsky, Esq.
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, New York 10119-0165
(212) 594-5300

- and -

Marian Probst Rosner, Esq.
Wolf Popper Ross Wolf & Jones, L.L.P.
845 Third Avenue
New York, New York 10022
(212) 759-4600

**Counsel for Settling Defendants:**

William Pratt, Esq.
Kirkland & Ellis
Citicorp Center
153 East 53rd Street
New York, New York 10022

Matthew Gluck, Esq.
Fried, Frank, Harris, Shriver & Jacobson
One New York Plaza
New York, New York 10004

33. Such objections and papers should expressly refer to In re In-Store Advertising, Inc. Securities Litigation, Master File No. 90 Civ. 5594 (PKL) and must show proof of service on the above counsel.

34. Any member of the Class who does not make his, her or its objection or opposition to the matters set forth herein in the manner provided in this Notice shall be deemed to have waived all objections and opposition to any and all matters to be considered at the Settlement Fairness Hearing and any and all subsequent hearings on these matters.

### PROOFS OF CLAIM REQUIRED

35. TO RECEIVE ANY PAYMENTS FROM THE NET SETTLEMENT FUND, EACH CLAIMANT MUST COMPLETE, SIGN AND SUBMIT THE ACCOMPANYING PROOF OF CLAIM FORM AND SEND IT TOGETHER WITH APPROPRIATE DOCUMENTARY EVIDENCE OF EACH TRANSACTION IN IN-STORE COMMON STOCK DURING THE CLASS PERIOD TO:

IN RE IN-STORE ADVERTISING, INC. SECURITIES LITIGATION
Gilardi & Co., Claims Administrator
P.O. BOX 5100
Larkspur, CA 94977-5100

TO BE CONSIDERED, YOUR PROOF OF CLAIM FORM MUST BE DELIVERED OR MAILED TO THE CLAIMS ADMINISTRATOR BY FIRST-CLASS MAIL AND POSTMARKED ON OR BEFORE MARCH 24, 1997.

36. Any member of the Class who has not received a Proof of Claim form or desires additional copies thereof may obtain copies by writing to In re In-Store Advertising, Inc. Securities Litigation at the address given in paragraph 35 above.

### SPECIAL NOTICE TO BANKS, SECURITIES BROKERS AND OTHER NOMINEES

37. All banks, brokerage firms, or other nominees who purchased or acquired any shares of In-Store common stock during the period from and including July 19, 1990 to and including November 8, 1990 for a beneficial owner are directed, pursuant to Court Order, promptly, and in any event within seven (7) business days of your receipt of this Notice, either (i) to forward printed copies of this Notice and the Proof of Claim form to all such beneficial owners (additional copies of this Notice will be provided to such nominees upon request to the Claims Administrator) or (ii) to send a list of the names and addresses of such beneficial owners to the Claims Administrator at the address mentioned in paragraph 35 above, who will thereafter mail this Notice and the accompanying Proof of Claim form directly to all such beneficial owners.

38. You are entitled to reimbursement from the Gross Settlement Fund of your reasonable expenses actually incurred in connection with the foregoing, including reimbursement of postage expense and the cost of ascertaining the names and addresses of beneficial owners. All communications concerning the foregoing should be addressed to:

In re In-Store Advertising, Inc. Securities Litigation
Gilardi & Co., Claims Administratorqy
P.O. Box 5100
Larkspur, CA 94977-5100

### EXAMINATION OF PAPERS AND INQUIRIES

39. This Notice is not all-inclusive. A more detailed statement of the matters discussed in this Notice can be found in the Amended Complaint, the Stipulation of Settlement and other papers filed in this Action, which may be inspected at the office of the Clerk of the District Court during regular business hours of each business day. Any inquiries by members of the Class should be directed to Plaintiffs' Co-Lead Counsel set forth in paragraph 32 above. INQUIRIES SHOULD NOT BE DIRECTED TO THE DISTRICT COURT.

Dated: October 21, 1996

By Order of the Court
Clerk of the Court
United States District Court
Southern District of New York