**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

---

DONALD WAINRIGHT, JANET WAINRIGHT, | DOCKET NO. 3:01-CV-2158 (WWE)
AND DEBORAH A. RUSSO-WILLIAMS,
PLAINTIFFS,

AFFIRMATION IN SUPPORT OF
PLAINTIFF'S MOTION TO COMPEL
*Motion referred to Judge Fitzsimmons*

VS.

-AGAINST-

OSM COMMUNICATIONS, INC., ISRAEL H.
POLANSKY, ROBERT E. POLANSKY, AND
ANNE POLANSKY,

DEFENDANTS,    JANUARY 11, 2005

---

I, ROBERT E. ARNOLD III, under the penalty of perjury, affirm:

1. I am the attorney of record for the plaintiff's in the above captioned case.

2. As of January 10, 2005 I had not received any documents as represented by Robert E. Polansky as sent by overnight mail in his January 5, 2005 letter to the Court.

3. On January 10, 2005 I called Robert E. Polansky who gave me an excuse that the mailroom must have made a mistake and he would send out the documents.

4. On January 11, 2005 in the morning I served and filed a Brief to the court along with my objections and issues outstanding concerning the plaintiff's pending Motion to Compel.

5. On January 11, 2005 in the afternoon I received by overnight courier a package from Robert Polansky with information and am verifying that information is the same as Robert Polansky's letter to the court dated January 5, 2005.

1

6. The defendant Robert E. Polansky, Pro Se, individually and for OSM Communications Inc., maintains that OSM Communications Inc. has not functioned as a company since the year 2000.

7. I ask the court to take judicial notice the State of Delaware Secretary of State, Division of Corporations currently lists OSM Communications Inc. as a Domestic Corporation in Good Standing (defined by their own definitions as "Good Standing: The entity's existence has not been terminated either voluntarily or administratively.") (See Annexed Division of Corporations – General Information public information obtained from Delaware State Website).

8. Additionally, the Last Annual Report was filed in the year 2002, and a "Renewal for Void" filing was on "01/15/02" (Ibid).

9. Both of the above filings are clearly well after the year 2000, which is the year Robert E. Polansky would have this court believe is the corporation termination date. (See Exerpt of Deposition of Robert E. Polansky (THE WITNESS) below, 12/14/04 Page 36, lines 24 et seq to Page 37 line 15)

```
24     THE WITNESS:  There will be no
<Page 37>
 1     information provided after November 2000.  OSM is
 2     not an ongoing company.
 3     BY MR. ARNOLD:
 4       Q     Okay.  Let's start there.  Why isn't OSM an
 5     ongoing concern?
 6       A     Why is it?
 7       Q     You said it's not an going concern?
```

```
 8    A    It isn't functioning as a concern.
 9    Q    When did it cease to function?
10    A    In the year 2000.
11    Q    November of 2000?
12    A    Year end. It's a calendar year.
13    Q    When you say, "year end," what? December
14         31st?
15    A    Yes. Thank you, December 31st.
```

10. I am not seeking sanctions, only that the court addresses the refusal of the defendants to cooperate with our prior notices and the discovery process.

Affirm:

*Robert E. Arnold III*

Robert E. Arnold III
(CT Federal Bar # ct18093)
Law Offices of Robert E. Arnold LLC
295 Bassett Street
New Britain, CT 06051
Telephone: (203) 777-3000
Fax: (860) 224-0400

## CERTIFICATION

This is to certify that a copy of the foregoing was delivered and or mailed, USPS postage prepaid, as certified below on January 12, 2005, to:

By hand delivery to Counsel for the defendants Israel H. Polansky and Anne Polansky
J. Michael Sulzbach
385 Orange Street
New Haven, CT 06511
Tel. 203-781-0880 Fax.03-781-0861

By mail to Defendant Robert E. Polansky and to Defendant OSM Communications, Inc.:
C/O Robert Ruben
9 Aspertuck Lane
Weston, CT 06883

By hand delivery to
Karen Haley, Esq.
419 Whalley Ave, Suite 105
New Haven, CT 06510

ORIGINAL TO:
United States District Court, District Of Connecticut
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CONNECTICUT 06604
PHONE: (203) 579-5861 ATTN: CLERK'S OFFICE

Dated: ____1/12/05____        *Robert E. Arnold III*

Robert E. Arnold, Esq.
295 Bassett Street
New Britain, CT 06051
Tel: (203) 777-3000
FED. JURIS. NO. ct18093

