UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Hon. Holly B. Fitzsimmons
915 Lafayette Blvd.
Room 266
Bridgeport, CT 06604
203-579-5640

**<u>PLEASE READ AND COMPLY WITH THE ATTACHED INSTRUCTIONS IN ADVANCE OF THE CONFERENCE</u>**

AT LEAST 5 DAYS BEFORE THE SETTLEMENT CONFERENCE THE PARTIES SHALL SUBMIT TO THESE CHAMBERS AN EX PARTE, CONFIDENTIAL LETTER, NO MORE THAN 3 PAGES IN LENGTH, OUTLINING THEIR RESPECTIVE POSITIONS REGARDING THE ISSUES IN DISPUTE, FORESEEABLE PROBLEMS, PREVIOUS POSITIONS AND ANY AGREEMENT(S) ALREADY REACHED. REPRESENTATIVES OF EACH PARTY WITH FULL AUTHORITY TO COMPROMISE THEIR RESPECTIVE CLAIMS MUST ATTEND THE SETTLEMENT CONFERENCE.

PARTIES ARE REQUIRED TO BE PRESENT.

THIS CONFERENCE MAY NOT BE ADJOURNED EXCEPT BY ORDER OF THE COURT.

THE SETTLEMENT CONFERENCE ORDER PREVIOUSLY ISSUED REMAINS IN EFFECT.