# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Donald Wainright, et al.

    Plaintiffs

v.

O.S.M. Communications, Inc., et al.

    Defendants

**APPEARANCE**

CASE NUMBER: Civil Action No. 3:01CV2158 (WWE)

FILED 2005 MAR 22 P 12: 14
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for: Robert E. Polansky and O.S.M. Communications, Inc.

        Defendants

---

March 21, 2005
**Date**

CT 14099
**Connecticut Federal Bar Number**

(203) 624-9363
**Telephone Number**

(203) 624-9363
**Fax Number**

taglaw@sbcglobal.net
**E-mail address**

*[Signature]*
**Signature**

Michael J. Tagliatela
**Print Clearly or Type Name**

385 Orange Street
**Address**

New Haven, CT 06511

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Karen E. Haley
Attorney At Law
419 Whalley Ave., Suite 105
New Haven, CT 06510

Michael Sulzbach, Esq.
385 Orange Street
New Haven, CT 06511

Robert E. Arnold, Esq.
205 Church Street, Suite 310
New Haven, CT 06510-1085

*[Signature]*
**Signature**

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001