

FILED

2005 MAR 22 P 12: 41

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD WAINRIGHT, et al., ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:01CV2158 (WWE) |
| ) | |
| O.S.M. COMMUNICATIONS, INC., ) | |
| et al., ) | |
| ) | |
| Defendants ) | March 21, 2005 |

## MOTION TO APPEAR PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

THE UNDERSIGNED hereby makes this motion for Michael P. Goldsmith, Esq., to appear pro hac vice in the above entitled/numbered cause. In support thereof, Movant would respectfully show the Court as follows:

1. His address is: Michael P. Goldsmith, Esq., 38 West 21st Street, Fifth Floor, New York, New York, 10010-6977. His telephone number is (212) 677-4441, ext. #18. His facsimile number is (212) 677-6478. His e-mail address is: michael.p.goldsmith@verizon.net.

2. He is representing Robert E. Polansky and O.S.M. Communications, Inc.

3. He was admitted to practice by the State of New York in 1982.

4. He is in good standing and is otherwise eligible to practice before this court.

5. He is not currently suspended or disbarred in any other Court.

6. He has not been denied admission or disciplined in accordance with Rule 83.2 of these Local Rules, nor has he been denied admission or disciplined by any other Court.

7. There are no pending grievances or other criminal matters pending against Michael P. Goldsmith.

8. He has been admitted to practice in the following courts: State of New York, First Department; United States District Court for the Southern District of New York; United States District Court for the Eastern District of New York; United States District Court for the Northern District of New York; United States Court of Appeals for the Second Circuit.

9. He has read and will comply with the Local Rules of the District of Connecticut, including Rule 83.1, the "Admission of Attorneys" and Rule 83.2, the "Discipline of Attorneys."

**WHEREFORE, PREMISE CONSIDERED,** He prays that the Court grant this Motion to Appear Pro Hac Vice in this matter.

Respectfully Submitted,

*[signature]*

Michael J. Tagliatela, Esq.
Tagliatela & Tagliatela, L.L.C.
385 Orange Street
New Haven, CT 06511
Tel./Fax (203) 624-9363
e-mail: taglaw@sbcglobal.net
Federal Bar No. : CT 14099

## CERTIFICATE OF SERVICE

This is to certify that on this 21st day of March, 2005, a copy of the foregoing was deposited in the United States mails, first-class, postage prepaid, addressed to Karen E. Haley, Attorney at Law, 419 Whalley Avenue, Suite 105, New Haven, CT 06510; Robert E. Arnold, Esq., 205 Church Street, Suite 310, New Haven, CT 06510-1085 and J. Michael Sulzbach, Esq., 385 Orange Street, New Haven, CT 06511

*[signature]*

Michael J. Tagliatela, Esq.