UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------X
DONALD WAINRIGHT, JANET WAINRIGHT : Docket No. 3:01 CV 02158
and DEBORAH A. RUSSO-WILLIAMS, : (WWE)
:
Plaintiffs, :
:
- against - :
: AFFIDAIVT
OSM COMMUNICATIONS, INC., ISRAEL H. :
POLANSKY, ROBERT E. POLANSKY and :
ANNE POLANSKY, :
:
Defendants. :
------------------------------------------------------------------X

### AFFIDAVIT OF MICHAEL P. GOLDSMITH

1. I am over the age of eighteen years and understand the obligations of an oath.

2. My office address is as follows: Michael P. Goldsmith, Esq., 38 West 21st Street, Fifth Floor, New York, NY 10010-6977. My telephone number is (212) 677-4441 ext. 18. My facsimile number is (212) 677-6478. My e-mail address is michael.p.goldsmith@verizon.net.

3. I am a member of the bar of each of the following courts: State of New York; United States Court of Appeals for the Second Circuit; United States District Court for the Southern District of New York; United States District Court for the Eastern District of New York; United States District Court for the Northern District of New York.

4. I have not been denied admission or disciplined by this or any other court.

5.  I have fully reviewed and am familiar with the Rules of the United States District Court for the District of Connecticut.

*[signature]*
Michael P. Goldsmith

Sworn to before me this
25th day of February 2005

*[signature]*
Notary Public

BARBARA A. CHESS
Notary Public, State of New York
No. 01CH6106714
Qualified in New York County
Commission Expires March 16, 2008

2