UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONALD WAINRIGHT, ET AL., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 3:01-CV-02158 (WWE) |
| v. | : | |
| | : | |
| OSM COMMUNICATIONS, INC., ET AL., | : | |
| | : | |
| Defendants. | : | MARCH 28, 2005 |

**RESPONSE OF DEFENDANTS ISRAEL H. POLANSKY AND ANNE POLANSKY
TO PLAINTIFFS' "MOTION TO COMPEL"**

Plaintiffs' Memorandum in Support of Motion to Compel which has now been treated as a new motion to compel still deals with the same production requests which were the subject of plaintiffs' original motion to compel and which has been ruled upon by the Honorable Holly Fitzsimmons. These defendants have complied with all of Judge Fitzsimmons' rulings and are therefore not aware of any further or continuing obligations on their part.

As to defendant Robert Polansky, it appears from the responses filed by Mr. Polansky to the court's orders have resulted in the production of all documents in the relevant time period in the possession or control of Robert Polansky with the exception of a small number of bank records. These defendants have been informed that Mr. Polansky has offered to provide plainitffs' counsel with authorizations to secure such records but that plaintiffs have failed and refused to take advantage of that offer.

For these reasons, plaintiffs' motion to compel should be denied as to all defendants.

                    Respectfully Submitted
                    THE DEFENDANTS
                    ISRAEL H. POLANSKY and ANNE POLANSKY

By: _____
      J. Michael Sulzbach
      385 Orange Street
      New Haven, CT 06511
      Telephone: (203) 781-0880
      Fed. Bar No. ct00206
      Attorney for Defendants
      Israel H. Polansky and Anne Polansky

## **CERTIFICATE OF SERVICE**

This is to certify that on this 28th day of March, 2005, a copy of the foregoing motion was deposited in the United States mails, first-class, postage prepaid, addressed to:

Robert E. Arnold, III, Esquire
Law Offices of Robert E. Arnold LLC
205 Church Street, Suite 310
New Haven CT 06510

Karen E. Haley, Attorney at Law
419 Whalley Avenue, Suite 105
New Haven CT 06510

Robert E. Polansky
C/o Robert Rubin
9 Aspertuck Lane
Weston CT 06883

Michael J. Tagliatela, Esquire
Tagliatela & Tagliatela, LLC
385 Orange Street
New Haven CT 06511

**Original to:**
Office of the Clerk,
United States District Court, District of Connecticut
915 Lafayette Boulevard
Bridgeport CT 06604
Chambers copy to: The Honorable Holly B. Fitzsimmons

_____
J. Michael Sulzbach