UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 APR 13  A 11: 25

APPEARANCE   U.S. DISTRICT COURT
BRIDGEPORT, CONN

Case No: 3:01cv2158(WWE)

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

OSM Communications, Inc. and Robert Polansky

| | |
|---|---|
| April 8, 2005 | *signature* |
| Date | Signature |
| phv0219 | Michael P. Goldsmith |
| Connecticut Federal Bar Number | Print of Type Name |
| 212-677-4441 ext. 18 | 38 West 21st Street |
| Telephone Number | Address |
| 212-677-6478 | 5th Floor |
| Fax Number | |
| michael.p.goldsmith@verizon.net | New York, NY 10010-6977 |
| E-mail address | |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

Robert E. Arnold III, Esq.
295 Bassett Street,
New Britain, CT 06051

Karen E. Haley, Esq.
419 Whalley Avenue
Suite 105
New Haven, CT 06511

J. Michael Sulzbach, Esq.
385 Orange Street
New Haven, CT 06511

                                                                  Michael P. Goldsmith