**United States District Court**
**District of Connecticut**

**FILED**

2005 MAY -3 P 5: 13

U.S. DISTRICT COURT
BRIDGEPORT, CONN

Donald Wainwright, et al
*Plaintiff*
   v.

OSM Communications, et al
*Defendant*

Case No. 3:01cv2158 (WWE)

## ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge

\_\_\_\_ A ruling on all pretrial motions except dispositive motions

\_\_\_\_ To supervise discovery and resolve discovery disputes

**X** A ruling on the following motions which are currently pending:
**Doc#87 Motion to Compel discovery**

\_\_\_\_ A settlement conference

\_\_\_\_ A conference to discuss the following:

\_\_\_\_ Other:


SO ORDERED this __3rd__ day of __May, 2005__ at Bridgeport, Connecticut.

_____
Hon. Warren W. Eginton
SENIOR UNITED STATES DISTRICT JUDGE