UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD WAINRIGHT, <br> JANET WAINRIGHT and <br> DEBORAH A. RUSSO-WILLIAMS <br><br> v. <br><br> OSM COMMUNICATIONS, INC., <br> ISRAEL H. POLANSKY, <br> ROBERT E. POLANSKY, and <br> ANNE POLANSKY | CIV. NO. 3:01CV2158 (WWE) |

CLARIFICATION OF APRIL SCHEDULING ORDER

    A telephone conference was held on June 29, 2005 to clarify the current scheduling order for the filing of motions for summary judgment. During the conference, all of the parties indicated that they intended to file motions for summary judgment.

    Accordingly, all motions for summary judgment will be filed thirty (30) days after the close of discovery.  Plaintiff's counsel indicated that he will receive defendants' compliance with discovery by fax transmission today, June 29.  In accordance with the April scheduling order in place, "[d]iscovery will close within ten (10) days of the receipt of defendants' outstanding discovery.  Plaintiffs' failure to respond within ten (10) days will effectively close discovery."  Summary judgment will be filed within thirty (30) days after the close of discovery.

This is not a recommended ruling.  This is a discovery ruling and order which is reviewable pursuant to the "clearly erroneous" statutory standard of review.  28 U.S.C. § 636 (b)(1)(A); Fed. R. Civ. P. 6(a), 6(e) and 72(a); and Rule 2 of the Local Rules for United States Magistrate Judges.  As such, it is an order of the Court unless reversed or modified by the district judge upon motion timely made.

SO ORDERED at Bridgeport this 3rd day of August 2005.

\_\_\_\_/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE