UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONALD WAINRIGHT, ET AL., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 3:01-CV-02158 (WWE) |
| v. | : | |
| | : | |
| OSM COMMUNICATIONS, INC., ET AL., | : | |
| | : | |
| Defendants. | : | AUGUST 3, 2005 |

## MOTION FOR EXTENSION OF TIME

Defendant Robert E. Polansky moves for an extension of time to file his motion for summary judgment to a date ten (10) days after a ruling denying Plaintiffs' Request for Further Discovery. It is the Defendant's position that such discovery should not be permitted and that, in the absence of this extension of time, summary judgment will be due on or before August 8, 2005. If Plaintiffs' are permitted further discovery, the summary judgments will not be due until the time provided in Court's order of May 12, 2005.

DEFENDANT
ROBERT E. POLANSKY

By: _____
    Michael P. Goldsmith
    38 West 21st Street – 5th Floor
    New York, NY 10010-6977
    Telephone: (212) 677-4441 ext.18
    Fed. Bar No. phv0219
    Attorney for Defendants
    OSM Communications, Inc. and
    Robert E. Polansky

## CERTIFICATE OF SERVICE

This is to certify that on this 4th day of August 2005, a copy of the foregoing motion was deposited in the United States mail, first-class, postage prepaid, addressed to:

Robert E. Arnold, Esq.  
Law Offices of Robert E. Arnold, LLC  
205 Church Street, Suite 310  
New Haven CT 06510-1805  

Karen E. Haley, Esq.  
419 Whalley Avenue  
Suite 105  
New Haven, CT 06511  

J. Michael Sulzbach, Esq.  
385 Orange Street  
New Haven, CT 06511  

_____  
Michael P. Goldsmith, Esq.