UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD WAINRIGHT, ET AL., | : |
| Plaintiffs, | : CIVIL ACTION NO. |
| | : 3:01-CV-02158 (WWE) |
| v. | : |
| OSM COMMUNICATIONS, INC., ET AL., | : |
| Defendants. | : AUGUST 4, 2005 |

FILED 2005 AUG -5 A 9: 49
U.S. DISTRICT COURT

## MOTION FOR EXTENSION OF TIME

Defendants Israel Polansky and Anne Polansky move for an extension of time to file their motions for summary judgment to a date ten days after a ruling denying Plaintiffs' Request for Further Discovery. It is the Defendant's position that such discovery should not be permitted and that, in the absence of this extension of time, summary judgment will be due on or before August 8, 2005. If Plaintiffs are permitted further discovery, the summary judgments will not be due until the time provided in Court's order of May 12, 2005.

DEFENDANTS
ISRAEL H. POLANSKY and ANNE POLANSKY

By: _____
J. Michael Sulzbach
385 Orange Street
New Haven, CT 06511
Telephone: (203) 781-0880
Fed. Bar No. ct00206
Attorney for Defendants
Israel H. Polansky and Anne Polansky

## CERTIFICATE OF SERVICE

This is to certify that on this 4th day of August, 2005, a copy of the foregoing motion was deposited in the United States mails, first-class, postage prepaid, addressed to:

Robert E. Arnold, Esquire
Law Offices of Robert E. Arnold, LLC
205 Church Street, Suite 310
New Haven CT 06510


Michael Goldsmith, Esquire
432 Park Avenue South, Suite 705
New York, NY 10016

J. Michael Sulzbach