FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 AUG -5  A 9: 49

U.S. DISTRICT COURT

| | |
|---|---|
| DONALD WAINRIGHT, ET AL., | : |
| Plaintiffs, | : CIVIL ACTION NO. |
| | : 3:01-CV-02158 (WWE) |
| v. | : |
| OSM COMMUNICATIONS, INC., ET AL., | : |
| Defendants. | : AUGUST 11, 2005 |

**OBJECTION OF DEFENDANTS ISRAEL POLANSKY AND ANNE POLANSKY TO PLAINTIFFS' RESPONSES TO DEFENDANTS' RESPONSES**

These defendants complied with the ruling on Plaintiffs' Motion to Compel and Scheduling Order on or before June 30, 2005. Any response of Plaintiffs' was due within ten days of that compliance. By virtue of an ECF email dated and received August 2, 2005, these Defendants have learned that the Plaintiffs claim to have made a response seeking further discovery on July 7, 2005. In fact, these Defendants *never* have been served with a copy of "Plaintiffs' Responses." by mail, fax, or otherwise. Those responses were not received by the Court until July 28, 2005. Further, it is unclear who, if anyone, signed Plaintiffs' Responses and certified service in that the ECF document bears no signatures. The responses are untimely and the Discovery requested therein should be denied.

Had the Responses been timely filed, the Discovery requested should still be denied. Israel Polansky has responded that he made no wire transfers to OSM after the closing of OSM's last bank account and that he paid no expenses on behalf of OSM since the closing of that

bank account, except that he paid for certain legal fees which benefited himself and incidentally OSM. Plaintiffs now seek disclosure as to Mr. Polansky's "involvement with each and every transfer as listed" in Exhibit A. Unfortunately, these Defendants do not have a copy of Exhibit A, nor has it been filed with the court. Further, and contrary to the Court's order, this discovery request is not supported by specific reference to documents already turned over.

Plaintiffs next request is for "copies of any and all bank records from 1996 to present in accounts and other books held personally by Israel Polansky." This request is not made in response to any documents turned over and is simply a repetition of the request which was denied by the Court in the ruling of May 12.

Plaintiffs next request "all account numbers of any and all bank accounts of Israel Polansky." This request is also made without respect to any documents already produced and has already been foreclosed by the Court's May 12 ruling.

As to Ann Polansky, the Plaintiffs seek " all records and accounts from 1996 to the present day." This request, insofar as it was ever made before, was foreclosed by the May 12 ruling and is not based upon the receipt of the limited discovery ordered by the Court on May 12.

For the foregoing reasons, Plaintiffs request should be denied and discovery shall be deemed to have closed on July 9, 2005.

THE DEFENDANTS
ISRAEL H. POLANSKY and ANNE POLANSKY

By: _____
J. Michael Sulzbach
385 Orange Street
New Haven, CT 06511
Telephone: (203) 781-0880
Fed. Bar No. ct00206
Attorney for Defendants
Israel H. Polansky and Anne Polansky

## CERTIFICATE OF SERVICE

This is to certify that on this 4th day of August, 2005, a copy of the foregoing objection was deposited in the United States mails, first-class, postage prepaid, addressed to:

Robert E. Arnold, Esquire
Law Offices of Robert E. Arnold, LLC
205 Church Street, Suite 310
New Haven CT 06510-1805

Michael Goldsmith, Esquire
432 Park Avenue South, Suite 705
New York, NY 10016

_____
J. Michael Sulzbach