UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DONALD WAINRIGHT, ET AL.,** | : | |
| | : | **CIVIL ACTION NO.** |
| **Plaintiffs;** | : | **3:01-CV-02158 (WWE)** |
| | : | |
| V. | : | |
| | : | |
| **OSM COMMUNICATIONS, INC., ET AL;** | : | |
| | : | |
| | : | **AUGUST 6, 2005** |
| **Defendants;** | : | |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56(c) the Plaintiffs Donald Wainright, Janet Wainright and Deborah Russo-Williams do hereby move for summary judgment on the first two counts of the complaint. The grounds for this motion are there are no dispute as to any material fact involving those two counts and this plaintiff is entitled to judgment as a matter of law.

This motion is supported by depositions and documents of the Defendants, all as more fully appears from this joint brief of Donald Wainright, Janet Wainright and Deborah Russo-Williams filed herewith.

THE PLAINTIFFS

BY _____
Robert E. Arnold III
Law Offices of Robert E. Arbold LLC
205 Church Street
New Haven, CT
TEL 203-777-3000
FAX 860-224-04000
Federal Bar CT#18093
arnoldlawfirm@msn.com

## **CERTIFICATION**

This is to Certify that a copy of the foregoing was mailed, postage prepaid, of August 7, 2005, to:

By mail to Counsel for Defendants Robert Polansky and OSM Communications, Inc
Michael P. Goldsmith
38 West 21st Street
New York, NY 10010-6977

By mail to Counsel for Defendants Israel Polansky and Anne Polansky
J. Michael Sulzbach
385 Orange Street
New Haven, CT 06511

Karen Haley, Esq.
419 Whalley Avenue
New Haven, Connecticut

       **Original to: United States District Court, District of Connecticut**
**915 Lafayette Boulevard**
**Bridgeport, Connecticut 06604**


BY:

_____
Robert E. Arnold III
Law Offices of Robert E. Arbold LLC
205 Church Street
New Haven, CT
TEL 203-777-3000
FAX 860-224-04000
Federal Bar CT#18093
arnoldlawfirm@msn.com