# **EXHIBIT A**

## BIOS - KEY PERSONNEL

### CHAIRMAN OF THE BOARD (DIRECTOR) - Israel H. Polansky

President of the Atlantic Paper Box Company, he put up the original $500,000 to start In-Store Advertising (ISA). He served as a member of the Board from 1986 - 1991.

Recognizing the potential of the Company, he moved rapidly to purchase Valassis In-Store Advertising from Valassis in April, 1996.

A knowledgeable and senior statesman, he brings a wealth of experience to the Company.

### PRESIDENT CEO (DIRECTOR) - Robert E. Polansky

Robert Polansky founded the original In-Store Advertising in 1986 after 18 years in Advertising in New York City. He began his career in advertising immediately after receiving an MBA from Columbia Business School (MBA'68).

As an Account Manager, he worked at several different shops including Benton & Bowles, Ogilvy & Mather and Young & Rubicam on accounts such as GE Major Appliances, Lever Brothers, General Foods, Nabisco, Colgate-Palmolive and JOHNSON & JOHNSON.

It was his work for the major New York Agencies on important "marketing oriented" accounts, that provided the background and experience to begin ISA.

Committed to the restaging of the Venture which did close to $20,000,000 under his leadership, he has aggressively put together a mixture of the old team and new to drive the business.

### EXECUTIVE V.P. BUSINESS DEVELOPMENT - Leighton (Lee) York Jr.

Lee York has been in the out-of-home "business" for 11 years.

Beginning his career with the Campbell Soup Company, he was both a Regional Sales Manager and New Product Marketing Manager. Moving to Sarah Lee, where he spent ten and a half years, he was Vice President and General Manager of Branded and Non-Branded Food Products.

He worked with ACTMedia for 4 years where he was V.P. of Retail Sales and New Products. Moving to ISA in 1988, as head of Retail Sales, he helped to sign over 72 supermarket chains.

After ISA, he managed the introduction of the RENTRAK Software Video Program (An ABC Venture) into supermarkets. His most recent

# **EXHIBIT B**

==========================================START OF PAGE 1======

SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C.

Litigation Release No. 15031 / September 4, 1996
Accounting and Auditing Enforcement Release No. 810


Securities and Exchange Commission v. Robert E. Polansky, John E. Capps and Anthony Guerriero, Case No 96-CV-02052 (D.D.C.) (filed September 4, 1996)

   On September 4, 1996, the Commission filed a complaint in the United States District Court for the District of Columbia against Robert Polansky ("Polansky"), John Capps ("Capps") and Anthony Guerriero ("Guerriero") alleging that the defendants violated the antifraud and recordkeeping provisions of the federal securities laws in connection with In-Store Advertising, Inc.'s ("ISA") 1990 initial public offering ("IPO") of $40 million in common stock. According to the Commission's complaint, offering materials for ISA's IPO materially misstated its net income to make the company appear more profitable than it actually was prior to the IPO.  In particular, ISA's revenues were shifted forward in periods before the July 1990 IPO and were then shifted back and decelerated in the period after the IPO. The complaint alleged that, to conceal the fraud, Polansky, ISA's president, chairman and chief executive officer, instructed Capps, ISA's chief financial officer, and Guerriero, ISA's assistant controller, to create two sets of contracts to provide advertising and other services to some of its clients.  One set of contracts correctly reflected the amounts, conditions and time period for which ISA's clients had paid for services.  The second set, however, contained changes to the time frames during which the advertising was to run and/or the conditions in the contracts.  The falsified contracts were provided to ISA's auditors as well as the underwriters for ISA's IPO.  In addition, the falsified contracts were used to prepare financial statements presented in connection with the IPO.  The complaint also alleged that material misrepresentations were made by ISA in its offering materials regarding the effectiveness of its advertising.

   Simultaneously with the filing of the complaint, Polansky, Capps and Guerriero, without admitting or denying the allegations of the complaint, consented to the entry of permanent injunctions prohibiting them from future violations of Section 17(a) of the Securities Act of 1933 and Section 10(b) of the Securities Exchange Act of 1934 and Rules 10b-5, 13b2-1 and 13b2-2 thereunder.   □□

# **EXHIBIT C**

*State of Delaware*  PAGE 1

*Office of the Secretary of State*

I, WILLIAM T. QUILLEN, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF INCORPORATION OF "OSM COMMUNICATIONS, INC.", FILED IN THIS OFFICE ON THE TENTH DAY OF JUNE, A.D. 1993, AT 4 O'CLOCK P.M.





