# **EXHIBIT M**

**EXHIBIT M**

```
 1   employee.  She was an at-will employee.  The company
 2   that's losing -- it's understood that if a company
 3   is losing money it doesn't provide bonuses.
 4       Q     If you'll just focus on the questions I'm
 5   asking, instead of providing other information,
 6   we'll get through this quickly.  Plaintiff's Exhibit
 7   O I'm showing you.  That is something that was
 8   prepared by you or a copy of something that was
 9   prepared by you, correct?
10       A     I don't know.  It appears right.  I don't
11   know.
12       Q     At the bottom of that, can you read the
13   last sentence for the record?
14       A     "The above does not go into effect if you
15   are no longer employed by OSM."
16       Q     How could you comport that, that you just
17   said she was an at-will employee?
18       A     These are terms of an arrangement, not a
19   contract.  At least that's how I envisioned it.
20       Q     Let me show you what's been marked as
21   Plaintiff's Exhibit P.  Do you recognize that?
22       A     No, I don't.
23       Q     Do you recognize your signature on that
24   signature card on page 3?  Isn't that in fact your
```



```
 1   signature card for the U.S. Trust bank account that
 2   was opened?
 3       A     I don't recognize it and I don't know
 4   anything about that.
 5       Q     In the U.S. Trust account that you had
 6   opened for OSM, did your father have signing
 7   authority as well?
 8       A     No.  He had no signing authority for --
 9       Q     It's your testimony that that --
10       A     I don't recognize his signature.
11       Q     Mr. Polansky, answer the question.
12       A     He never wrote a check for this company,
13   never had the authority to do so, as far as I
14   understood.  I've never seen that card.
15       Q     You can't just go running off and have a
16   conversation and say whatever you'd like.  Just
17   focus on the questions and answer my questions,
18   please.  Did Israel Polansky have signing authority
19   for the U.S. Trust account?
20       A     No.  As far as I knew, no.  He wrote no
21   checks at any time, no.
22       Q     So, you're saying --
23       A     I don't recognize that.  Frankly, this is
24   the first --
```

1   Q       Mr. Polansky, please don't speak over me.
2   Only one person at a time can speak. That's the
3   rules of the deposition. Let's try to get through
4   this. If you want to take a break and come back
5   here at 4:00 o'clock, we can do that.
6   A       That's okay. I'm here.
7               MR. SULZBACH: I'm not here.
8   BY MR. ARNOLD:
9   Q       There's two signatures on it. Are you
10  saying that that is not an accurate representation
11  of the signature card for the U.S. Trust account?
12  A       Can I see the checks, please? <u>I have no
13  comment</u> in regard to it. All I know --
14  Q       Is it your testimony that that's not an
15  accurate representation of the signature card for
16  the U.S. Trust account? Yes or no?
17              MR. SULZBACH: For which U.S. Trust
18  account?
19              MR. ARNOLD: For OSM.
20              THE WITNESS: <u>I have no knowledge
21  of this</u>. And I don't understand that. Mr. Polansky
22  is not signing checks.
23  BY MR. ARNOLD:
24  Q       I'd like to show you what's been marked as

# **EXHIBIT N**



# CAP Account Statement

CAP Account number: 8880812436
Brokerage Account number: 6498773

8880812436    6/01/1998 thru 6/30/1998
10   NJ   R   U

## Account Activity continued

| Date | Description | | Amount |
|---|---|---|---|
| 6/30 | WIRE TRANSFER TR # 020498 | | 5,000.00 |
| | **Total** | | **$ 41,779.21** |

## Summary of Withdrawals

| Date | Check Number | Description | Expense Tracking Category | Amount |
|---|---|---|---|---|
| 6/01 | | MINIMUM BALANCE FEE FOR PRIOR MONTH | | 15.00 |
| 5/31 | | WITHDRAWAL CITIBANK 02102 05/30 976 | | 500.00 |
| 6/02 | | WITHDRAWAL THE BANK OF NY 06/01 706 | | 300.00 |
| 6/02 | | WITHDRAWAL THE BANK OF NY 06/01 706 | | 500.00 |
| 6/02 | | WITHDRAWAL CHASE 06/02 598 MADISON AVENU | | 800.00 |
| 6/04 | | WITHDRAWAL THE BANK OF NY 06/03 706 | | 300.00 |
| 6/04 | | WITHDRAWAL THE BANK OF NY 06/03 706 | | 500.00 |
| 6/04 | | WITHDRAWAL CHASE 06/04 386 PARK AVENUE S | | 800.00 |
| 6/08 | | WITHDRAWAL THE BANK OF NY 06/05 706 | | 200.00 |
| 6/08 | | WITHDRAWAL THE BANK OF NY 06/05 706 | | 500.00 |
| 6/08 | | WITHDRAWAL THE BANK OF NY 06/08 706 | | 200.00 |
| 6/09 | | WITHDRAWAL THE BANK OF NY 06/08 706 | | 500.00 |
| 6/10 | | REVERSAL - CAP DEPOSIT | | 2,000.00 |
| 6/10 | | DEPOSIT CHARGEBACK SERVICE CHARGE | | 8.00 |
| 6/12 | | PURCHASE MTA B & T E-Z PASS 06/10 | | 25.00 |
| 6/12 | | WITHDRAWAL INTERBANK OF N 06/11 420 PARK | | 40.00 |
| 6/15 | | PURCHASE AOL*SERVICE 0698 06/13 | | 22.55 |
| 6/15 | | WITHDRAWAL BANKBOSTON 06/15 ONE POST | | 300.00 |
| 6/15 | | WITHDRAWAL CHASE 06/13 35 EAST 72ND STRE | | 500.00 |

