# **EXHIBIT O**

| Date | Description | Amount |
|---|---|---|
| 3/28 | PURCHASE NICOLA'S 03/25 4 | 107.65 |
| 3/28 | PURCHASE PARMA RESTAURANT | 109.75 |
| 3/09 | WITHDRAWAL INTERBANK OF N | 501.00 |
| 3/30 | PURCHASE SECOND AVENUE 09 | 42.41 |
| 3/30 | WITHDRAWAL FIRSTAR ILLINO | 300.00 |

Total - ATM and Checkcard Withdrawals $ 5,870.46

Account Activity continued on next page



```
         CAP Account Statement                    04/01/2000 thru 04/30/2000

              3    8880812436    NJ  R  U         REPLACEMENT STATEMENT              075


    CAP Account number:        8880812436
    Brokerage Account number:  64981773
    Taxpayer ID:               13-375-5491
```

---

**Available Funds Summary**

| | |
|---|---|
| Evergreen Money Market | $ 6,870.23 |
| Total Available Funds | $ 6,870.23 |

Your Sweep Option is - Evergreen Money Market
7 Day Effective Yield as of 4/30/20 0    5.23%

**CAP ACCOUNT ACTIVITY SUMMARY**

| | |
|---|---|
| Opening Evergreen Money Market | $ 40.87 |
| **Additions to Cash** | |
| Deposits | 53,608.66 |
| Income and Short Term Distributions | 27.91 |
| Proceeds from Securities Sold and Redeemed | 0.00 |
| Other Additions | 0.00 |
| Total Additions to Cash | 53,636.57 |
| **Subtractions from Cash** | |
| ATM and Checkcard Withdrawals | 9,450.34 |
| Checks and Other Withdrawals | 37,276.87 |
| Securities Purchased | 0.00 |
| Other Subtractions | 80.00 |
| Total Subtractions from Cash | 46,807.21 |
| Closing Evergreen Money Market | $ 6,870.23 |

*8916* (handwritten)

WITHDRAWAL                                                                 CITIZENS BANK

**Checks and Other Withdrawals**

| Date | Transaction Type/<br>Check Number Description | Expense<br>Tracking Category | Amount | Check Ref Number |
|---|---|---|---|---|
| 5/01 | ECC MANAGEMENT SERVICES | | 200.00 | 8021789735 |
| 5/08 | WIRE TRANSFER FEE TR# 025 | | 15.00 | 20130000 |
| 5/08 | WIRE TRANSFER FEE TR# 025 | | 15.00 | 20130002 |
| 5/30 | | | 301.00 | |

Total - ATM and Checkcard Withdrawals                                      $ 6,711.23

* Indicates a break in check number sequence

Account Activity continued on next page


```
       CAP Account Statement                          06/01/2000 thru 06/30/2000

              3    8880812436    NJ  R  U      REPLACEMENT STATEMENT                    075


  CAP Account number:        8880812436
  Brokerage Account number:  64981773
  Taxpayer ID:               13-375-5491
```

## Available Funds Summary

| | |
|---|---|
| Evergreen Money Market | $ 1,100.45 |
| Total Available Funds | $ 1,100.45 |

Your Sweep Option is - Evergreen Money Market
7 Day Effective Yield as of 6/30/20 0                    5.71%

## CAP ACCOUNT ACTIVITY SUMMARY

| | |
|---|---|
| Opening Evergreen Money Market | $ 1,659.56 |
| **Additions to Cash** | |
| Deposits | 17,700.00 |
| Income and Short Term Distributions | 5.20 |
| Proceeds from Securities Sold and Redeemed | 0.00 |
| Other Additions | 0.00 |
| Total Additions to Cash | 17,705.20 |
| **Subtractions from Cash** | |
| ATM and Checkcard Withdrawals | 6,407.14 |
| Checks and Other Withdrawals | 11,567.17 |
| Securities Purchased | 0.00 |
| Other Subtractions | 290.00 |
| Total Subtractions from Cash | 18,264.31 |
| Closing Evergreen Money Market | $ 1,100.45 |