# **EXHIBIT P**

1    A    Yes.

2    Q    And specifically, in what instances did
3  that occur?

4    A    In several instances they described to the
5  Venture capitalists that the deal should be made
6  with them; Mr. Polansky was not in control of the
7  company; could not run anything; and that Venture
8  Capitals should invest in them and sign them before
9  they made any investment in the company.

10    Q    Incidently, did you ever tell either Mr.
11  Wainright or Ms. Russo-Williams that, as long as
12  they worked with the company, that your father would
13  guarantee that their wages, salaries and benefits
14  would be paid?

15    A    Absolutely not.

16            MR. SULZBACH:  That's all I have.

17            MR. ARNOLD:  I just have a few
18  follow-up questions.

19

20

21            REDIRECT EXAMINATION

22  BY MR. ARNOLD:

23    Q    Did you use the OSM checking account to pay
24  for any of your living expenses in New York City?

1    A    Occasionally, yes.

2    Q    Okay. What living expenses were there that
3    you used OSM funds to pay for?

4    A    I don't recollect any of them offhand, but
5    everything was carefully documented by Mr. Padob.
6    They were done in the form of -- I don't really know
7    how he did it, but all records were kept precisely
8    of the few advances. I don't know how he booked it,
9    advances or loans to the company, one or the other.

10   Q    How about payments for your mortgage for
11   the apartment?

12   A    I have no mortgage.

13   Q    You live with your wife in an apartment in
14   New York?

15   A    That's right.

16   Q    Does that apartment have a mortgage in your
17   wife's name?

18   A    No, it doesn't.

19   Q    It's owned outright?

20   A    Yes.

21   Q    The monthly common charges, did you ever
22   use OSM funds to pay for your monthly common
23   charges?

24   A    No. You mean the maintenance, no.

# **EXHIBIT Q**

# SCHEDULE K-1
## (Form 1120S)
Department of the Treasury
Internal Revenue Service

## Shareholder's Share of Income, Credits, Deductions, etc.
▶ See separate instructions.
For calendar year 2000 or tax year
beginning _____, 2000, and ending _____, 20___

OMB No. 1545-0130

**2000**

Shareholder's identifying number ▶

Corporation's identifying number ▶

Shareholder's name, address, and ZIP code

ROBERT POLANSKY
3 EAST 64th STREET
NY, NY 10001

Corporation's name, address, and ZIP code

OSM COMMUNICATIONS INC
432 PARK AVE SOUTH
NEW YORK, NY 10016

A  Shareholder's percentage of stock ownership for tax year (see instructions for Schedule K-1) . . . . ▶ 7 %
B  Internal Revenue Service Center where corporation filed its return ▶ HOLTSVILLE, NY
C  Tax shelter registration number (see instructions for Schedule K-1) . . . . . . . . . ▶
D  Check applicable boxes:    (1) ☐ Final K-1    (2) ☐ Amended K-1

| (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|
| **Income (Loss)** | 1 Ordinary income (loss) from trade or business activities  LOSS | 1  (14547) | See pages 4 and 5 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 2 Net income (loss) from rental real estate activities | 2 | |
| | 3 Net income (loss) from other rental activities | 3 | |
| | 4 Portfolio income (loss): | | |
| | a Interest | 4a | Sch. B, Part I, line 1 |
| | b Ordinary dividends | 4b | Sch. B, Part II, line 5 |
| | c Royalties | 4c | Sch. E, Part I, line 4 |
| | d Net short-term capital gain (loss) | 4d | Sch. D, line 5, col. (f) |
| | e Net long-term capital gain (loss): | | |
| | (1) 28% rate gain (loss) | 4e(1) | Sch. D, line 12, col. (g) |
| | (2) Total for year | 4e(2) | Sch. D, line 12, col. (f) |
| | f Other portfolio income (loss) (attach schedule) | 4f | (Enter on applicable line of your return.) |
| | 5 Net section 1231 gain (loss) (other than due to casualty or theft) | 5 | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 6 Other income (loss) (attach schedule) | 6 | (Enter on applicable line of your return.) |
| **Deductions** | 7 Charitable contributions (attach schedule) | 7 | Sch. A, line 15 or 16 |
| | 8 Section 179 expense deduction | 8 | See page 6 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 9 Deductions related to portfolio income (loss) (attach schedule) | 9 | |
| | 10 Other deductions (attach schedule) | 10 | |
| **Investment Interest** | 11a Interest expense on investment debts | 11a | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f above | 11b(1) | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | (2) Investment expenses included on line 9 above | 11b(2) | |
| **Credits** | 12a Credit for alcohol used as fuel | 12a | Form 6478, line 10 |
| | b Low-income housing credit: | | |
| | (1) From section 42(j)(5) partnerships for property placed in service before 1990 | 12b(1) | |
| | (2) Other than on line 12b(1) for property placed in service before 1990 | 12b(2) | Form 8586, line 5 |
| | (3) From section 42(j)(5) partnerships for property placed in service after 1989 | 12b(3) | |
| | (4) Other than on line 12b(3) for property placed in service after 1989 | 12b(4) | |
| | c Qualified rehabilitation expenditures related to rental real estate activities | 12c | |
| | d Credits (other than credits shown on lines 12b and 12c) related to rental real estate activities | 12d | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | e Credits related to other rental activities | 12e | |
| | 13 Other credits | 13 | |

