# **EXHIBIT R**

# Form 1040  U.S. Individual Income Tax Return 1996

Department of the Treasury—Internal Revenue Service

For the year Jan. 1–Dec. 31, 1996, or other tax year beginning _____, 1996, ending _____, 19 ___  
OMB No. 1545-0074  
(  ) IRS Use Only—Do not write or staple in this space.

**Label** (See page 11.)

Your first name and initial: **Robert**  
Last name: **Polansky**  
Your social security number: **018 76 5461**

If a joint return, spouse's first name and initial: **Ann M. H.**  
Last name: **Polansky**  
Spouse's social security number: **067 28 9996**

Home address (number and street): **3 East 69th Street**  
Apt. no.: _____

City, town or post office, state, and ZIP code: **New York, N.Y.**

Use the IRS label. Otherwise, please print or type.

**Presidential Election Campaign** (See page 11.)  
Do you want $3 to go to this fund? ........ **Yes** ✓  
If a joint return, does your spouse want $3 to go to this fund? ... **Yes** ✓

Note: Checking "Yes" will not change your tax or reduce your refund.

**Filing Status** (Check only one box.)
1. ☐ Single
2. ☒ Married filing joint return (even if only one had income)
3. ☐ Married filing separate return. Enter spouse's social security no. above and full name here. ▶ _____
4. ☐ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶ _____
5. ☐ Qualifying widow(er) with dependent child (year spouse died ▶ 19 __ ). (See instructions.)

**Exemptions**

6a ☐ Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a.  
b ☐ Spouse

No. of boxes checked on lines 6a and 6b: **2**

c Dependents:

| (1) First name  Last name | (2) Dependent's social security number. If born in Dec. 1996, see inst. | (3) Dependent's relationship to you | (4) No. of months lived in your home in 1996 |
|---|---|---|---|
| Jerome Polansky | 124 32 5796 | Son | 12 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

If more than six dependents, see the instructions for line 6c.

No. of your children on line 6c who:
- lived with you: **1**
- did not live with you due to divorce or separation (see instructions): ___
- Dependents on 6c not entered above: ___

Add numbers entered on lines above ▶ **3**

d Total number of exemptions claimed ........

**Income**

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see the instructions for line 7.

Enclose, but do not attach, any payment. Also, please enclose Form 1040-V (see the instructions for line 62).

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 8a | Taxable interest. Attach Schedule B if over $400 | 273 05 |
| 8b | Tax-exempt interest. DO NOT include on line 8a | |
| 9 | Dividend income. Attach Schedule B if over $400 | 226 ( ) |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 22,341 30 |
| 13 | Capital gain or (loss). If required, attach Schedule D | 1,547 — |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | Total IRA distributions ___ 15a ___ b Taxable amount (see inst.) 15b | |
| 16a | Total pensions and annuities 16a **2,750 00** b Taxable amount (see inst.) 16b | 2,408 76 |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | (14,246 00) |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits 20a ___ b Taxable amount (see inst.) 20b | |
| 21 | Other income. List type and amount—see instructions _____ | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your total income ▶ | 13,544 11 |

**Adjusted Gross Income**

If line 31 is under $28,495 (under $9,500 if a child did not live with you), see the instructions for line 54.

| Line | Description | Amount | |
|---|---|---|---|
| 23a | Your IRA deduction (see instructions) | 23a | |
| 23b | Spouse's IRA deduction (see instructions) | 23b | |
| 24 | Moving expenses. Attach Form 3903 or 3903-F | 24 | |
| 25 | One-half of self-employment tax. Attach Schedule SE | 25 **1,649 01** | |
| 26 | Self-employed health insurance deduction (see inst.) | 26 | |
| 27 | Keogh & self-employed SEP plans. If SEP, check ▶ ☐ | 27 | |
| 28 | Penalty on early withdrawal of savings | 28 | |
| 29 | Alimony paid. Recipient's SSN ▶ _____ | 29 | |
| 30 | Add lines 23a through 29 | 30 | 1,649 01 |
| 31 | Subtract line 30 from line 22. This is your **adjusted gross income** ▶ | 31 | 11,895 10 |

For Privacy Act and Paperwork Reduction Act Notice, see page 7.  
Cat. No. 11320B  
Form **1040** (1996)

