# **EXHIBIT T**

1  A. I never made loans to Robert Polansky.

2  Q. Did you ever tell Mr. Polansky that you would lend him money whenever he

3  needed it for OSM?

4  A. I never lent him money...I never told him I would lend him the money.

5  Q. Did you loan...but...but did you tell Robert that if OSM needed money you had

6  money to loan him to help get the company started?

7  A. No...I...I don't understand the question.

8  Q. Okay I'll rephrase it.

9  A. If you could please.

10 Q. You made an investment in OSM...

11 A. Yes

12 Q. And Robert Polansky was running OSM, correct?

13 A. Yes.

14 Q. And if OSM needed money, because they were running short on money, would

15 you have lent them more money or did you lend them more money?

16 Attorney Sulzbach: Why don't we do one question at a time?

17 Q. Did you lend them money?

18 A. From time to time I would lend them money, the bank, not...not him but to the

19 company

20 Q. When was the last time you lent OSM money?

21 A. Uhm...now I don't understand that question...is it supposed to be to 2000 or

22 what... or does it go to yesterday...

23 Q. To today?

24 Attorney Sulzbach: When was the last time you lent OSM money

14

1   A. Um I would think ah four months ago.

2   Q. And how much did you lend?

3   A. 3 or 4,000 dollars perhaps.

4   Q. 3 to 4,000...?

5   A. Not to him...

6   Q. I understand...

7   A. Not to him...but the company I sent 3 or 4,000 dollars.

8   Q. And what was the reason you sent that money to OSM?

9   A. Because I was...just...the reason I sent the 3,000... apparently he asked for

10  money, he was running short, I sent the company money, he was running short, and

11  I sent him only three because I was done with him, I didn't want to lend any more.

12  Q. And what was the reason ...

13  Attorney Sulzbach: (inaudible)

14  A. (Inaudible)

15  Q. What was the reason that...ahh...who contacted you to send the money?

16  A. It had to be Robert Polansky.

17  Q. Okay. And in the conversation you had with Robert Polansky...

18  A. Yes...

19  Q. ...he asked you to lend him some money...or lend the company some money.

20  A. No. He said he needed more money and he was running out of money and I told

21  him that was it.

22  Q. And what did he tell you the reason that he needed more money for...was for?

23  A. I guess he said he didn't...that the company didn't have any at that point.

24  Q. And is the company still operating today?

01/10/2005 09:15 FAX 8602240400    R. ARNOLD, ESQ.    ☑015

1  A. The company is still alive today.  *in 2004.*

2  Q. And are you on the board of directors.

3  A. I am still on the board of directors

4  Q. Do you recall a time period where OSM was being advertised for sale?

5  A. Uhm…I don't think it was ever advertised for sale.

6  Q. Did you ever attend any board of directors meetings?

7  A. We a…there was so little…we attended board meet…meetings over the

8  telephone. We held them over the telephone

9  Q. And who would participate in those board meetings?

10 A. In the ahh…meetings?

11 Q. In the meetings.

12 A. Robert and I, we were the only two directors.

13 Q. How often did those board meetings occur on the telephone?

14 A. Once a month…excuse me…once a year.

15 Q. And who was the secretary for the board of directors?

16 A. Robert was the secretary, I believe.

17 Q. And were you ever asked to look at and approve minutes of the last board

18 meeting or was there not that formality?

19 A. Not really …there was no real formality about it.

20 Q. And you also…you said before…you started one sentence with you said "so

21 little"…so was there…what type of formalities were there being on the board of

22 directors, what were you asked to do?

23 A. Simply to confirm the fact that Robert was still president, treasurer and secretary.

24 Q. Did you ever discuss what OSM…the company…operated as, you testified earlier

16

# **EXHIBIT U**



Exhibit B