UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONALD WAINRIGHT, ET AL., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 3:01-CV-02158 (WWE) |
| v. | : | |
| | : | |
| OSM COMMUNICATIONS, INC., ET AL., | : | |
| | : | |
| Defendants. | : | AUGUST 29, 2005 |

## MOTION FOR EXTENSION OF TIME OF DEFENDANTS ROBERT E. POLANSKY AND OSM COMMUNICATIONS, INC. TO RESPOND TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND RULE 56(a)1 STATEMENT

Defendants Robert E. Polansky and OSM Communications, Inc. move for an extension of time to file their responses to Plaintiffs' motion for summary judgment and Local Rule 56(a)1 Statement to September 8, 2005 the same date that the defendant Robert E. Polansky has been granted by this court to file his own motion for summary judgment and Rule 56(a)1 Statement. Pursuant to Rule 7(b)3, the undersigned counsel has left a telephone message at the office of plaintiffs' counsel Robert E. Arnold, III, Esq. on August 29, 2005 and received a return phone call stating that the Plaintiffs do not consent to the within request.

Dated: New York, New York
August 29, 2005

DEFENDANT
ROBERT E. POLANSKY and
OSM COMMUNICATIONS, INC.

By: _____
Michael P. Goldsmith
38 West 21st Street – 5th Floor
New York, NY 10010-6977
Telephone: (212) 677-4441 ext.18
Fed. Bar No. phv0219
Attorney for Defendants
OSM Communications, Inc. and
Robert E. Polansky

## CERTIFICATE OF SERVICE

This is to certify that on this 29th day of August 2005, a copy of the foregoing motion was deposited in the United States mail, first-class, postage prepaid, addressed to:

Robert E. Arnold, Esq.
Law Offices of Robert E. Arnold, LLC
205 Church Street, Suite 310
New Haven CT 06510-1805

J. Michael Sulzbach, Esq.
385 Orange Street
New Haven, CT 06511

And a copy to the Chambers of the Honorable Holly B. Fitzsimmons, United States District Court, 915 Lafayette Blvd., Bridgeport, Ct 06604

_____
Michael P. Goldsmith, Esq.