UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DONALD WAINRIGHT, et al.,                          :
                                                   :
              Plaintiffs,                          :        CIVIL ACTION NO.
                                                   :        3:01-CV-02158 (WWE)
       v.                                          :
                                                   :
OSM COMMUNICATIONS, INC., et al.,                  :
                                                   :
              Defendants.                          :        AUGUST 25, 2005

**MOTION FOR EXTENSION OF TIME OF DEFENDANTS ISRAEL H. POLANSKY
AND ANNE POLANSKY TO RESPOND TO PLAINTIFFS' MOTIONS FOR
SUMMARY <u>JUDGMENT AND RULE 56(a)1 STATEMENT</u>**

Defendants Israel H. Polansky and Anne Polansky move for an extension of time

permitting them to file their responses to motion for summary judgment and Local Rule 56(a)1

Statement to the same time that they are permitted to file their own motions for summary

judgment and Rule 56(a)1 Statements.  The time for the filing of such motions and statements by

these defendants is awaiting ruling by the Honorable Holly B. Fitzsimmons.  This will permit

these defendants to make their responses after outstanding discovery issues have been resolved

and by the filing of consolidated affidavits and memoranda.  Pursuant to Local Rule 7(b)3, the

undersigned counsel has left telephone messages at the office of plaintiffs' counsel Robert E.

Arnold III on August 24, 2005 and on August 25, 2005, and having no response to those phone

calls, the undersigned can not ascertain opposing counsel's position with respect to this motion

<div style="margin-left: 40%;">

DEFENDANTS
ISRAEL H. POLANSKY and ANNE POLANSKY


By: _____
       J. Michael Sulzbach
       385 Orange Street
       New Haven, CT 06511
       Telephone:  (203) 781-0880
       Fed. Bar No. ct00206
       Attorney for Defendants
       Israel H. Polansky and Anne Polansky

</div>

<div style="text-align: center;">

**CERTIFICATE OF SERVICE**

</div>

This is to certify that on this 25th day of August, 2005, a copy of the foregoing motion was deposited in the United States mails, first-class, postage prepaid, addressed to:

Robert E. Arnold, Esquire
Law Offices of Robert E. Arnold, LLC
205 Church Street, Suite 310
New Haven CT 06510

Michael Goldsmith, Esquire
432 Park Avenue South, Suite 705
New York, NY  10016

And a chambers copy to the Honorable Holly B. Fitzsimmons, United States District Court, 915 Lafayette Blvd., Bridgeport, CT 06604.

<div style="margin-left: 40%;">

_____
       J. Michael Sulzbach

</div>