UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONALD WAINRIGHT, ET AL., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 3:01-CV-02158 (WWE) |
| v. | : | |
| | : | |
| OSM COMMUNICATIONS, INC., ET AL., | : | |
| | : | |
| Defendants. | : | September 8, 2005 |


MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS
OSM COMMUNICATIONS, INC. AND ROBERT E. POLANSKY


Pursuant to the Federal Rules of Civil Procedure, Rule 56(c) the defendant ROBERT E. POLANSKY moves for summary judgment on the complaint and defendant OSM COMMUNICATIONS, INC. moves for summary judgment on the issue of liability on its counterclaims.  The grounds for this motion are that there is no dispute as to any material fact and this defendant is entitled to judgment as a matter of law.

This motion is supported by an affidavit of this defendant and excerpts from the deposition testimony of each of the plaintiffs all as more fully appears from the brief filed herewith.

                                                          DEFENDANTS ROBERT E. POLANSKY
                                                          And OSM COMMUNICATIONS, INC.

                                                        By: _____
                                                             Michael P. Goldsmith, Esq.
                                                             38 West 21st Street – 5th Floor
                                                             New York, NY 10010-6977
                                                             Telephone:  (212) 677-4441 ext. 18

                    Federal Bar No. phv0219
                    Attorney for Defendants OSM
                    Communications, Inc. and
                    Robert E. Polansky

## CERTIFICATE OF SERVICE

This is to certify that on this 8th day of September 2005, a copy of the foregoing motion was deposited in the United States mail, first-class, postage prepaid, addressed to:

| | |
|---|---|
| Robert E. Arnold, Esq. | J. Michael Sulzbach, Esq. |
| Law Offices of Robert E. Arnold, LLC | 385 Orange Street |
| 205 Church Street, Suite 310 | New Haven, CT 06511 |
| New Haven CT 06510-1805 | |

_____
Michael P. Goldsmith, Esq.