EXHIBIT A

Case 3:01-cv-02158-WWE    Document 116    Filed 09/08/2005    Page 2 of 3

13    A.    At that time to anyone's knowledge there
14  were all of the sites that we had felt there were when
15  the business was sold, we felt were still installed
16  with LEDs, so several thousands.
17    Q.    How many of those were operational at that
18  time?
19    A.    I don't have the exact figure but I know
20  that the process had begun to disconnect them from the
21  telephone system.
22    Q.    Did Mister..... At that time, in other
23  words, the time that he offered you the job, and you
24  told me this was in basically one communication, is
25  that right?

                    DEL VECCHIO REPORTING
                       203-245-9583

                                                            35

1     A.    I think there was more than one
2   communication.  My concern was that he had enough
3   money to do what he intended to do.  And to my
4   recollection I said that until you have the money
5   lined up to do it I can't accept any kind of a job
6   offer.
7     Q.    And what, if anything, did he say or do in
8   response to that?
9     A.    I was told that he had a contract from NBC,
10  the television network, to start a new company, and
11  there was talk about some other entity that he was

```
12   going to purchase which it had something to do with
13   displays at the supermarket checkout, which I don't
14   remember the company name.
15        Q.   Did he tell you anything else?
16        A.   That he had the funding and it was ready to
17   go.
18        Q.   And so what happened next?
19        A.   I resigned from Valassis, put my house on
20   the market, put together an employment contract with
21   him that covered the expenses of moving and the terms
22   of my employment.
23        Q.   How did you put that together?
24        A.   Via telephone and fax.
25        Q.   Did you draft the contract?
```

                    DEL VECCHIO REPORTING
                       203-245-9583

                                                          36

```
1         A.   I drafted the contract originally, yes.
2         Q.   Did you have a lawyer to help you or did you
3    do it on your own?
4         A.   I did it on my own.
5         Q.   Showing you now Exhibit 8; is this the
6    contract that you drafted?
7         A.   That is the contract, yes.
8         Q.   And you did this on your personal computer,
9    is that right?
10        A.   I did this on a personal computer, yes.
11        Q.   Whose personal computer was it?
```