EXHIBIT C

# MEMORANDUM

**DATE:** June 2, 1997
**TO:** Donald Wainright
**FROM:** Bob Polansky
**RE:** Salary
**CC:** Israel Polansky

Don:

This is to confirm our agreement that effective June 1, 1997 your base salary will be increased by two thousand dollars per month, or one thousand dollars per semi-monthly pay period. The increase will first appear in your June 15, 1997 paycheck.

*[signature]*

To:     Don Wainright

From:   Bob Polansky

Re:     Moving Expenses, Bonus, Etc.

Date:   June 2, 1997

Don, this is to provide another copy of our agreement as of the present date. Specifically, I would like to confirm once again our agreement that this additional $2,000 per month represents the easiest way for us to pay you in installments for your moving expenses.

In addition, as we agreed, there are no bonuses now or in the future until the Company gets the Venture Capital funding partner(s) we are seeking to provide the $4-$5 million to restart the supermarket revenue stream and restage the Company.

As such, your acceptance of this increase represents your agreement to waive your bonus clause until the Company has the revenue to begin a bonus program and to pay your moving expenses in this way.

*[signature]*