# EXHIBIT D



**OSM**
Communications, Inc.

Phone: 212-308-5400                                              Fax: 212-308-6551

Fax: 914-353-1685

To: Debbie Russo

From: Robert Polansky

Re: Employment Agreement]

Date: August 3, 1996

Per our conversation, this is to forward terms of our agreement.

Base Salary: $60,000 annually.

Bonus: guarantee of a minimum of 20%.

Benefits: Complete medical and dental.

Stock Options: Participation in the company's stock option plan

Title: Manager Customer Relations

# JOB DESCRIPTION

Position Title:   **Manager**

Department:   **Systems Engineering**

Reports To:   **Director Operations**

Date:   **April, 96**

## ESSENTIAL JOB FUNCTIONS:

- Business Development

    - Evaluate feasibility
    - Evaluate impact on existing systems
    - Forecast costs
    - Develop systems integration plans

- Software Development

    - Specify operational requirements
    - Provide technical leadership
    - Project management

- Systems Maintenance and Support

    - Evaluate hardware and software inefficiencies and offer solutions
    - Disaster recovery
    - Project management
    - Provide technical support

- Network Management

    - Local Area Network design, installation, support and maintenance
    - Programming and configuration of networking hardware/software
    - Negotiate contracts for support and maintenance of critical equipment

- Telecommunications Management

    - Specify requirements for all equipment and resources
    - Negotiate contracts for services and support
    - Provide support for all facilities

- Personnel Management
    - Determine need and qualifications
    - Provide periodic performance appraisals
    - Offer counseling to employees for career growth

- This list of essential job functions does not cover every responsibility and may be expanded as needed.