EXHIBIT H

1  Q. Did you and Mr. Wainright have any
2  discussions about the OSM computers or OSM software?
3  A. No.
4  Q. Certainly the software was important to the
5  OSM operation though, was it not?
6  A. Yes.
7  Q. And without that OSM couldn't operate at
8  all, could it?
9  A. No.
10 Q. And what would it have taken to recreate
11 OSM's software and data base?
12 A. I have no idea.
13 Q. It would be a lot of work, wouldn't it?
14 A. Yes.
15 Q. Probably months of work, wouldn't you say?
16 A. Yes.
17 Q. Now, how did one gain access to your
18 computer at OSM when you weren't there?
19 A. I had it password protected.
20 Q. And so that when you left if one didn't have
21 that password one couldn't have access to the computer
22 or the data base, could they?
23 A. I think you can get access to some things,
24 just not everything. I think some of the more
25 official stuff I hid on the computer.

DEL VECCHIO REPORTING
203-245-9583

1  Q. You hid on the computer?
2  A. Well, it was password protected on the
3  computer.
4  Q. Did anyone else at OSM know the
5  password?
6  A. No.
7  Q. Did you ever communicate the password to
8  anyone else at OSM?
9  A. No.
10 Q. So that when you left taking the password
11 with you OSM could no longer have access to much of
12 its data base and software, isn't that correct?
13 A. I think so. I don't remember exactly what
14 was protected and what wasn't.
15 Q. Would you shuffle Exhibit 9 back?
16 A. Sure.
17 Q. Thank you. The memorandum to you from Mr.
18 Polansky, Exhibit 9, asks for the return of company
19 property in your possession, including photographic
20 copies and manuals, software programs and copies on
21 discs, the keys to your desk and notification of the
22 password to your computer. Did you comply with that
23 request?
24 A. Any communication I tried to have with
25 Robert Polansky never really happened. Every time I

DEL VECCHIO REPORTING
203-245-9583

```
 1  tried to call him he would either hang up the phone or
 2  turn it off or say, I'll call you back, or you call me
 3  back, and I was never able to talk to him.
 4       Q.   The question was though:  did you return the
 5  things that the memorandum requested?
 6       A.   I guess officially not everything.
 7       Q.   And what didn't you return?
 8       A.   Well, the passwords that you brought up.
 9       Q.   And you were aware of the effect of
10  retaining those passwords on OSM, were you not?
11       A.   Yeah, I guess so.  I didn't think it would
12  be that much of an effect because at the time we
13  weren't really communicating with many of the signs,
14  and the stuff that was on my computer was mainly data
15  bases and stuff that I was keeping track of that Bob
16  didn't really need.
17       Q.   So you're telling us now that the inability
18  to access the password protected things on your
19  computer had no effect on OSM going forward?
20       A.   I guess it had a little effect but not a
21  major effect.  The software did exist in other places.
22       Q.   And where was that?
23       A.   It was on Don's PC.  There was software in
24  the warehouse, I think.
25       Q.   Who else at OSM would have known that
```

Case 3:01-cv-02158-WWE	Document 119	Filed 09/08/2005	Page 5 of 6

66

1  besides Don?
2      A.  No one.
3      Q.  And you talked to Don about the fact that
4  you were leaving and leaving the password protected
5  things protected, did you not?
6      A.  At the time I wasn't planning on leaving the
7  company.  I was not going in to work until Robert
8  paid us at least a couple of the paychecks that he
9  owed us.  My intention was not to stop working for
10 him.  I had planned to go back and continue.
11     Q.  What discussions did you have with Mr.
12 Wainright about the fact that there was password
13 protected material at OSM that OSM could otherwise not
14 have access to?
15     A.  I don't remember really discussing too much
16 with him.  I kind of forgot about it because I was
17 assuming that we were going to go back to work and it
18 wasn't really an issue at that time.
19     Q.  Well, did you talk to Mr. Wainright about it
20 after you left work?
21     A.  No.
22     Q.  No discussions whatsoever with Mr. Wainright
23 about the fact that both of you had left leaving your
24 computer information protected by passwords that OSM
25 didn't have?

1  A.  At what point?

2  Q.  Well, did you ever talk to him about that?

3  A.  We talked about it when we set it up on the
4  computers, but other than that, I don't remember ever
5  really talking about it.

6  Q.  You've never discussed....

7  A.  Because it was, you know, we both knew it
8  was there, we didn't really have to talk about it.

9  Q.  So you both knew by leaving and taking your
10 password with you that OSM couldn't have access to any
11 of that material, isn't that correct?

12 A.  Well, like I said, I wasn't leaving, I was
13 planning on going back.

14 Q.  But you didn't go back, did you?

15 A.  No.

16 Q.  And you didn't give them the password, did
17 you?

18 A.  He didn't ask.

19 Q.  Showing you again Exhibit 9.

20 A.  Well....

21 Q.  Second to the last paragraph, didn't they
22 ask?

23 A.  Yes.

24         MR. SULZBACH:  Off the record.

25         (A recess was taken.)


              DEL VECCHIO REPORTING
                 203-245-9583