UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD WAINRIGHT, ET AL., : | |
| : | |
| Plaintiffs, : | CIVIL ACTION NO. |
| : | 3:01-CV-02158 (WWE) |
| v. : | |
| : | |
| OSM COMMUNICATIONS, INC., ET AL., : | |
| : | |
| Defendants. : | SEPTEMBER 8, 2005 |

**MOTION FOR SUMMARY JUDGMENT OF
DEFENDANT ISRAEL H. POLANSKY**

Pursuant to Fed. R. Civ. P. 56 (c) the defendant ISRAEL H. POLANSKY moves for summary judgment on the complaint. The grounds for this motion are that there is no dispute as to any material fact and this defendant is entitled to judgment as a matter of law.

This motion is supported by an affidavit of this defendant, an Affidavit of Robert E. Polansky and excerpts from the deposition testimony of each of the plaintiffs, all as more fully appears from the joint brief of defendants Israel H. Polansky and Anne Polansky filed herewith.

                THE DEFENDANTS ISRAEL H. POLANSKY
                and ANNE POLANSKY


        By: _____
            J. Michael Sulzbach
            385 Orange Street
            New Haven, CT 06511
            Telephone: (203) 781-0880
            Fed. Bar No. ct00206
            Attorney for Defendants Israel H.
            Polansky and Anne Polansky

## **CERTIFICATE OF SERVICE**

This is to certify that on this 8th day of September, 2005, a copy of the foregoing was deposited in the United States mails, first-class, postage prepaid, addressed to:

Robert E. Arnold, Esquire
205 Church Street, Suite 310
New Haven CT 06510

Karen E. Haley, Attorney at Law
419 Whalley Avenue, Suite 105
New Haven CT 06511

Michael P. Goldsmith, Esquire
38 West 21st St., 5th floor
New York NY 10010-6977

                                              _____
                                                         J. Michael Sulzbach