UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD WAINRIGHT, ET AL., : | |
| : | |
| Plaintiffs, : | CIVIL ACTION NO. |
| : | 3:01-CV-02158 (WWE) |
| v. : | |
| : | |
| OSM COMMUNICATIONS, INC., ET AL., : | |
| : | |
| Defendants. : | SEPTEMBER 8, 2005 |

**LOCAL RULE 56(a)1 STATEMENT OF DEFENDANT ISRAEL H. POLANSKY**

1. Plaintiffs' claims against defendants are based upon plaintiffs' claims for salary, severance, and other benefits claimed to be owed to them by reason of the employment of Donald Wainright and Deborah A. Russo-Williams as employees of defendant OSM Communications, Inc. ("OSM"). (Complaint)

2. Plaintiffs claim that defendant Israel H. Polansky is liable for those obligations for the following reasons:

    A. The plaintiffs were induced to become employees of OSM through the fraudulent representations of Israel H. Polansky concerning OSM's financial viability and this defendant's willingness to personally guaranty that OSM would meet its obligations to plaintiffs; (Complaint ¶ 23)

    B. OSM is nothing more than an alter ego and instrumentality of Israel H. Polansky. (Complaint ¶¶ 17, 18)

    C. In June of 1998 Israel H. Polansky promised Ms. Russo-Williams that he would personally guaranty OSM's financial obligations;  (Complaint ¶ 19)

  3. Other than as set forth above, the plaintiffs have asserted no claims against Israel H. Polansky.  (Complaint)

  4. Israel H. Polansky is 94 years of age. (Affidavit of Israel H. Polansky ("IHP") ¶ 1)

  5. Israel H. Polansky was an investor in OSM and lent $1,100,000.00 to OSM. (Affidavit of Robert E. Polansky ("REP") ¶ 63)

  6. Israel H. Polansky was a director of OSM.  (IHP ¶ 8)

  7. Israel H. Polansky was neither an employee nor officer of OSM. (IHP ¶ 8)

  8. Israel H. Polansky had no role in the operation or management of OSM.  (IHP ¶¶ 8, 9; Affidavit of Robert E. Polansky "REP" ¶ 67)

  9. Israel H. Polansky had no control of any asset of OSM.  (REP ¶ 67)

  10. Israel H. Polansky had no control of OSM's payment or non-payment of any monies claimed by any plaintiff.  (IHP ¶¶ 8, 9, 18; REP ¶ 67)

  11. At all relevant times, OSM was located in New York City. (IHP ¶ 2)

  12. At all relevant times, Israel H. Polansky resided with his wife in Newton, Massachusetts.  (IHP ¶ 7)

  13. Without the investments and loans of Israel H. Polansky, OSM could not have operated during the period of plaintiffs' employment.  (IHP ¶ 10)

14. At no time did Israel H. Polansky guaranty Donald Wainright that he would fund the company so that his salaries and/or other benefits could be paid nor did he guaranty that such salaries or benefits would be paid.  (IHP ¶ 16)

15. At no time did Israel H. Polansky guaranty Janet Wainright that he would fund the company so that any salaries and/or other benefits or expenses could be paid nor did he guaranty that such salaries or benefits or expenses would be paid.  (IHP ¶ 16)

16. At no time did Israel H. Polansky guaranty Deborah A. Russo-Williams that he would fund the company so that her salaries and/or other benefits could be paid nor did he guaranty that such salaries or benefits would be paid.  (IHP ¶ 16)

17. OSM was neither the alter ego nor the instrumentality of Israel H. Polansky.  (IHP ¶¶ 8, 9; REP ¶ 67, 73  )

18. Other than as set forth above, Israel H. Polansky never directed, controlled or otherwise influenced the operations of OSM.  (IHP ¶¶ 8, 9; REP ¶ 67)

           THE DEFENDANTS
           ISRAEL H. POLANSKY and ANNE POLANSKY

By: _____
      J. Michael Sulzbach
      385 Orange Street
      New Haven, CT 06511
      Telephone:  (203) 781-0880
      Fed. Bar No. ct00206
      Attorney for Defendants
      Israel H. Polansky and Anne Polansky

## CERTIFICATE OF SERVICE

This is to certify that on this 8th day of September, 2005, a copy of the foregoing was deposited in the United States mails, first-class, postage prepaid, addressed to:

Robert E. Arnold, Esquire
205 Church Street, Suite 310
New Haven CT 06510

Karen E. Haley, Attorney at Law
419 Whalley Avenue, Suite 105
New Haven CT 06511

Michael P. Goldsmith, Esquire
38 West 21st St., 5th floor
New York NY 10010-6977

                                                                                              _____

                                                                                               J. Michael Sulzbach