UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD WAINRIGHT, ET AL., | : |
| | : |
| Plaintiffs, | : CIVIL ACTION NO. |
| | : 3:01-CV-02158 (WWE) |
| v. | : |
| | : |
| OSM COMMUNICATIONS, INC., ET AL., | : |
| | : |
| Defendants. | : SEPTEMBER 8, 2005 |

## LOCAL RULE 56(a)1 STATEMENT OF DEFENDANT ANNE POLANSKY

1. Plaintiffs' claims against defendants are based upon plaintiffs' claims for salary, severance, and other benefits claimed to be owed to them by reason of the employment of Donald Wainright and Deborah A. Russo-Williams as employees of defendant OSM Communications, Inc. ("OSM"). (Complaint)

2. Plaintiffs claim that defendant Anne Polansky is liable for those obligations for the following reasons:

   A. OSM is nothing more than an alter ego and instrumentality of Anne Polansky. (Complaint ¶ 17)

   B. Money was drained from OSM and property was purchased through and placed in Anne Polansky's name to shield assets from OSM creditors. (Complaint ¶ 3)

3. Other than as asserted above, the plaintiffs have no claims against Anne Polansky. (Complaint)

4. Anne Polansky is the wife of co-defendant Robert E. Polansky. (Affidavit of Anne Polansky ("AP") ¶ 2)

5. Anne Polansky has never been an officer or director or employee of OSM. (AP ¶ 5)

6. Anne Polansky has had no role of any kind in OSM whether in its operations or any other respect. (Affidavit of Robert E. Polansky ¶ 78 )

7. Anne Polansky has never had access to any OSM assets, accounts, or credit cards. (AP ¶ 6)

8. Anne Polansky does not possess or control any asset or thing of value of OSM. (AP ¶ 7)

9. Anne Polansky has never possessed or controlled any asset or thing of value of OSM. (AP ¶ 7)

10. No employee of OSM and no plaintiff has ever performed any function for Anne Polansky other than answering the telephone when she may have called her husband at the OSM offices. (AP ¶ 8)

11. Anne Polansky has never received money or anything of value from OSM. (AP ¶ 9)

12. Anne Polansky has never had any communication with any plaintiff other than with respect to trying to reach her husband by telephone at the offices of OSM. (AP ¶ 10)

13. Anne Polansky has never met or communicated with plaintiff Janet Wainright. (AP ¶ 13)

        THE DEFENDANTS
        ISRAEL H. POLANSKY and ANNE POLANSKY

By: _____
        J. Michael Sulzbach
        385 Orange Street
        New Haven, CT 06511
        Telephone: (203) 781-0880
        Fed. Bar No. ct00206
        Attorney for Defendants
        Israel H. Polansky and Anne Polansky

## CERTIFICATE OF SERVICE

This is to certify that on this 8th day of September, 2005, a copy of the foregoing was deposited in the United States mails, first-class, postage prepaid, addressed to:

Robert E. Arnold, Esquire
205 Church Street, Suite 310
New Haven CT 06510

Karen E. Haley, Attorney at Law
419 Whalley Avenue, Suite 105
New Haven CT 06511

Michael P. Goldsmith, Esquire
38 West 21st St., 5th floor
New York NY 10010-6977

                                                                                              J. Michael Sulzbach