UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONALD WAINRIGHT, ET AL., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 3:01-CV-02158 (WWE) |
| v. | : | |
| | : | |
| OSM COMMUNICATIONS, INC., ET AL., | : | |
| | : | |
| Defendants. | : | SEPTEMBER 12, 2005 |

**MEMORANDUM OF DEFENDANTS ISRAEL POLANSKY
AND ANNE POLANSKY IN OPPOSITION TO PLAINTIFFS'
<u>MOTION FOR SUMMARY JUDGMENT</u>**

For the reasons set forth in the motion for summary judgment of these defendants, the plaintiffs' motion for summary judgment should be denied. In addition, the only fact in plaintiffs' Local Rule 56(a)1 Statement which supports any claim against either of these defendants is that set forth in paragraph 21 which concludes that "OSM and the Polanskys breached their agreement to Donald Wainright…." This paragraph, of course, is unsupported by admissible evidence and is contradicted by the Affidavit of Israel Polansky. The remaining proposed facts fail to support a claim of any kind against either Israel Polansky or Anne Polansky.

                THE DEFENDANTS
                ISRAEL H. POLANSKY and ANNE POLANSKY


By: _____
      J. Michael Sulzbach
      385 Orange Street
      New Haven, CT 06511
      Telephone:  (203) 781-0880
      Fed. Bar No. ct00206
      Attorney for Defendants
      Israel H. Polansky and Anne Polansky


## **CERTIFICATE OF SERVICE**

This is to certify that on this 12th day of September, 2005, a copy of the foregoing was deposited in the United States mails, first-class, postage prepaid, addressed to:

Robert E. Arnold, Esquire
205 Church Street, Suite 310
New Haven CT 06510

Karen E. Haley, Attorney at Law
419 Whalley Avenue, Suite 105
New Haven CT 06511

Michael P. Goldsmith, Esquire
38 West 21st St., 5th floor
New York NY 10010-6977


                _____
                    J. Michael Sulzbach