**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DONALD WAINRIGHT, ET AL., | : CIVIL ACTION NO. |
| | : 3:01-CV-02158 (WWE) |
| Plaintiffs, | : |
| VS. | : |
| | : |
| OSM COMMUNICATIONS, INC., ET AL., | : |
| | : October 20, 2005 |
| | : |
| Defendants, | : |

**MOTION TO CONVERT TO ELECTRONIC CASE**

    The Plaintiffs, Donald Wainright and Deborah Williams hereby move for this court to designate this an electronic case for filing purposes.

> PLAINTIFFS,
> Donald Wainright
> Deborah Russo-Williams
> BY_____
> Robert E. Arnold III
> Law Offices of Robert Arnold LLC
> 205 Church Street New Haven, Connecticut 06066
> Tel. (203) 777-3000 Fax (203) 498-6022
> arnoldlawfirm@msn.com
> Fed Bar #ct18903

## **CERTIFICATION**

    I hereby certify that a copy of the above was mailed on October 20, 2005 to all counsel and pro se parties of record:

<u>Counsel for Defendants Robert Polansky and OSM Communications, Inc</u>
Michael P. Goldsmith
38 West 21st Street
New York, NY 10010-6977

<u>Counsel for Defendants Israel Polansky and Anne Polansky</u>
J. Michael Sulzbach
385 Orange Street
New Haven, CT 06511

_____
Robert E. Arnold III, Esq.