**United States District Court**
**District of Connecticut**

ELECTRONIC FILING ORDER

Having considered the joint request of the parties to file documents in the above-captioned

case electronically, the Court orders that after the date hereof the parties shall file all documents in

this case electronically.   Counsel  are reminded that they must comply with the following

requirements:

1.    Counsel must comply with all applicable Federal Rules of Criminal Procedure and
      Civil Procedure, the District's Local Rules and the requirements set forth in the
      District's CM/ECF Policies and Procedures Manual, and any other rules and
      administrative procedures which implement the District's CM/ECF system.

2.    Unless otherwise ordered, on the business day next following the day on which a
      document is filed electronically, counsel must provide Chambers with one paper
      copy of the following e-filed documents:

Civil Cases:   All pleadings (including briefs and exhibits) relating to the following:

a.    Applications for temporary restraining orders, preliminary injunctions or
      prejudgment remedies;
b.    Dispositive motions (motions to dismiss or for summary judgment);
c.    Requested jury instructions;
d.    Compliance with Pretrial Orders
e.    Trial briefs, including proposed findings of fact and conclusions of law; and
f.    **Any other filing that is in excess of 20 pages**.

IT IS SO ORDERED.

_____/S/_____

WARREN W. EGINTON
SENIOR USDJ

1