UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DONALD WAINRIGHT, ET AL.** | : | CIVIL ACTION NO. |
| *Plaintiffs* | : | 3:01 CV 02158 (WWE) |
| | : | |
| **v.** | : | |
| | : | |
| **OSM COMMUNICATIONS, ET AL.** | : | |
| *Defendants* | : | OCTOBER 25, 2005 |

### PLAINTIFFS JOINT LOCAL RULE 56(a)2 STATEMENT
### IN RESPONSE TO ANNE POLANSKY'S LOCAL RULE 56(a)1 STATEMENT

### Preliminary Statement

Local Rule 56(a)3 requires that each statement of material fact can be followed by "a specific citation to (1) the affidavit of a witness competent to testify as to the facts at trial and/or (2) evidence that would be admissible at trial." Anne Polansky have failed to do this with respect to virtually all of the claimed facts and instead have made reference to copies of documents without supporting authentication or to purported testimony with no reference to the source of that testimony. In most instances, the Plaintiffs are without knowledge or information sufficient to respond, but will endeavor to admit what they know to be true. Moreover, Plaintiffs remain at a distinct disadvantage because of the lack of compliance to OSM business records, personal bank accounts.

1. Admitted, except that Plaintiffs also claims fraud and other accounts in their complaint.

2. Admitted

3. Admitted

4. Admitted

5. The Plaintiffs are without sufficient knowledge as to the claimed fact.

6. The Plaintiffs are without sufficient knowledge as to the claimed fact. Plaintiffs deny the source and accuracy of the Affidavit of Robert Polansky as an Exhibit

7. The Plaintiffs are without sufficient knowledge as to the claimed fact.

8. The Plaintiffs are without sufficient knowledge as to the claimed fact.

9. The Plaintiffs are without sufficient knowledge as to the claimed fact.

10. The Plaintiffs are without sufficient knowledge as to the claimed fact.

11. The Plaintiffs believe that Ann Polansky's tax records and OSM bank accounts demonstrate that has received value from OSM Document 105-9 'exhibit R'.

12. Admitted

13. Admitted

THE PLAINTIFFS,
DONALD WAINRIGHT, JANET WAINRIGHT
and DEBORAH RUSSO-WILLIAMS

By:     / S /
_____
Robert E. Arnold, III, Esq.
205 Church Street Suite 310
New Haven, Connecticut 06510
(P)203-777- 3000
(F) 203-755-0036
Federal Bar No. 18093

## CERTIFICATION

This is to certify that a true copy of the foregoing was sent via regular U.S. Mail, postage prepaid, to the following counsel of record, on October 26, 2005:

Michael P. Goldsmith, Esq.
38 West 21st Street
New York, New York 10010-6977

J. Michael Sulzbach, Esq.
385 Orange Street
New Haven, CT 06511

/ S /
_____
Robert E. Arnold, III