UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONALD WAINRIGHT, ET AL. | : | CIVIL ACTION NO. |
| *Plaintiffs* | : | 3:01 CV 02158 (WWE) |
| | : | |
| v. | : | |
| | : | |
| OSM COMMUNICATIONS, ET AL. | : | |
| *Defendants* | : | OCTOBER 25, 2005 |

**PLAINTIFF JANET WAINRIGHT'S OBJECTION
TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. Pro. 56, the plaintiff, JANET WAINRIGHT, hereby

objects to the motions for summary judgment filed by defendants ISRAEL POLANSKY,

ANNE POLANSKY, ROBERT POLANSKY and OSM COMMUNICATIONS, INC.

The plaintiff submits that there are disputes as to material facts necessary to disposition

of the defendants' claims. Contrary to the defendants' arguments, under either

Connecticut or New York substantive law, there is cause to pierce the corporate veil and

hold the defendants personally responsible. Furthermore, under either Connecticut or

New York law, the Statute of Frauds will not preclude the plaintiffs' claims. Likewise,

defendant OSM Communications, Inc. is not entitled to summary judgment on its

counterclaims. Accordingly, summary judgment is not appropriate and the defendants

are not entitled to judgment as a matter of law in their favor.

This objection is supported by the plaintiffs' previously-filed affidavit, excerpts

from deposition transcripts, and exhibits previously-filed by the plaintiffs. A

memorandum of law accompanies this objection.

WHEREFORE, in the interests of justice and fairness, this Court should sustain

the instant objection and not enter judgment as a matter of law in the defendants' favor.

THE PLAINTIFF,
JANET WAINRIGHT

/ S /

By: _____

Robert E. Arnold, III, Esq.
205 Church Street Suite 310
New Haven, Connecticut 06510
(P)203-777- 3000
(F) 203-755-0036
Federal Bar No. 18093

<u>CERTIFICATION</u>

This is to certify that a true copy of the foregoing was sent via regular U.S. Mail,

postage prepaid, to the following counsel of record, on October 26, 2005:

Michael P. Goldsmith, Esq.
38 West 21st Street
New York, New York 10010-6977

J. Michael Sulzbach, Esq.
385 Orange Street
New Haven, CT 06511

/ S /

_____

Robert E. Arnold, III