UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONALD WAINRIGHT, ET AL. | : | CIVIL ACTION NO. |
| *Plaintiffs* | : | 3:01 CV 02158 (WWE) |
| | : | |
| v. | : | |
| | : | |
| OSM COMMUNICATIONS, ET AL. | : | |
| *Defendants* | : | OCTOBER 25, 2005 |

**PLAINTIFF DONALD WAINRIGHT'S OBJECTION
TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. Pro. 56, the plaintiff, DONALD WAINRIGHT, hereby objects to the motions for summary judgment filed by defendants ISRAEL POLANSKY, ANNE POLANSKY, ROBERT POLANSKY and OSM COMMUNICATIONS, INC. The plaintiff submits that there are disputes as to material facts necessary to disposition of the defendants' claims. Contrary to the defendants' arguments, under either Connecticut or New York substantive law, there is cause to pierce the corporate veil and hold the defendants personally responsible. Furthermore, under either Connecticut or New York law, the Statute of Frauds will not preclude the plaintiffs' claims. Likewise, defendant OSM Communications, Inc. is not entitled to summary judgment on its counterclaims. Accordingly, summary judgment is not appropriate and the defendants are not entitled to judgment as a matter of law in their favor.

This objection is supported by the plaintiffs' previously-filed affidavit, excerpts from deposition transcripts, and exhibits previously-filed by the plaintiffs. A memorandum of law accompanies this objection.

WHEREFORE, in the interests of justice and fairness, this Court should sustain the instant objection and not enter judgment as a matter of law in the defendants' favor.

                THE PLAINTIFF,
                DONALD WAINRIGHT

            / S /
By: _____
            Robert E. Arnold, III, Esq.
            205 Church Street Suite 310
            New Haven, Connecticut 06510
            (P)203-777- 3000
            (F) 203-755-0036
            Federal Bar No. 18093


## CERTIFICATION

     This is to certify that a true copy of the foregoing was sent via regular U.S. Mail, postage prepaid, to the following counsel of record, on October 26, 2005:

Michael P. Goldsmith, Esq.
38 West 21st Street
New York, New York 10010-6977

J. Michael Sulzbach, Esq.
385 Orange Street
New Haven, CT 06511

                                    / S /
                            _____
                            Robert E. Arnold, III