# EXHIBIT A

1    employee of OSM?

2    A. Uhm…Yes.

3    Q. Did you have any ever discussions that you can recall with Donald Wainright?

4    A. I never had any conversations with him as such.

5    Q. You said that you invested in OSM, and you also loaned money to OSM, where

6    did you take the money, from what bank, to loan to OSM?

7    A. Uhm…I don't know if I can give an estimate…particularly…as I uh…

8    Attorney Sulzbach: You can give them the name…

9    . A. The banks?

10   Attorney Sulzbach: The name of the bank…

11   A Bank?

12   Attorney Sulzbach: From which you took funds to advance to OSM

13   A. Umm… Citizens Bank.

14   Q. In what state was Citizens Bank located in when you took the money out of it to

15   loan money?

16   A. In Massachusetts.

17   Q. Was that the first time that you loaned money…was that the first bank that you

18   used to withdraw funds to loan…

19   Attorney Sulzbach: To who?

20   Q. or to …

21   Q. If I could finish my question Attorney Sulzbach…

22   A. To OSM?

23   Q. To loan money to either OSM or to Robert Polansky for running OSM?

24   A. I never extended any loans to Robert Polansky, solely to OSM

12

1   A. I never made loans to Robert Polansky.

2   Q. Did you ever tell Mr. Polansky that you would lend him money whenever he

3   needed it for OSM?

4   A. I never lent him money…I never told him I would lend him the money.

5   Q. Did you loan…but…but did you tell Robert that if OSM needed money you had

6   money to loan him to help get the company started?

7   A. No…I…I don't understand the question.

8   Q. Okay I'll rephrase it.

9   A. If you could please.

10   Q. You made an investment in OSM…

11   A. Yes

12   Q. And Robert Polansky was running OSM, correct?

13   A. Yes.

14   Q. And if OSM needed money, because they were running short on money, would

15   you have lent them more money or did you lend them more money?

16   Attorney Sulzbach: Why don't we do one question at a time?

17   Q. Did you lend them money?

18   A. From time to time I would lend them money, the bank, not…not him but to the

19   company

20   Q. When was the last time you lent OSM money?

21   A. Uhm…now I don't understand that question…is it supposed to be to 2000 or

22   what… or does it go to yesterday…

23   Q. To today?

24   Attorney Sulzbach: When was the last time you lent OSM money

14

1  A. Um I would think ah four months ago.

2  Q. And how much did you lend?

3  A. 3 or 4,000 dollars perhaps.

4  Q. 3 to 4,000…?

5  A. Not to him…

6  Q. I understand…

7  A. Not to him…but the company I sent 3 or 4,000 dollars.

8  Q. And what was the reason you sent that money to OSM?

9  A. Because I was…just…the reason I sent the 3,000… apparently he asked for

10  money, he was running short, I sent the company money, he was running short, and

11  I sent him only three because I was done with him, I didn't want to lend any more.

12  Q. And what was the reason …

13  Attorney Sulzbach:  (inaudible)

14  A. (Inaudible)

15  Q. What was the reason that…ahh…who contacted you to send the money?

16  A. It had to be Robert Polansky.

17  Q. Okay. And in the conversation you had with Robert Polansky…

18  A. Yes…

19  Q. …he asked you to lend him some money…or lend the company some money.

20  A. No. He said he needed more money and he was running out of money and I told

21  him that was it.

22  Q. And what did he tell you the reason that he needed more money for…was for?

23  A. I guess he said he didn't…that the company didn't have any at that point.

24  Q. And is the company still operating today?

15

1    <u>Attorney Sulzbach</u>. No…Uh… (inaudible)

2    Q. I asked him if he signed any documents for any loans he clearly said "No."

3    <u>Attorney Sulzbach</u>: That's what he signed.

4    Q. That's what I'm asking.

5    A.That I signed documents?

6    Q. Yes.

7    A. No.

8    Q. Okay. Do you have any loan documents that were signed by OSM?

9    A. The stock certificates, I believe, were signed by OSM.

10   Q. Okay. So you have stock certificates. Do you have any loan, other loan

11   documents, promissory notes, or anything of any nature, for money that you gave,

12   that you lent to OSM?

13   A.Yes there are some notes outstanding.

14   Q. And who keeps track of the notes that are outstanding?

15   A.They are at the lawyers office too.

16   Q. Okay, so three or four weeks ago when you loaned them three thousand dollars,

17   what type of loan document did you sign…or did…was signed on behalf of OSM?

