UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD WAINRIGHT, ET AL., : | |
| : | |
| Plaintiffs, : | CIVIL ACTION NO. |
| : | 3:01-CV-02158 (WWE) |
| v. : | |
| : | |
| OSM COMMUNICATIONS, INC., ET AL., : | |
| : | |
| Defendants. : | October 27, 2005 |

**DEFENDANTS ISRAEL H. POLANSKY AND ANNE POLANSKY'S MOTION PURSUANT TO LOCAL RULE 7(c) TO RECONSIDER DECISION OF THE COURT GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME DATED OCTOBER 20, 2005 OR ALTERNATIVELY MOTION PURSUANT TO LOCAL RULE 7(b)3 TO SET ASIDE DECISION OF COURT DATED OCTOBER 25, 2005 GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME FOR GOOD CAUSE**

Defendants Israel H. Polansky and Anne Polansky move pursuant to Local Rule 7(c) that the Court reconsider its decision granting plaintiffs' motion for extension of time dated October 20, 2005 or, in the alternative, pursuant to Local Rule 7(b)3 set aside this decision dated October 25, 2005 granting plaintiffs' motion for extension of time. This motion is supported by a like motion of defendants OSM Communications, Inc. and Robert E. Polansky and their reasons for reconsideration filed therewith. Further, filed herewith is these defendants' Memorandum in Support of this motion.

        DEFENDANTS
        ISRAEL H. POLANSKY and ANNE POLANSKY


By: /s/_____
J. Michael Sulzbach   Fed Bar #ct00206
385 Orange Street
New Haven CT 06511
Telephone: (203) 781-0880
Fax: (203) 781-0861
E-mail: jms@sulzbachlaw.com
Attorney for Defendants
Israel H. Polansky and Anne Polansky

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD WAINRIGHT, <u>ET</u> <u>AL</u>., : | |
| : | |
| Plaintiffs, : | CIVIL ACTION NO. |
| : | 3:01-CV-02158 (WWE) |
| v. : | |
| : | |
| OSM COMMUNICATIONS, INC., <u>ET</u> <u>AL</u>., : | |
| : | |
| Defendants. : | OCTOBER 27, 2005 |

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on October 27, 2005, a copy of foregoing Defendants Israel H. Polansky and Anne Polansky's Motion Pursuant to Local Rule 7(c) to Reconsider Decision of the Court Granting Plaintiffs' Motion for Extension of Time dated October 20, 2005 or Alternatively Motion Pursuant to Local Rule 7(b)3 to Set Aside Decision of Court Dated October 25, 2005 Granting Plaintiffs' Motion for Extension of Time for Good Cause was electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System. The parties served are as follows:

<u>Counsel for plaintiffs Donald Wainright, Janet Wainright and Deborah Russo-Williams</u>
Robert E. Arnold III, Esquire
205 Church Street, New Haven CT 06066
E-mail: arnoldlawfirm@msn.com

<u>Counsel for defendants Robert E. Polansky and OSM Communications, Inc.</u>
Michael P. Goldsmith, Esquire
38 W. 21st St., 5th floor, New York NY 10010-6977
E-mail: michael.p.goldsmith@verizon.net

               /s/_____
               J. Michael Sulzbach Fed Bar #ct00206
               385 Orange Street
               New Haven CT 06511
               Telephone: (203) 781-0880
               Fax: (203) 781-0861
               E-mail: jms@sulzbachlaw.com