UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------------

| | |
|---|---|
| DONALD WAINRIGHT, JANET WAINRIGHT, AND DEBORAH A. RUSSO-WILLIAMS, | DOCKET NO. 301-CV-2158 (WWE) |
| PLAINTIFFS, | |
| -AGAINST- | |
| OSM COMMUNICATIONS, INC., ISRAEL H. POLANSKY, ROBERT E. POLANSKY, AND ANNE POLANSKY, | |
| DEFENDANTS, | NOVEMBER 2, 2005 |

-----------------------------------------------------------------

**MEMORANDUM OF PLAINTIFFS IN OBJECTION
TO DEFENDANT'S ANNE POLANSKY AND ISRAEL H. POLANSKY'S MOTIONS
PURSUANT TO LOCAL RULE 7(c) AND LOCAL RULE 7(b)3 WITH RESPECT TO
THE DECISION OF THIS COURT GRANTING PLAINTIFFS' MOTION FOR
EXTENSION OF TIME**

1) Plaintiffs' counsel reaffirms the grounds for the original filing in the Motion for Enlargement of Time in which the court granted the Motion, as we inadvertently failed to properly file a Motion on September 29, 2005 despite the attempted filing with a disk on that same day by Attorney Michael Culkin, who works with Attorney Robert E. Arnold's office.

2) After the Court's granting of the extension, the responses were duly filed with the court.

3) This court should not revisit the decision granting plaintiffs motion for extension of time with which to respond and should rule on the motions for summary judgment

1

on all sides with the full compliment of exhibits and information as submitted to this court, and as equity and justice demand for this case.

4) It should be noted that the defendant's wish to continue with personal attacks on Attorney Robert E. Arnold and his office, and dwell on the alleged behavior of the plaintiff's counsel, however the defendant's themselves were all in default originally in this case and had a default judgment against them, requiring the plaintiff's to enforce that judgment out of this State in Massachusetts.

5) It was not until the Plaintiff's attached property in Massachusetts belonging to Israel Polansky that the Defendants bothered to respond to the legal pleading and this case and sought leave to reopen the judgment and have the case heard on its merits, causing an almost two year delay in these proceedings. The court granted their motion to reopen.

6) Respectfully the court should not re-open their prior ruling granting the extension, and allow the responses timely submitted to be used in determining the Motions for Summary Judgment as filed by the defendants herein.

Dated: November 2, 2005
                     By:

                     /S/_____
                     Robert E. Arnold III
                     Law Offices of Robert E. Arnold LLC
                     205 Church Street New Haven, Connecticut 06510-1805
                     Tel. (203) 777-3000 Fax (203) 498-6080
                     arnoldlawfirm@msn.com
                     Fed Bar #ct18903

CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, November 02, 2005 a copy of foregoing Plaintiffs Memorandum in Objection to Defendants Motions Pursuant Local Rule 7(c) and Local Rule 7(b)3 With Respect to the Decision of This Court Granting Plaintiffs' Motion for Extension of Time, was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System. The parties served are as follows:

Counsel for defendants Robert E. Polansky and OSM Communications, Inc.
Michael P. Goldsmith, Esquire
38 W. 21st St., 5th floor, New York NY 10010-6977
E-mail: michael.p.goldsmith@verizon.net

J. Michael Sulzbach
385 Orange Street
New Haven CT 06511
Telephone: (203) 781-0880
Fax: (203) 781-0861
E-mail: jms@sulzbachlaw.com

BY:

/s/
_____
Robert E. Arnold III
205 Church Street, New Haven CT 06510-1805
E-mail: arnoldlawfirm@msn.com


ORIGINAL ELECTRONICALLY FILED WITH:
**United States District Court, District Of Connecticut**
**915 LAFAYETTE BOULEVARD**
**BRIDGEPORT, CONNECTICUT 06604**
phone: (203) 579-5861 attn: clerk's office