UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONALD WAINRIGHT, ET AL., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 3:01-CV-02158 (WWE) |
| v. | : | |
| | : | |
| OSM COMMUNICATIONS, INC., ET AL., | : | |
| | : | |
| Defendants. | : | October 26, 2005 |

**MOTION PURSUANT TO LOCAL RULE 7(c) TO
RECONSIDER DECISION OF THE COURT GRANTING
PLAINTIFFS' MOTION FOR EXTENSION OF TIME DATED OCTOBER 20, 2005
OR ALTERNATIVELY MOTION PURSUANT TO LOCAL RULE 7(b)3
TO SET ASIDE DECISION OF COURT DATED OCTOBER 25, 2005
GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME
FOR GOOD CAUSE**

Defendants OSM Communication, Inc. and Robert E. Polansky move pursuant to Local Rule 7(c) to reconsider decision of the court granting plaintiffs' motion for extension of time dated October 20, 2005 or alternatively motion pursuant to local rule 7(b)3 to set aside the decision of the court dated October 25, 2005 granting plaintiffs' motion for extension of time to serve responses to defendants motions for summary judgment for good cause. It is the Defendants position that the plaintiffs' attorney has materially misrepresented the reasons for the extension and that plaintiffs' motion should not have been granted.

DEFENDANT
OSM COMMUNICATIONS, INC.
ROBERT E. POLANSKY

By: _____
      Michael P. Goldsmith

38 West 21st Street – 5th Floor
New York, NY 10010-6977
Telephone: (212) 677-4441 ext.18
Fed. Bar No. phv0219
michael.p.goldsmith@verizon.net
Attorney for Defendants
OSM Communications, Inc. and
Robert E. Polansky

## CERTIFICATE OF SERVICE

This is to certify that on this 3rd day of November 2005, a copy of the foregoing motion was sent by electronic mail to:

| | |
|---|---|
| Robert E. Arnold, Esq. | J. Michael Sulzbach, Esq. |
| Law Offices of Robert E. Arnold, LLC | 385 Orange Street |
| 205 Church Street, Suite 310 | New Haven, CT 06511 |
| New Haven CT 06510-1805 | jms@sulzbachlaw.com |
| arnoldlawfirm@msn.com | |

_____
Michael P. Goldsmith, Esq.