UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONALD WAINRIGHT, ET AL., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 3:01-CV-02158 (WWE) |
| v. | : | |
| | : | |
| OSM COMMUNICATIONS, INC., ET AL., | : | |
| | : | |
| Defendants. | : | NOVEMBER 4, 2005 |

**DEFENDANTS ISRAEL H. POLANSKY AND ANNE POLANSKY'S MOTION FOR EXTENSION OF TIME PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 7(b)**

Defendants Israel H. Polansky and Anne Polansky move pursuant to Local Rule 7(b) for an extension of time within which to file their reply briefs to plaintiffs' memorandum in opposition to motion for summary judgment (Doc. No. 135) until ten (10) days after the Court's ruling on the motions for reconsideration of the defendants (Doc. Nos. 137 and 139) for the reason that if these defendants' motions are granted, there will be nothing to which a reply brief can be addressed.

It should be noted that although plaintiffs' objections to motions for summary judgment (Doc. No. 135) each recite that service is made to the undersigned counsel via regular U.S. mail, to date no such copies have been received.

In accordance with Local Rule of Civil Procedure 7(b)3, the undersigned telephoned the offices of Robert E. Arnold, (203) 777-3000 on November 3rd, 2005 and on November 4th, 2005 leaving each time a message on the answering machine inquiring whether there is agreement or

objection to this motion. To date, the undersigned has received no reply. No motions for extension have been previously filed with respect to this limitation.

>                        DEFENDANTS
>                        ISRAEL H. POLANSKY and ANNE POLANSKY
>
>
>                        By: /s/_____
>                        J. Michael Sulzbach    Fed Bar #ct00206
>                        385 Orange Street
>                        New Haven CT 06511
>                        Telephone: (203) 781-0880
>                        Fax: (203) 781-0861
>                        E-mail: jms@sulzbachlaw.com
>                        Attorney for Defendants
>                        Israel H. Polansky and Anne Polansky

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONALD WAINRIGHT, ET AL., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 3:01-CV-02158 (WWE) |
| v. | : | |
| | : | |
| OSM COMMUNICATIONS, INC., ET AL., | : | |
| | : | |
| Defendants. | : | NOVEMEBER 4, 2005 |

CERTIFICATE OF SERVICE

     I hereby certify that on November 4, 2005, a copy of foregoing Defendants Israel H. Polansky and Anne Polansky's Motion for Extension of Time Pursuant to Local Rule of Procedure 7(b) was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System. The parties served are as follows:

Counsel for plaintiffs Donald Wainright, Janet Wainright and Deborah Russo-Williams
Robert E. Arnold III, Esquire
205 Church Street, New Haven CT 06066
E-mail: arnoldlawfirm@msn.com

Counsel for defendants Robert E. Polansky and OSM Communications, Inc.
Michael P. Goldsmith, Esquire
38 W. 21st St., 5th floor, New York NY 10010-6977
E-mail: michael.p.goldsmith@verizon.net

                                              /s/_____
                                              J. Michael Sulzbach   Fed Bar #ct00206
                                              385 Orange Street
                                              New Haven CT 06511
                                              Telephone:  (203) 781-0880
                                              Fax: (203) 781-0861
                                              E-mail: jms@sulzbachlaw.com