UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONALD WAINRIGHT, ET AL., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 3:01-CV-02158 (WWE) |
| v. | : | |
| | : | |
| OSM COMMUNICATIONS, INC., ET AL., | : | |
| | : | |
| Defendants. | : | NOVEMBER 4, 2005 |

**DEFENDANTS OSM COMMUNICATIONS AND ROBERT E. POLANSKY'S
MOTION FOR EXTENSION OF TIME
PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 7(b)**

Defendants OSM Communications and Robert E Polansky move pursuant to Local Rule 7(b) for an extension of time within which to file their reply briefs to plaintiffs' memorandum in opposition to motion for summary judgment (Doc. No. 135) until ten (10) days after the Court's ruling on the motions for reconsideration of the defendants (Doc. Nos. 137 and 139) for the reason that if these defendants' motions are granted, there will be nothing to which a reply brief can be addressed.

It should be noted that although plaintiffs' objections to motions for summary judgment (Doc. No. 135) each recite that service is made to the undersigned counsel via regular U.S. mail, to date no such copies have been received.

In accordance with Local Rule of Civil Procedure 7(b)3, the undersigned telephoned the offices of Robert E. Arnold, (203) 777-3000 on November 4, 2005 leaving a message on the answering machine inquiring whether there is agreement or objection to this motion. To date,

the undersigned has received no reply.  No motions for extension have been previously filed with respect to this limitation.

        DEFENDANTS
        OSM COMMUNICATIONS, INC. and
        ROBERT E. POLANSKY


        By: _____
        Michael P. Goldsmith Fed Bar #phv0219
        38 West 21st Street – 5th Floor
        New York, NY 10010-6977
        Telephone:  (212) 677-4441
        Fax: (212) 677-6478
        E-mail: michael.p.goldsmith@verizon.net
        Attorney for Defendants
        OSM Communications, Inc. and Robert E. Polansky

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONALD WAINRIGHT, ET AL., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 3:01-CV-02158 (WWE) |
| v. | : | |
| | : | |
| OSM COMMUNICATIONS, INC., ET AL., | : | |
| | : | |
| Defendants. | : | NOVEMEBER 4, 2005 |

CERTIFICATE OF SERVICE

     I hereby certify that on November 4, 2005, a copy of foregoing Defendants OSM Communications, Inc. and Robert E. Polansky's Motion for Extension of Time Pursuant to Local Rule of Procedure 7(b) was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System. The parties served are as follows:

<u>Counsel for plaintiffs Donald Wainright, Janet Wainright and Deborah Russo-Williams</u>
Robert E. Arnold III, Esq.
205 Church Street, New Haven CT 06066
E-mail: arnoldlawfirm@msn.com

<u>Counsel for defendants Israel Polansky and Anne Polanksy</u>
J. Michael Sulzbach, Esq.
385 Orange Street, New Haven, CT 06511
E-mail: jms@sulzbachlaw.com

 

_____
Michael P. Goldsmith, Esq. Fed Bar #phv0219
38 West 21st Street – 5th Floor
New York, NY 10010-6977
Telephone: (212) 677-4441
Fax: (212) 677-6478
E-mail: michael.p.goldsmith@verizon.net