**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **WAINRIGHT et al.,** : | **3:01cv2158(WWE)** |
| : | |
| **v.** : | |
| : | |
| **OSM COMMUNICATIONS, INC.** : | |

<u>**ORDER**</u>

    The Motions For Reconsideration [#137 & 139] of this Court's order granting plaintiffs' motion for reconsideration is hereby GRANTED.

    Upon review, the Court adheres to its previous decision to allow plaintiff to file an opposition to the motion for summary judgment. This Court prefers to consider the merits of the case.

    The motion for reconsideration and to set aside [#136] is denied. The motion to set aside [#137] is denied.

    The motion for extension of time [#141] to file a reply ten days after this order is GRANTED. The motion for extension of time is also granted.

    So Ordered this 8th day of November, 2005.

                                          _____/s/_____

                                          WARREN W. EGINTON

                                          SENIOR UNITED STATES DISTRICT JUDGE