UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONALD WAINRIGHT, et al., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 3:01-CV-02158 (WWE) |
| v. | : | |
| | : | |
| OSM COMMUNICATIONS, INC., et al., | : | |
| | : | |
| Defendants. | : | NOVEMBER 17, 2005 |

**DEFENDANTS ISRAEL H. POLANSKY AND ANNE POLANSKY'S MOTION FOR EXTENSION OF TIME PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 7(b)**

Defendants Israel H. Polansky and Anne Polansky move pursuant to Local Rule 7(b) for an extension of time within which to file their reply briefs to plaintiffs' memorandum in opposition to motion for summary judgment (Doc. No. 135) until November 29, 2005.  The reply brief is presently due on November 21, 2005. This motion is made for the reason that the undersigned counsel is required to travel to California to assist his 84 year old mother.  This is the second motion for extension of time with respect to this matter.

In accordance with Local Rule of Civil Procedure 7(b)3, the undersigned represents that Robert E. Arnold, counsel for the plaintiffs has consented to this motion as has Michael P. Goldsmith, counsel for co-defendants.

        DEFENDANTS
        ISRAEL H. POLANSKY and ANNE POLANSKY


By: /s/_____
J. Michael Sulzbach    Fed Bar #ct00206
385 Orange Street
New Haven CT 06511
Telephone: (203) 781-0880
Fax: (203) 781-0861
E-mail: jms@sulzbachlaw.com
Attorney for Defendants

Israel H. Polansky and Anne Polansky

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONALD WAINRIGHT, ET AL., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 3:01-CV-02158 (WWE) |
| v. | : | |
| | : | |
| OSM COMMUNICATIONS, INC., ET AL., | : | |
| | : | |
| Defendants. | : | NOVEMEBER 17, 2005 |

CERTIFICATE OF SERVICE

    I hereby certify that on November 17, 2005, a copy of foregoing Defendants Israel H. Polansky and Anne Polansky's Motion for Extension of Time Pursuant to Local Rule of Procedure 7(b) was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

The parties served are as follows:

<u>Counsel for plaintiffs Donald Wainright, Janet Wainright and Deborah Russo-Williams</u>
Robert E. Arnold III, Esquire
205 Church Street, New Haven CT 06066
E-mail: arnoldlawfirm@msn.com

<u>Counsel for defendants Robert E. Polansky and OSM Communications, Inc.</u>
Michael P. Goldsmith, Esquire
38 W. 21st St., 5th floor, New York NY 10010-6977
E-mail: michael.p.goldsmith@verizon.net

                                        /s/_____
                                        J. Michael Sulzbach   Fed Bar #ct00206
                                        385 Orange Street
                                        New Haven CT 06511
                                        Telephone: (203) 781-0880
                                        Fax: (203) 781-0861
                                        E-mail: jms@sulzbachlaw.com