# TABLE OF EXHIBITS TO PLAINTIFFS'
# MOTIONS FOR SUMMARY JUDGMENT, DOC. 105

**A**.  Bios – undated, unauthenticated and without foundation as to source, purpose or accuracy and making no reference to Anne Polansky.

**B**.  SEC Release – a purported recital of allegations by the SEC containing no admissions of wrong doing and not directed in any respect to Israel Polansky or Anne Polansky.

**C**.  Unauthenticated, undated corporate data regarding OSM and unsigned copy of an application for an employer identification number.

**D**.  A page from a contract between two unidentified parties without authentication or foundation.

**E**.  What appears to be a loan commitment from Ameristar Capital Corporation to OSM.

**F**.  What appears to be a memorandum from Robert Polansky to Donald Wainwright regarding employment terms.

**G**.  A copy of Donald Wainwright's employment contract with OSM.

**H**.  These documents are not part of the electronic file and have not been provided to these defendants although request therefor has been made of plaintiffs' counsel.

**I**.  These documents are not part of the electronic file and have not been provided to these defendants although request therefor has been made of plaintiffs' counsel.

**J**.  These documents are not part of the electronic file and have not been provided to these defendants although request therefor has been made of plaintiffs' counsel.

**K**.  These documents are not part of the electronic file and have not been provided to these defendants although request therefor has been made of plaintiffs' counsel.

**L**.  These documents are not part of the electronic file and have not been provided to these defendants although request therefor has been made of plaintiffs' counsel.

**M**.  An except from a transcript of Robert Polansky's deposition wherein Mr. Polansky is unable to identify a signature card from a bank.

**TABLE OF EXHIBITS TO PLAINTIFFS'
MOTIONS FOR SUMMARY JUDGMENT DOC. 105   (cont'd.)**

**N**.  What appear to be copies from an identified bank account for which no foundation was made.

**O**.  What appear to be copies from an identified bank account for which no foundation was made.

**P**.  Excerpts from the transcript of the deposition of Robert Polansky wherein Mr. Polansky testifies that he occasionally paid personal expenses from OSM's checking account which expenses were then documented by OSM's accountant.  This has no relevance to Israel Polansky to Anne Polansky.

**Q**.  A copy of a 2000 K-1 from OSM to Robert Polansky showing a $14,547.00 loss having no relevance to Israel Polansky or Anne Polansky.

**R**.  An unsigned copy of Robert and Anne Polansky's 1996 tax return showing an adjusted gross income of $11,895.10, a file copy of the Polansky's 1997 income tax return showing an adjusted gross income of $3,288.00 and business income of $25,000.00; the Polansky's 1999 income tax return showing business income of $16,936.38 and an adjusted gross income loss of $1,810.18, none of which support any claim against Israel N. Polansky or Anne Polansky.

**S**.  An excerpt of what plaintiffs purport to be a transcript of the deposition of Israel Polansky which sets forth nothing inconsistent with what appears in Mr. Polansky's affidavit in support of his motion for summary judgment.

**T**.  An excerpt of what plaintiffs purport to be a transcript of the deposition of Israel Polansky wherein Mr. Polansky relates among other things that he had sent OSM $3,000.00 or $4,000.00 which is consistent with Mr. Polansky's contributions to legal fees at the time all defendants were represented by the same counsel or as set forth in these defendants' Memorandum.

**U**.  What appears to be a table of organization of an unidentified company at an unidentified date and with no foundation.