**TABLE OF EXHIBITS TO PLAINTIFFS' JOINT
MEMORANDUM IN OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT, DOC. 135**

**A**. An excerpt of what plaintiffs purport to be a transcript of the deposition of Israel Polansky wherein he testifies making loans and advances to OSM consistent with his affidavit and with that of Robert Polansky, as also set forth with respect to T above.

**B**. An excerpt of what plaintiffs purport to be a transcript of the deposition of Robert Polansky addressing funds advanced by Israel Polansky and the fact that Israel Polansky was the primary investor in the company. All consistent with Israel Polansky's affidavit and the position of these defendants as set forth in their Memorandum.

**C**. An authenticated copy of what appears to be a memorandum from Robert Polansky to Donald Wainwright regarding his base salary. The memo appears to be copied to Israel Polansky although the memo was unsupported by any foundation or testimony as to its authenticity or as to the fact that Israel Polansky ever received a copy of the memo. Further, even if Israel Polansky did receive a copy of the memo, such receipt is no indication that Israel Polansky had anything to do with any decision by OSM reflected in the memo. Rather, it suggests he was being informed of a decision by another.