Frequently Asked Questions  View Search Results  Summary of Charges  Logout

# Entity Details

| | | | |
|---|---|---|---|
| File Number: | 2339723 | Incorporation Date / Formation Date: (mm/dd/yyyy) | 06/10/1993 |
| Entity Name: | OSM COMMUNICATIONS, INC. | | |
| Entity Kind: | CORPORATION | Entity Type: | GENERAL |
| Residency: | DOMESTIC | State: | DE |
| Status: | GOOD STANDING | | |

## TAX INFORMATION

| | | | |
|---|---|---|---|
| Last Annual Report Filed: | 2002 | | |
| Annual Tax Assessment: | $ 35.00 | Tax Due: | $ 158.83 |
| Tax Status: | DELINQUENT | Total Authorized Shares: | 1,000 |

## REGISTERED AGENT INFORMATION

| | | | |
|---|---|---|---|
| Name: | CORPORATION SERVICE COMPANY | | |
| Address: | 2711 CENTERVILLE ROAD SUITE 400 | | |
| City: | WILMINGTON | County: | NEW CASTLE |
| State: | DE | Postal Code: | 19808 |
| Phone: | (302)636-5400 | | |

## FILING HISTORY (Last 5 Filings)

| Seq | Document Code | Description | No. of pages | Filing Date (mm/dd/yyyy) | Filing Time | Effective Date (mm/dd/yyyy) |
|---|---|---|---|---|---|---|
| 1 | 0312V | Renewal for Void | 1 | 01/15/2002 | 10:20 | 01/15/2002 |
| 2 | 0312V | Renewal for Void | 1 | 06/12/1996 | 09:00 | 06/12/1996 |
| 3 | 0102S | Incorp Delaware Stock Co. | 4 | 06/10/1993 | 16:00 | 06/10/1993 |

Back to Entity Search

To contact a Delaware Online Agent click here.

# Field Definitions

**FILING HISTORY NUM OF PAGES**

This is the number of pages that complete the legal document filed.

**ENTITY TYPE**

**A - General** - Type General refers to a legal entity with no special attributes such as non profit or religious.
**B - Bank** - Bank refers to the entity actually existing as a Bank and conducting banking business.
**C - Closed Corp** - (a) A close corporation is a corporation organized under subchapter 342 whose certificate of incorporation contains the provisions required by Section 102 of this title and, in addition, provides that:

(1) All of the corporation's issued stock of all classes, exclusive of treasury shares, shall be represented by certificates and shall be held of record by not more than a specified number of persons, not exceeding 30; and

(2) All of the issued stock of all classes shall be subject to 1 or more of the restrictions on transfer permitted by Section 202 of this title; and

(3) The corporation shall make no offering of any of its stock of any class which would constitute a "public offering" within the meaning of the United States Securities Act of 1933 ?15 U.S.C. Section 77a et seq.| as it may be amended from time to time.

(b) The certificate of incorporation of a close corporation may set forth the qualifications of stockholders, either by specifying classes of persons who shall be entitled to be holders of record of stock of any class, or by specifying classes of persons who shall not be entitled to be holders of stock of any class or both.

(c) For purposes of determining the number of holders of record of the stock of a close corporation, stock which is held in joint or common tenancy or by the entireties shall be treated as held by 1 stockholder.

**D - DISC Corp** - Domestic International Sales Corporation A domestic corporation meeting certain conditions pursuant to federal Internal Revenue Service codes. For more information please visit www.irs.gov and search DISC.

**F - Professional Association** - (1) The term "professional service" shall mean any type of personal service to the public which requires as a condition precedent to the rendering of the service the obtaining of a license or other legal authorization, and which, by reason of law, prior to June 7, 1969, could not be performed by a corporation. In addition, and by way of example without limiting the generality thereof, the personal services which come within this chapter are the personal services rendered by architects, certified or other public accountants, chiropodists, chiropractors, doctors of dentistry, doctors of medicine, optometrists, osteopaths, professional engineers, veterinarians, and, subject to the Rules of the Supreme Court, attorneys-at-law.

(2) The term "professional corporation" means a corporation which is organized, under this chapter, for the sole and specific purpose of rendering professional service, and which has as its shareholders only individuals who themselves are duly licensed or otherwise legally authorized within this State to render the same professional service as the corporation.

**G - General Partnership** - Partnership" means an association of two or more persons formed under Section 15-202 of this title, predecessor law or comparable law of another jurisdiction to carry on any business, purpose or activity.