*William T. Quillen*
William T. Quillen, Secretary of State

2339723  8100

944006780

AUTHENTICATION:  7009746

DATE:  01-26-94

## OSM COMMUNICATIONS, INC.

### CORPORATE DATA

as at _____, 19___

Date of Incorporation:        June 10, 1993

State Of Incorporation:       Delaware

Principal Place of Business:  New York, New York

Directors:    Chairman --    Robert Polansky
              Director --    Israel Polansky

Officers:     President --         Robert Polansky
              Vice-President --    Robert Polansky
              Secretary --         Robert Polansky
              Treasurer --         Robert Polansky

Bank Accounts:

Fiscal Year Ending: 12/31

Annual Meeting Date: December, to be announced.

| Shareholders | Number of Shares |
|---|---|
| Robert Polansky | 7 |
| Israel Polansky | 93 |

**Form SS-4** (Rev. August 1989)
Department of the Treasury
Internal Revenue Service

**Application for Employer Identification Number**
(For use by employers and others. Please read the attached instructions before completing this form.) Please type or print clearly.

EIN
OMB No. 1545-0003
Expires 7-31-91

**1** Name of applicant (True legal name) (See instructions.)
OSM Communications, Inc.

**2** Trade name of business, if different from name in line 1

**3** Executor, trustee, "care of" name

**4a** Mailing address (street address) (room, apt., or suite no.)
444 Madison Avenue   Suite 303

**5a** Address of business. (See instructions.)

**4b** City, state, and ZIP code
New York, New York  10022

**5b** City, state, and ZIP code

**6** County and state where principal business is located
New York, New York

**7** Name of principal officer, grantor, or general partner. (See instructions.) ▶ Robert Polansky

**8a** Type of entity (Check only one box.) (See instructions.)
☐ Individual SSN ___
☐ REMIC   ☐ Personal service corp.
☐ State/local government   ☐ National guard
☐ Other nonprofit organization (specify) ___
☐ Other (specify) ▶
☐ Estate
☐ Plan administrator SSN ___
☒ Other corporation (specify) ___ Sell/Satellite Systems
☐ Federal government/military
If nonprofit organization enter GEN (if applicable) ___
☐ Trust
☐ Partnership
☐ Farmers' cooperative
☐ Church or church controlled organization

**8b** If a corporation, give name of foreign country (if applicable) or state in the U.S. where incorporated ▶
Foreign country
State: Delaware

**9** Reason for applying (Check only one box)
☐ Started new business
☐ Hired employees
☐ Created a pension plan (specify type) ▶
☐ Banking purpose (specify) ▶
☐ Changed type of organization (specify) ▶
☐ Purchased going business
☐ Created a trust (specify) ▶
☐ Other (specify) ▶

**10** Date business started or acquired (Mo., day, year) (See instructions.)
June 10, 1993

**11** Enter closing month of accounting year. (See instructions.)
December

**12** First date wages or annuities were paid or will be paid (Mo., day, year). Note: If applicant is a withholding agent, enter date income will first be paid to nonresident alien. (Mo., day, year) ▶

**13** Enter highest number of employees expected in the next 12 months. Note: If the applicant does not expect to have any employees during the period, enter "0." ▶
Nonagricultural: 4    Agricultural:    Household:

**14** Does the applicant operate more than one place of business? ☐ Yes ☒ No
If "Yes," enter name of business. ▶

**15** Principal activity or service (See instructions.) ▶ selling satellite systems in the retail environment

**16** Is the principal business activity manufacturing? ☐ Yes ☒ No
If "Yes," principal product and raw material used ▶

**17** To whom are most of the products or services sold? Please check the appropriate box.
☐ Public (retail)   ☐ Other (specify) ▶   ☒ Business (wholesale)   ☐ N/A

**18a** Has the applicant ever applied for an identification number for this or any other business? ☐ Yes ☒ No
Note: If "Yes," please complete lines 18b and 18c.

**18b** If you checked the "Yes" box in line 18a, give applicant's true name and trade name, if different than name shown on prior application.
True name ▶                    Trade name ▶

**18c** Enter approximate date, city, and state where the application was filed and the previous employer identification number if known.
Approximate date when filed (Mo., day, year)   City and state where filed   Previous EIN

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.
Telephone number (include area code)
Name and title (Please type or print clearly.) ▶

Signature ▶                                                Date ▶

Note: Do not write below this line. For official use only.
Please leave blank   Geo.   Ind.   Class   Size   Reason for applying

For Paperwork Reduction Act Notice, see attached instructions.   U.S. Government Printing Office: 1989-254-131/00103   Form SS-4 (Rev. 8-89)