✓ indicates a break in check number sequence

Account Activity continued on next page



125,700

# CAP Account Statement

CAP Account number: 8880812436
Brokerage Account number: 64981773

8880812436    6/01/1998 thru 6/30/1998    11  NJ  R  U

## Account Activity continued

| Date | Check Number | Description | Expense Tracking Category | Amount |
|---|---|---|---|---|
| 5 | | WITHDRAWAL CHASE 06/12 1025 LEX AVE. | | 800.00 |
| 6 | | WITHDRAWAL EDS/AMEREX 06/15 LAGUARDIA | | 401.50 |
| 6 | | WIRE TRANSFER FEE TR# 015538 | | 15.00 |
| 6 | | WIRE TRANSFER TR# 015538 | | 2,700.00 |
| 6 | | ANNUAL FEE | | 100.00 |
| 7 | | RETURN (INSUFF) SERVICE CHARGE | | 29.00 |
| 7 | | PURCHASE TRUMP AIR 185740 06/15 | | 202.00 |
| 7 | | PURCHASE TRUMP AIR 185740 06/15 | | 202.00 |
| 8 | | WIRE TRANSFER FEE TR# 008198 | | 15.00 |
| 8 | | WIRE TRANSFER TR# 008198 | | 4,000.00 |
| 9 | | WITHDRAWAL LEMOINE 06/19 2011 LEMOINE | | 300.00 |
| 9 | | PURCHASE SAN PIETRO 06/16 482880018174 | | 243.13 |
| 9 | | WITHDRAWAL CHASE 06/18 1121 MADISON AVE. | | 800.00 |
| 12 | | PURCHASE ZITOMER 06/20 482880018174 NEW | | 10.00 |
| 12 | | PURCHASE EASTSIDE CAR WASH 06/20 | | 37.75 |
| 12 | | PURCHASE ICI 06/20 482880018174 NEW | | 89.50 |
| 13 | | PURCHASE KINGS PHARMACY 06/21 | | 3.40 |
| 13 | | PURCHASE KINGS PHARMACY 06/21 | | 13.16 |
| 13 | | PURCHASE PARMA RESTAURANT 06/21 | | 126.00 |
| 13 | | WITHDRAWAL THE BANK OF NY 06/22 706 | | 500.00 |
| 13 | | WITHDRAWAL CHASE 06/23 401 MADISON AVENU | | 500.00 |
| 14 | | DEBIT MEMO | | 700.00 |
| 15 | | PURCHASE DALLAS BBQ 06/23 482880018174 | | 37.20 |
| 16 | | WITHDRAWAL CITIBANK 02102 06/25 976 | | 300.00 |
| 16 | | WITHDRAWAL CITIBANK 02102 06/25 976 | | 500.00 |

*indicates a break in check number sequence*

*Account Activity continued on next page*

125,701

100245



# CAP Account Statement

CAP Account number: 8880812436
Brokerage Account number: 6498l773

8880812436    6/01/1998 thru 6/30/1998    12  NJ  R  U

125,702

## Account Activity *continued*

| Date | Check Number | Description | Expense Tracking Category | Amount |
|---|---|---|---|---|
| 6/29 | | PURCHASE B & G APPLIANCE SE 06/25 | | 73.61 |
| 6/29 | | WITHDRAWAL CHASE 06/28 1003 LEX AVE. | | 200.00 |
| 6/30 | | RETURN (UNCOLL) SERVICE CHARGE | | 29.00 |
| 6/30 | | RETURN (INSUFF) SERVICE CHARGE | | 29.00 |
| 6/30 | | WITHDRAWAL CITIBANK 09503 06/29 757 | | 400.00 |
| 6/15 | 1109 | AT&T | | 159.12 |
| 6/15 | 1110 | MARK POLANSKY | | 350.00 |
| 6/19 | 1112 * | MARK POLANSKY | | 350.00 |
| 6/19 | 1113 | JON DEKARET | | 2,014.00 |
| 6/24 | 1115 * | DON WAINRIGHT | | 4,200.00 |
| 6/29 | 1116 | TOYOTA MOTOR CREDIT | | 0.00 |
| 6/22 | 1118 * | DAN GEORGETTI | STOPPED | 0.00 |
| 6/29 | 1126 * | INTERNAL REVENUE SERVICE | STOPPED | 3,650.00 |
| 6/16 | 1150 * | ROBT HUSSEY | | 500.00 |
| 6/25 | 1153 | WARSHAW BURSTEIN COHEN | | 0.00 |
| 6/16 | 1153 * | WARSHAW BURSTEIN COHEN | STOPPED | 6,529.00 |
| 6/24 | 1170 | ROBERT POLANSKY | | 350.00 |
| 6/19 | 1172 * | CON EDISON | | 359.77 |
| 6/25 | 1173 | BELL ATLANTIC | | 208.28 |
| 6/26 | 1174 | AT&T | | 39.34 |
| 6/25 | 1175 | MBNA AMERICA | | 236.00 |
| 6/26 | 1176 | CITIBANK VISA | | 300.00 |
| 6/25 | 1177 | AT&T UNIVERSAL CARD SERVICES | | 175.06 |
| 6/25 | 1178 | CHASE | | 75.00 |

*Indicates a break in check number sequence*

*Account Activity continued on next page*