For Paperwork Reduction Act Notice, see the Instructions for Form 1120S.    Cat. No. 11520D    Schedule K-1 (Form 1120S) 2000

| | | (a) Pro rata share items | | (b) Amount | (c) Form 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Adjustments and Tax Preference Items | 14a | Depreciation adjustment on property placed in service after 1986 | 14a | | See page 7 of the Shareholder's Instructions for Schedule K-1 (Form 1120S) and Instructions for Form 6251 |
| | b | Adjusted gain or loss | 14b | | |
| | c | Depletion (other than oil and gas) | 14c | | |
| | d | (1) Gross income from oil, gas, or geothermal properties | 14d(1) | | |
| | | (2) Deductions allocable to oil, gas, or geothermal properties | 14d(2) | | |
| | e | Other adjustments and tax preference items (attach schedule) | 14e | | |
| Foreign Taxes | 15a | Name of foreign country or U.S. possession ▶ .................... | | | |
| | b | Gross income sourced at shareholder level | 15b | | |
| | c | Foreign gross income sourced at corporate level: | | | |
| | | (1) Passive | 15c(1) | | |
| | | (2) Listed categories (attach schedule) | 15c(2) | | |
| | | (3) General limitation | 15c(3) | | |
| | d | Deductions allocated and apportioned at shareholder level: | | | Form 1116, Part I |
| | | (1) Interest expense | 15d(1) | | |
| | | (2) Other | 15d(2) | | |
| | e | Deductions allocated and apportioned at corporate level to foreign source income: | | | |
| | | (1) Passive | 15e(1) | | |
| | | (2) Listed categories (attach schedule) | 15e(2) | | |
| | | (3) General limitation | 15e(3) | | |
| | f | Total foreign taxes (check one): ▶ ☐ Paid  ☐ Accrued | 15f | | Form 1116, Part II |
| | g | Reduction in taxes available for credit and gross income from all sources (attach schedule) | 15g | | See Instructions for Form 1116 |
| Other | 16 | Section 59(e)(2) expenditures: a Type ▶ .................... | | | See Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | b | Amount | 16b | | |
| | 17 | Tax-exempt interest income | 17 | | Form 1040, line 8b |
| | 18 | Other tax-exempt income | 18 | | |
| | 19 | Nondeductible expenses | 19 | | See pages 7 and 8 of the Shareholder's Instructions for Schedule K-1 (Form 1120S). |
| | 20 | Property distributions (including cash) other than dividend distributions reported to you on Form 1099-DIV | 20 | | |
| | 21 | Amount of loan repayments for "Loans From Shareholders" | 21 | | |
| | 22 | Recapture of low-income housing credit: | | | |
| | a | From section 42(j)(5) partnerships | 22a | | Form 8611, line 8 |
| | b | Other than on line 22a | 22b | | |

23 Supplemental information required to be reported separately to each shareholder (attach additional schedules if more space is needed):

Supplemental Information

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------

------------------------------------------------------------