43

**Tax Computation**

| Line | Description | Amount |
|---|---|---|
| 32 | Amount from line 31 (adjusted gross income) | 77 895 10 |
| 33a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 33a | |
| 33b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see instructions and check here ▶ 33b ☐ | |
| 34 | Enter the larger of your: Itemized deductions from Schedule A, line 28, OR Standard deduction shown below for your filing status. But see the instructions if you checked any box on line 33a or b or someone can claim you as a dependent. • Single—$4,000 • Married filing jointly or Qualifying widow(er)—$6,700 • Head of household—$5,900 • Married filing separately—$3,350 | 13330 42 |
| 35 | Subtract line 34 from line 32 | None |
| 36 | If line 32 is $88,475 or less, multiply $2,550 by the total number of exemptions claimed on line 6d. If line 32 is over $88,475, see the worksheet in the inst. for the amount to enter | — |
| 37 | Taxable income. Subtract line 36 from line 35. If line 36 is more than line 35, enter -0- | None |
| 38 | Tax. See instructions. Check if total includes any tax from a ☐ Form(s) 8814 b ☐ Form 4972 | None |

**Credits**

| 39 | Credit for child and dependent care expenses. Attach Form 2441 | 39 | |
|---|---|---|---|
| 40 | Credit for the elderly or the disabled. Attach Schedule R | 40 | |
| 41 | Foreign tax credit. Attach Form 1116 | 41 | |
| 42 | Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) | 42 | |
| 43 | Add lines 39 through 42 | | -0- |
| 44 | Subtract line 43 from line 38. If line 43 is more than line 38, enter -0- | | None |

**Other Taxes**

| 45 | Self-employment tax. Attach Schedule SE | 3298 02 |
|---|---|---|
| 46 | Alternative minimum tax. Attach Form 6251 | |
| 47 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | |
| 48 | Tax on qualified retirement plans, including IRAs. If required, attach Form 5329 | |
| 49 | Advance earned income credit payments from Form(s) W-2 | |
| 50 | Household employment taxes. Attach Schedule H | |
| 51 | Add lines 44 through 50. This is your total tax ▶ | 3298 02 |

**Payments**

| 52 | Federal income tax withheld from Forms W-2 and 1099 | 52 | |
|---|---|---|---|
| 53 | 1996 estimated tax payments and amount applied from 1995 return | 53 | 382 68 |
| 54 | Earned income credit. Attach Schedule EIC if you have a qualifying child. Nontaxable earned income: amount ▶ and type ▶ | 54 | |
| 55 | Amount paid with Form 4868 (request for extension) | 55 | 3700 00 |
| 56 | Excess social security and RRTA tax withheld (see inst.) | 56 | |
| 57 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 | 57 | |
| 58 | Add lines 52 through 57. These are your total payments ▶ | | 4082 68 |

Attach Forms W-2, W-2G, and 1099-R on the front.

**Refund**

| 59 | If line 58 is more than line 51, subtract line 51 from line 58. This is the amount you OVERPAID | 784 68 |
|---|---|---|
| 60a | Amount of line 59 you want REFUNDED TO YOU | 141 9? |
| b | Routing number | |
| c | Type: ☐ Checking ☐ Savings | |
| d | Account number | |
| 61 | Amount of line 59 you want APPLIED TO YOUR 1997 ESTIMATED TAX ▶ | 784 68 |

**Amount You Owe**

| 62 | If line 51 is more than line 58, subtract line 58 from line 51. This is the AMOUNT YOU OWE. For details on how to pay and use Form 1040-V, see instructions | |
|---|---|---|
| 63 | Estimated tax penalty. Also include on line 62 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature / Date / Your occupation: Advertising

Spouse's signature. If a joint return, BOTH must sign. / Date / Spouse's occupation: Housewife

Keep a copy of this return for your records.

**Paid Preparer's Use Only**

| Preparer's signature | Date 10/10/97 | Check if self-employed ☒ | Preparer's social security no. 101 07 7792 |
|---|---|---|---|
| Firm's name (or yours if self-employed) and address | Henle + Pados 14 Wendover Road Carlstadt, N.J. | | EIN 13-32-0933 ZIP code 07072 |

**FILE COPY**

Form **1040**  Department of the Treasury — Internal Revenue Service
**U.S. Individual Income Tax Return 1997**  (99)  IRS Use only — Do not write or staple in this space.