18   A. Uhh…I…it's sort of an open loan up there, I believe, I'm not quite sure I think…I

19   don't recall signing documents that time.

20   Q. Okay. Is it fair to say that you just wrote a check and sent it to OSM?

21   A. No. I didn't write a check.

22   Q. How was the money transferred?

23   A. A wire.

24   Q. And that was wired out of your Citizens account?

20

1    that...otherwise you get really cluttered up with it.

2    Q. Do you have a record keeping system for the amount of money in total you lent to

3    OSM?

4    A. I have a very informal system.

5    Q. Okay, when you say it's very informal, what is that, your memory?

6    A. My memory and just copies of the statements which I'd have to start digging out.

7    Q. Okay. As you sit here today, do you have any idea how much money is owed to

8    you by OSM?

9    A. Umm. Several hundred thousand.

10    Q. Do you recall... and you don't...that's wrong ...do you recall signing a promissory

11    note on March 7, 1994?

12    A. I signed a promissory note?

13    Q. Do you recall signing a promissory note with OSM Communications?

14    A. No.

15    Q. Okay. Do you recall lending OSM Communications $365,800 in 1997?

16    A. I don't recall the amount.

17    Q. Do you recall lending OSM Communications $221,225 during the time period from

18    1993 to 1996?

19    A. I don't recall these amounts.

20    Q. Does that seem like too much money to have lent OSM Communications?

21    A. Uh...More or less in the ballpark.

22    Q. Okay.

23    A. I'm not sure.

24    Q. So that's... those numbers I just read to you total $587,025.

1   A. Well…

2   Q. Okay. And I ask you if you sat here today if you rec…if you, if you had an idea

3   how much money was owed and you said several hundred thousand. Do you recall

4   giving that answer?

5   A. Well, it turns out good.

6   Q. Okay. So 587 thousand is the same… means the same to you as several

7   hundred thousand?

8   A. Not necessarily.

9   Q. Okay. Umm…and you sent …you testified you sent, the last money you sent to

10   OSM was a wire. Correct?

11   A. Yea.

12   Q. Okay. Was your normal course of lending money to OSM by sending wires?

13   A. Usually. Always. Usually.

14   Q. And though the amount of those wires is reflected on your statements,

15   correct?…checking account statements?

16   A. Probably.

17   Q. And you don't have another set of books or any other type of record keeping

18   where you've written down and totaled up the amount of money you've lent?

19   A. No.

20   Q. Okay. When money was asked to be lent to OSM by Robert to you, was that done

21   by telephone or by writing?

22   A. Uhh…telephone.

23   Q. Was it always done by telephone or was it always done by in writing.

24   A. Possibly.

1    Q. Okay. What's the percentage of times that you loaned money that he just called

2    you? What would you say the percentage was?

3    A. The majority.

4    Q. Ninety-five percent?

5    A. I couldn't say exactly.

6    Q. Okay. Could you give an estimate?

7    A. It would be vague..

8    Q. And, what was the procedure? You would call your bank and then wire money?

9    How would the wire work?

10   A. Yea…They… I would call the bank or I'd go down there at times.

11   Q. And was there a local branch that you would you use for Citizens bank in

12   Massachusetts?

13   A. Yes…yes.

14   Q. What's the address of that branch?

15   A. The what?

16   Q. The address…the address… the physical address of the local branch?

17   A. Um…it's just I don't know the exact number. It was at Newtown Center.

18   Q. And is there a bank officer that you would speak with there.

19   A. Uhh… Several of them.

20   Q. Okay. What's one of the names of any of the officers that you dealt with at the

21   bank?

22   A. Uhh….one was Mark.

23   Q. Do you know Mark's last name?

24   A. No I don't.

1    Q. Do you know any of the last names of any of the bank officers that you dealt with?

2    A. I can't recall at the moment off hand.

3    Q. That's fine. We asked you before about, that you lent the $3,000…When was the

4    last time before that $3,000 that you lent OSM money?

5    A. I don't recall exactly.

6    Q. So between 1997 and '98, to three months ago, when you lent them $3,000, there

7    were occasions where you lent OSM money?