**I - Regulated Investment Corp.** - A domestic corporation that elects to be treated as an RIC as defined by Section851 of the federal Internal Revenue Code for tax purposes. For more information please visit www.irs.gov and search RIC.

**L - LLP or LLLP** - A partnership (whether General or Limited) that has filed a statement of qualification pursuant to 6 DEL.C. § 15-1001.

**N - Non Title 8** - This refers to an entity that is not regarded as a general corporation pursuant to Title 8.

**R - Religious Non-profit** - This description type refers to a corporation that sets forth in it's certificate of incorporation or subsequent documents that it is a non-profit corporation. The "Religious" literal does not infer that, in every case, the corporation is for Religious purposes only. The intent is to define the corporation as Non-Profit, charitable corporation which maybe formed for Religious purposes.

**S - Stock, Non-taxable** - This description is to define the corporation as a stock corporation that is not required to pay an annual franchise tax as defined in the Delaware Code. An example may be a corporation that has authorized stock but is formed for charitable purposes.

**FILING HISTORY DESCRIPTION**

The type of legal document filed with the Division.

**ENTITY KIND**

As defined by Delaware Code, Titles 8, 6, 12, 15, an entity may be one of the following:
Corporation
Limited Partnership
Limited Liability Company
Statutory Trust
Partnership (whether General or Limited Liability Partnership)
Unincorporated Non-Profit Association

**STATUS**

All entities formed in Delaware whether active or inactive are defined with a particular status. They are defined as such:

**A - Good Standing** - The entity's existence has not been terminated either voluntarily or administratively.

**C - Cancelled** - A certificate of Cancellation has been voluntarily filed by the entity to terminate its existence. This certificate is filed when an entity has dissolved and at the completion of winding up the entity.

**D - Dissolved** - A certificate of Dissolution has been voluntarily filed by the corporation to terminate its legal existence.

**E - Expired** - A Limited Liability Partnership or Limited Liability Limited Partnership has not filed their annual report in a timely manner. A reinstatement and all Annual Reports that have not been filed, may be filed to reinstate the LLP or LLLP to good standing status. Refer to Title 6, Chapter 15Section1003.

**F - Forfeited** - A corporation has on record a Certificate of Resignation of registered agent and the appointment of a new registered agent was not filed within the designated period of 30 days.

**G - Resign to Appointment** - An Unincorporated Non-Profit Association filed pursuant to Title 6, Chapter 19 may appoint an agent to receive service of process. If such agent resigns from this appointment the entity would show this status.

**J - Cancelled-Voided** - A Limited Partnership, Limited Liability Company or Partnership failed to pay their annual tax for a period of 3 years from the date it is due.

**L - Consolidated** - A Certificate of Merger and Consolidation has been filed. The existence of this entity has terminated and a new entity has been created as a result of the filing.

**M - Merged** - A Certificate of Merger between 1 or more entities has been filed. This entity did not survive the merger but was merged into another entity.

**N - Converted** - A Certificate of Conversion has been filed. This entity has been converted to an entity that is in existence in another jurisdiction.

**P - Revoked** - A Limited Liability Partnership (LLP) that has not filed their Annual Report. The Statement of Qualification or Statement of Foreign Qualification of the LLP has been revoked by the Secretary of State.

**R - Forfeited-Resigned** - A Limited Partnership, Limited Liability Company or Partnership that has on record a Certificate of Resignation of registered agent and the appointment of a new registered agent was not filed within the designated period of 30 days.

**S - Surrendered** - A Certificate of Voluntary Dissolution before issuance of shares or before beginning of business has been filed with the Division of Corporations.

**T - Transfer** - A Certificate of Transfer has been filed and the result of such transfer is the cessation of its existence as an entity of the State of Delaware.

**V - Void** - A corporation that failed to pay it's annual franchise tax for a period of 1 year or a Foreign Corporation that has not filed their annual reports within a 2 year period.

**W - Withdrawal** - A voluntary Certificate of Withdrawal has been filed by the Corporation which is registered/qualified to do business in Delaware as a Foreign Corporation but domestic in another jurisdiction, to terminate it's authority to transact business in the State of Delaware.

**X - Ceased Good Standing** - This represents an entity that failed to pay their annual taxes timely. For example: 2002 taxes due June 1, 2003 were not received by end of day June 1, 2003.

**TAX STATUS**

Delinquent Quarterly means a corporation that has greater than $5,000 tax assessment that is paid in quarterly