For the year Jan 1 - Dec 31, 1997, or other tax year beginning , 1997, ending , 19          OMB No. 1545-0074

**Label** (See instructions.)
Use the IRS label. Otherwise, please print or type.

Your First Name: Robert   MI: E   Last Name: Polansky
Your Social Security No.: 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

Spouse's First Name: Ann M   MI: H   Last Name: Polansky
Spouse's Social Security No.: 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

Home Address: 3 East 69th Street
City: New York   State: NY   ZIP: 10021

**Presidential Election Campaign**
Do you want $3 to go to this fund? ........ Yes [ ]  No [X]
If a joint return, does your spouse want $3 to go to this fund? ....... Yes [ ]  No [X]

Note: Checking 'Yes' will not change your tax or reduce your refund.

**Filing Status** (Check only one box.)
1. [ ] Single
2. [X] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's SSN above & full name here ►
4. [ ] Head of household (with qualifying person). (See Instructions.) If the qualifying person is a child but not your dependent, enter this child's name here ►
5. [ ] Qualifying widow(er) with dependent child (year spouse died ► 19 ). (See instructions.)

**Exemptions**
6a [X] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, do not check box 6a .................
b [X] Spouse ...................

No. of boxes checked on 6a and 6b: 2

c Dependents:
| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) No. of months lived in your home in 1997 |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see instructions.

d Total number of exemptions claimed ........... 2

**Income**
Attach Copy B of your Forms W-2, W-2G, & 1099-R here.
If you did not get a W-2, see instructions.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | 40. |
| b | Tax-exempt interest. Do not include on line 8a   8b | | |
| 9 | Dividends. Attach Schedule B if required | 9 | 170. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 25,000. |
| 13 | Capital gain or (loss). Attach Schedule D | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions   15a       b Taxable amount (see instrs) | 15b | |
| 16a | Total pensions and annuities   16a       b Taxable amount (see instrs) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | -20,632. |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits   20a       b Taxable amount (see instrs) | 20b | |
| 21 | Other income. List type and amount — see instructions | 21 | |
| 22 | Add the amounts in the far right column for lines 7 - 21. This is your total income ► | 22 | 4,578. |

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

**Adjusted Gross Income**
If line 32 is under $29,290 (under $9,770 if a child did not live with you), see EIC in the instructions.

| | | | |
|---|---|---|---|
| 23 | IRA deduction (see instructions)   23 | | |
| 24 | Medical savings account deduction. Attach Form 8853   24 | | |
| 25 | Moving expenses. Attach Form 3903 or 3903-F   25 | | |
| 26 | One-half of self-employment tax. Attach Schedule SE   26 | 1,290. | |
| 27 | Self-employed health insurance deduction (see instructions)   27 | | |
| 28 | Keogh and self-employed SEP and SIMPLE plans   28 | | |
| 29 | Penalty on early withdrawal of savings   29 | | |
| 30a | Alimony paid.  b Recipient's SSN ►   30a | | |
| 31 | Add lines 23 - 30a | 31 | 1,290. |
| 32 | Subtract line 31 from line 22. This is your adjusted gross income ► | 32 | 3,288. |

BAA  For Privacy Act and Paperwork Reduction Act Notice, see instructions.  FDIA0112  10/24/97   Form 1040 (1997)

Form 1040 (1997)   Robert E & Ann M H Polansky   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   Page 2