8    A. Yes.

9    Q. Okay. And how often would you lend OSM money?

10   A. Whenever the company ran short.

11   Q. Was it once a year…

12   A. Because there was no other money which we uhh….which Robert was trying to

13   get. I beg your pardon…

14   Q. Was it once a year, twice a year, how often would you estimate?

15   A. Oh…frequently.

16   Robert Polansky: Excuse me. We have to come back…

17   Q. If you'd like to break, we…

18   Robert Polansky: Would you mind taking a break?

19   Q. Absolutely.

20   **OFF THE RECORD 2:40 P.M.**

21   **ON THE RECORD 2:46 P.M.**

22   Attorney Sulzbach: Since we're going to make the production that we've agreed to

23   produce and continue this deposition…um…things are getting urgent back in

24   Massachusetts and my client is very tired having been really ready to start this thing

26

# EXHIBIT B

1    You can mark that.

2                    (Whereupon, the document was

3    received and marked as Plaintiff's Exhibit Z for

4    identification.)

5    BY MR. ARNOLD:

6        Q    You've handed me what's been marked as

7    Plaintiff's Exhibit Z.  Can you show me in this

8    exhibit where there's a reference to the line of

9    credit?

10       A    (Witness so doing.)

11       Q    Did you ever draw any funds from Ameristar

12   to operate OSM?

13       A    No.

14       Q    In relation to the funding to operate OSM

15   at that time, who was funding all of the operations?

16       A    Israel Polansky invested the funds to do

17   so.

18       Q    I'm going to show you what's been marked as

19   Exhibit T and ask if you recognize that?

20       A    Where did you obtain this, if you don't

21   mind my asking?

22       Q    Do you recognize that document?

23       A    I won't answer until you tell me where you

24   obtained this document.

31

1    having insufficient funds?

2        A      It appears so.

3        Q      Where did you obtain the funds with which

4    to cover these checks?

5        A      The funds to cover the operations, of which

6    personnel was one, came from investor Israel

7    Polansky.

8        Q      So, is it fair to say that when you needed

9    money to fund OSM for whatever reason, Israel

10   Polansky would fund that?

11       A      Yes.

12       Q      And did you ever have any conversations --

13              MR. SULZBACH:  Wait!  Can we clean

14   that up?  With regard to what time period?

15              THE WITNESS:  Periodically.

16   BY MR. ARNOLD:

17       Q      From what date to what date?

18       A      OSM, from 1996 through 2000, to the end of

19   2000.

20       Q      Well, isn't it true that you received money

21   as recently as this year?

22       A      Not to OSM.  Yes, I received money.

23       Q      From Israel Polansky?

24       A      Yes.

37

1    information provided after November 2000.  OSM is

2    not an ongoing company.

3    BY MR. ARNOLD:

4    Q    Okay.  Let's start there.  Why isn't OSM an

5    ongoing concern?

6    A    Why is it?

7    Q    You said it's not an going concern?

8    A    It isn't functioning as a concern.

9    Q    When did it cease to function?

10    A    In the year 2000.

11    Q    November of 2000?

12    A    Year end.  It's a calendar year.

13    Q    When you say, "year end," what?  December

14    31?

15    A    Yes.  Thank you, December 31st.

16    Q    So, it's your testimony that there was no

17    operation of any form?  No letters written?  What

18    happened to all the inventory?

19    A    The inventory is in a warehouse in

20    Bridgeport.

21    Q    What is the value of that inventory?

22    A    Zero.

23    Q    When did that --

24    A    Oh, I'm sorry.  I shouldn't speak so

POST REPORTING SERVICE
HAMDEN, CT  (800) 262-4102

39

1    A    No.

2    Q    At any time from 1996 to the time when he

3    signed his employment agreement, specifically on

4    10/4/96, it's your testimony you've had no

5    conversations with Donald Wainright in reference to

6    your father?

7    A    Donald Wainright was aware that Israel

8    Polansky was the primary investor of the company.

9    Q    How did he become aware of that?

10    A    I did tell him that.

11    Q    So now you did have conversations?

12    A    Yes.

13    Q    And that was before he was hired, correct?

14    A    I don't recollect that.  Maybe yes, maybe

15    no.

16    Q    Well --

17    A    It was nine years ago.

18    Q    If Mr. Wainright were to say that he was

19    told before, would you agree with that statement or

20    disagree with that statement?

21    A    I don't know.  I mean, he was aware that

22    Mr. Polansky, Israel Polansky, was the primary

23    investor in the company.

24    Q    And in June of '97 -- withdrawn.

# EXHIBIT C

# M E M O R A N D U M

DATE:    June 2, 1997

TO:    Donald Wahlright

FROM:    Bob Polansky

RE:    Salary

CC:    Israel Polansky

Don:

This is to confirm our agreement that effective June 1, 1997 your base salary will
be increased by two thousand dollars per month, or one thousand dollars per
semi-monthly pay period. The increase will first appear in your June 15, 1997
paycheck.