### Tax Computation

| Line | Description | Amount |
|---|---|---|
| 33 | Amount from line 32 (adjusted gross income) | 3,288. |
| 34a | Check if: You were 65/older, Blind; Spouse was 65/older, Blind — Add the number of boxes checked above and enter the total here | |
| 34b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see instructions and check here | |
| 35 | Enter the larger of your: Itemized deductions from Schedule A, line 28, Or Standard deduction shown below for your filing status. But see the instructions if you checked any box on line 34a or 34b or someone can claim you as a dependent. • Single — $4,150  • Married filing jointly or Qualifying widow(er) — $6,900  • Head of household — $6,050  • Married filing separately — $3,450 | 13,354. |
| 36 | Subtract line 35 from line 33 | -10,066. |
| 37 | If line 33 is $90,900 or less, multiply $2,650 by the total number of exemptions claimed on line 6d. If line 33 is over $90,900, see the worksheet in the instructions for the amount to enter | 5,300. |
| 38 | Taxable income. Subtract line 37 from line 36. If line 37 is more than line 36, enter -0- | 0. |
| 39 | Tax. See instrs. Check if any tax from  a ☐ Form(s) 8814  b ☐ Form 4972 | 0. |

### Credits

| Line | Description | Amount | Total |
|---|---|---|---|
| 40 | Credit for child and dependent care expenses. Attach Form 2441 | | |
| 41 | Credit for the elderly or the disabled. Attach Sch R | | |
| 42 | Adoption credit. Attach Form 8839 | | |
| 43 | Foreign tax credit. Attach Form 1116 | | |
| 44 | Other. Check if from  a ☐ Form 3800  b ☐ Form 8396  c ☐ Form 8801  d ☐ Form (specify) | | |
| 45 | Add lines 40 through 44 | | |
| 46 | Subtract line 45 from line 39. If line 45 is more than line 39, enter -0- | | 0. |

### Other Taxes

| Line | Description | Amount |
|---|---|---|
| 47 | Self-employment tax. Attach Schedule SE | 2,580. |
| 48 | Alternative minimum tax. Attach Form 6251 | |
| 49 | SS and Medicare tax on tip income not reported to employer. Attach Form 4137 | |
| 50 | Tax on qualified retirement plans (including IRAs) and MSAs. Attach Form 5329 if required | |
| 51 | Advance earned income credit payments from Form(s) W-2 | |
| 52 | Household employment taxes. Attach Schedule H | 903. |
| 53 | Add lns 46 - 52. This is your total tax | 3,483. |

### Payments

| Line | Description | Amount | Total |
|---|---|---|---|
| 54 | Federal income tax withheld from Forms W-2 and 1099 | | |
| 55 | 1997 estimated tax payments and amount applied from 1996 return | 785. | |
| 56a | Earned income credit. Attach Schedule EIC if you have a qualifying child.  b Nontaxable earned income; amount and type | | |
| 57 | Amount paid with Form 4868 (request for extension) | 3,000. | |
| 58 | Excess social security and RRTA tax withheld (see instrs) | | |
| 59 | Other payments. Check if from  a ☐ Form 2439  b ☐ Form 4136 | | |
| 60 | Add lines 54, 55, 56a, 57, 58, and 59. These are your total payments | | 3,785. |

Attach Forms W-2, W-2G, and 1099 R to page 1.

### Refund

Have it directly deposited! See instructions and fill in 62b, 62c, and 62d.

| Line | Description | Amount |
|---|---|---|
| 61 | If line 60 is more than line 53, subtract line 53 from line 60. This is the amount you Overpaid | 302. |
| 62a | Amount of line 61 you want Refunded to You | NONE |
| | b Routing number ..  c Type: ☐ Checking  ☐ Savings  d Account number .. | |
| 63 | Amount of line 61 you want Applied to Your 1998 Estimated Tax | 302 |

### Amount You Owe

| Line | Description | Amount |
|---|---|---|
| 64 | If line 53 is more than line 60, subtract line 60 from line 53. This is the Amount You Owe. For details on how to pay, see instructions | |
| 65 | Estimated tax penalty. Also include on line 64 | |

### Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your Signature   Date   Your Occupation: Advertising

Spouse's Signature. If a Joint Return, BOTH Must Sign.   Date   Spouse's Occupation: Housewife

Keep a copy of this return for your records.

### Paid Preparer's Use Only

Preparer's Signature: Eason & Buck Atty   Date: 10/13/98   Check if self-employed ☐   Preparer's Social Security No.: 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

Firm's Name (or yours if self-employed) and Address: E.S. DAVID LAW FIRM, P.C.  50 MAIN ST. SUITE 828  White Plains, N.Y. 10606

EIN:    ZIP Code:

FDIA0112  11/05/97   Form 1040 (1997)

# Form 1040  U.S. Individual Income Tax Return  1999

Department of the Treasury—Internal Revenue Service

For the year Jan. 1–Dec. 31, 1999, or other tax year beginning _____, 1999, ending _____ (U) IRS Use Only—Do not write or staple in this space.

OMB No. 1545-0074

**Label** (See instructions on page 18.) Use the IRS label. Otherwise, please print or type.

Your first name and initial: **Robert**
Last name: **Polansky**

If a joint return, spouse's first name and initial: **Ann M**
Last name: **Polansky**

Home address (number and street): **2 East 69th Street** Apt. no.: ____

City, town or post office, state, and ZIP code: **New York, NY 10021**

Your social security number: **018 36 8461**
Spouse's social security number: **067 38 9996**

▲ **IMPORTANT!** ▲ You must enter your SSN(s) above.

**Presidential Election Campaign** (See page 18.)
Do you want $3 to go to this fund? ............... Yes [✓] No
If a joint return, does your spouse want $3 to go to this fund? ...... Yes [ ] No

Note. Checking "Yes" will not change your tax or reduce your refund.

## Filing Status
Check only one box.
1. [ ] Single
2. [✗] Married filing joint return (even if only one had income)
3. [ ] Married filing separate return. Enter spouse's social security no. above and full name here. ▶
4. [ ] Head of household (with qualifying person). (See page 18.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19___). (See page 18.)

## Exemptions
6a [✗] Yourself. If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a.
b [✗] Spouse
c Dependents:

| (1) First name  Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |
| | | | [ ] |

No. of boxes checked on 6a and 6b: **2**
No. of your children on 6c who:
• lived with you ___
• did not live with you due to divorce or separation (see page 19) ___
Dependents on 6c not entered above ___
Add numbers entered on lines above ▶ **2**

If more than six dependents, see page 19.

d Total number of exemptions claimed ...............

## Income
Attach Copy B of your Forms W-2 and W-2G here. Also attach Form(s) 1099-R if tax was withheld.

If you did not get a W-2, see page 20.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| | | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 ___ |
| 8a | Taxable interest. Attach Schedule B if required | 8a **54 00** |
| b | Tax-exempt interest. DO NOT include on line 8a.  8b ___ | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 **186 00** |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 21) | 10 ___ |
| 11 | Alimony received | 11 ___ |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 **16436 28** |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [✓] | 13 **2007 00** |
| 14 | Other gains or (losses). Attach Form 4797 | 14 ___ |
| 15a | Total IRA distributions  15a ___   b Taxable amount (see page 22) | 15b ___ |
| 16a | Total pensions and annuities  16a **2408 76**  b Taxable amount (see page 22) | 16b **2408 76** |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 **22207 58** |
| 18 | Farm income or (loss). Attach Schedule F | 18 ___ |
| 19 | Unemployment compensation | 19 ___ |
| 20a | Social security benefits  20a ___   b Taxable amount (see page 24) | 20b ___ |
| 21 | Other income. List type and amount (see page 24) _____ | 21 ___ |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 **(613 66)** |

## Adjusted Gross Income

| | | | |
|---|---|---|---|
| 23 | IRA deduction (see page 26) | 23 ___ | |
| 24 | Student loan interest deduction (see page 26) | 24 ___ | |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 ___ | |
| 26 | Moving expenses. Attach Form 3903 | 26 ___ | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 **1196 52** | |
| 28 | Self-employed health insurance deduction (see page 28) | 28 ___ | |
| 29 | Keogh and self-employed SEP and SIMPLE plans | 29 ___ | |
| 30 | Penalty on early withdrawal of savings | 30 ___ | |
| 31a | Alimony paid  b Recipient's SSN ▶ _____ | 31a ___ | |
| 32 | Add lines 23 through 31a | | 32 **1196 52** |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | | 33 **(1810 18)** |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 54.   Cat. No. 14087D   Form **1040** (1999)

# Form 1040 (1999) — Page 2

## Tax and Credits

| Line | Description | Amount |
|---|---|---|
| 34 | Amount from line 33 (adjusted gross income) | |
| 35a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | |
| 35b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 30 and check here ▶ 35b ☐ | |
| 36 | Enter your **itemized deductions** from Schedule A, line 28, **OR standard deduction** shown on the left. But see page 30 to find your standard deduction if you checked any box on line 35a or 35b or if someone can claim you as a dependent | (12032 47) |
| 37 | Subtract line 36 from line 34 | (13 842 65) |
| 38 | If line 34 is $94,975 or less, multiply $2,750 by the total number of exemptions claimed on line 6d. If line 34 is over $94,975, see the worksheet on page 31 for the amount to enter | 5500 00 |
| 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0-  MINUS | (19 342 68) |
| 40 | Tax (see page 31). Check if any tax is from a ☐ Form(s) 8814  b ☐ Form 4972 ▶ | none |
| 41 | Credit for child and dependent care expenses. Attach Form 2441 | |
| 42 | Credit for the elderly or the disabled. Attach Schedule R | |
| 43 | Child tax credit (see page 33) | |
| 44 | Education credits. Attach Form 8863 | |
| 45 | Adoption credit. Attach Form 8839 | |
| 46 | Foreign tax credit. Attach Form 1116 if required | |
| 47 | Other. Check if from a ☐ Form 3800  b ☐ Form 8396  c ☐ Form 8801  d ☐ Form (specify) | |
| 48 | Add lines 41 through 47. These are your **total credits** | |
| 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ▶ | none |

Standard Deduction for Most People:
- Single: $4,300
- Head of household: $6,350
- Married filing jointly or Qualifying widow(er): $7,200
- Married filing separately: $3,600

## Other Taxes

| Line | Description | Amount |
|---|---|---|
| 50 | Self-employment tax. Attach Schedule SE | 23493 03 |
| 51 | Alternative minimum tax. Attach Form 6251 | |
| 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | |
| 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | |
| 54 | Advance earned income credit payments from Form(s) W-2 | |
| 55 | Household employment taxes. Attach Schedule H ✓ | 20 948 76 |
| 56 | Add lines 49 through 55. This is your **total tax** ▶ | 44 441 79 |

## Payments

| Line | Description | Amount |
|---|---|---|
| 57 | Federal income tax withheld from Forms W-2 and 1099 | |
| 58 | 1999 estimated tax payments and amount applied from 1998 return | 3000 00 |
| 59a | **Earned income credit.** Attach Sch. EIC if you have a qualifying child | |
| b | Nontaxable earned income: amount ▶ _____ and type ▶ _____ | |
| 60 | Additional child tax credit. Attach Form 8812 | |
| 61 | Amount paid with request for extension to file (see page 48) | |
| 62 | Excess social security and RRTA tax withheld (see page 48) | |
| 63 | Other payments. Check if from a ☐ Form 2439  b ☐ Form 4136 | |
| 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ▶ | 3000 00 |

## Refund

| Line | Description | Amount |
|---|---|---|
| 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **OVERPAID** | |
| 66a | Amount of line 65 you want **REFUNDED TO YOU** ▶ | |
| b | Routing number | |
| c | Type: ☐ Checking ☐ Savings | |
| d | Account number | |
| 67 | Amount of line 65 you want **APPLIED TO YOUR 2000 ESTIMATED TAX** ▶ | |

Have it directly deposited! See page 48 and fill in 66b, 66c, and 66d.

## Amount You Owe

| Line | Description | Amount |
|---|---|---|
| 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **AMOUNT YOU OWE.** For details on how to pay, see page 49 ▶ | 1441 79 |
| 69 | Estimated tax penalty. Also include on line 68 | |

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation | Daytime telephone number (optional)
Spouse's signature. If a joint return, BOTH must sign. | Date | Spouse's occupation |

Joint return? See page 18. Keep a copy for your records.

## Paid Preparer's Use Only

Preparer's signature | Date | Check if self-employed ☐ | Preparer's SSN or PTIN
Firm's name (or yours if self-employed) and address | | | EIN / ZIP code

Form **1040** (1999)

Printed on recycled paper

# SCHEDULE A—Itemized Deductions
## (Form 1040)
(Schedule B is on back)

Department of the Treasury
Internal Revenue Service (U) ▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074
**1999**
Attachment Sequence No. 07

Name(s) shown on Form 1040: Robert + Ann Polansky

Your social security number: 018 36 8487

| Section | Line | Description | Amount | Total |
|---|---|---|---|---|
| **Medical and Dental Expenses** | 1 | Medical and dental expenses (see page A-1) | | |
| | 2 | Enter amount from Form 1040, line 34 | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | |
| **Taxes You Paid** | 5 | State and local income taxes | | |
| | 6 | Real estate taxes (see page A-2) | 6872 23 | |
| | 7 | Personal property taxes | | |
| | 8 | Other taxes. List type and amount ▶ | | |
| | 9 | Add lines 5 through 8 | | 6872 23 |
| **Interest You Paid** | 10 | Home mortgage interest and points reported to you on Form 1098 | 4210 24 | |
| | 11 | Home mortgage interest not reported to you on Form 1098. | | |
| | 12 | Points not reported to you on Form 1098. See page A-3 for special rules | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) | | |
| | 14 | Add lines 10 through 13 | | 4210 24 |
| **Gifts to Charity** | 15 | Gifts by cash or check. | 950 — | |
| | 16 | Other than by cash or check. | | |
| | 17 | Carryover from prior year | | |
| | 18 | Add lines 15 through 17 | | 950 00 |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. | | |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses | | |
| | 21 | Tax preparation fees | | |
| | 22 | Other expenses | | |
| | 23 | Add lines 20 through 22 | | |
| | 24 | Enter amount from Form 1040, line 34 | | |
| | 25 | Multiply line 24 above by 2% (.02) | | |
| | 26 | Subtract line 25 from line 23. | | |
| **Other Miscellaneous Deductions** | 27 | Other—from list on page A-6. | | |
| **Total Itemized Deductions** | 28 | ☐ No. ☐ Yes. | | 12 032 47 |

For Paperwork Reduction Act Notice, see Form 1040 instructions.  Cat. No. 14091L  Schedule A (Form 1040) 1999

# EXHIBIT S

1  A. I was investing in the company.

2  Q. What does that mean investing?

3  A. Well...oh...just about what it...I said...I invested the money, I advanced the

4  money to the company, I purchased the stock in the company.

5  Q. How much stock did you own?

6  A. I beg your pardon?

7  Q. How much stock did you buy?

8  A. 93%

9  Q. And who were the other shareholders in the company?

10 A. Robert Polansky.

11 Q. He owned the other 17 percent, I mean the other 7%?

12 A. Robert Polansky.

13 Q. And did you ever loan the company any money?

14 A. As a matter of fact I think part of it was as a loan.

15 Q. How much did you pay for the 93% ownership of the stock

16 A. I don't really remember what the first payment was.

17 Q. Do you remember any of the payments, how much they were?

18 A. Well...yes I advanced money to the company from time to time?

19 Q. And what would you advance money to the company for?


20 A. Well I invested in the company and I assumed that they were going to use it for

21 the functions necessary to maintain the corporation

22 Q. Okay. And what are some of the functions that are necessary to run the

23 corporation, as you understood them?

24 A. Ah...I understood that they were to ahh...install signs and sell advertising on the

8

1   signs and hopefully make a success of it

2   Q. Would you consider payroll one of the functions necessary to run the company?

3   A. I imagine any company must have payrolls.

4   Q. Okay, but the question to you is "is payroll one of the functions that you

5   understood that was necessary to run the company"?

6   A. I didn't understand any of the functions of the company.

7   Q. Well you just told me about two functions installing signs and selling advertising,

8   correct?

9   A. Yes.

10  Q. Okay. What other functions of the company did you think were necessary to run

11  the company, in using your own words?

12  A. I suppose it depends on the company, they uh...they umm...

13  Q. Okay...let's...let's...let's be specific to just OSM

14  A. On OSM.

15  Q. The money you lent to the company?

16  A. Well I understood the company would be similar to ISA and would function in

17  approximately the same manner.

18  Q. Okay. Did ISA have employees?

19  A. Oh yes.

20  Q. Okay. So ISA paid their employees?

21  A. I imagine so.

22  Q. Okay. Have you read the complaint in this case; do you understand why you are

23  being named as a party in the lawsuit today?

24  A. Not really, I don't know why I am being named as a party.