UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD WAINRIGHT, <u>et al.</u>, : | |
| : | |
| Plaintiffs, : | CIVIL ACTION NO. |
| : | 3:01-CV-02158 (WWE) |
| v. : | |
| : | |
| OSM COMMUNICATIONS, INC., <u>et al.</u>, : | |
| : | |
| Defendants. : | DECEMBER 16, 2005 |

### <u>DEFENDANT ISRAEL H. POLANSKY'S MOTION TO QUASH SUBPOENA</u>

Although discovery was closed in this matter by order of the Honorable Holly B. Fitzsimmons on August 25, 2005 (Doc. 109) the plaintiffs have served a subpoena on Citizens Bank demanding the production of "All banking records for Israel Polansky SSN          DOB: 8/10/10, including all records and statements of any transactions from any accounts bearing Israel Polanski's name as account holder or signatory from 1996 to the present."  Further, before discovery was closed, this same production request was denied by Judge Fitzsimmons.  Plaintiffs are now attempting to use this civil action as a platform to secure production that has already been denied by the court herein.  Filed with this motion are copies of the subpoena calling for production on December 20, 2005 and the notice to defendant Israel H. Polansky of the subpoena.

WHEREFORE, defendant Israel H. Polansky moves that said subpoena be quashed and that plaintiffs be ordered to refrain from any further such attempts to circumvent the discovery orders entered in this matter.

DEFENDANT ISRAEL H. POLANSKY

/s/_____
J. Michael Sulzbach    Fed Bar #ct00206
385 Orange Street
New Haven CT 06511
Telephone:  (203) 781-0880
Fax: (203) 781-0861
E-mail: jms@sulzbachlaw.com
Attorney for Defendants
Israel H. Polansky and Anne Polansky

# ~:E Citizens Bank ~

20 Cabot Rd
MMF440
Me3ford.MA 0215$

### rmPCE TO CU6TOl\'!ER OF Su~
.QB
### 9THER PROCESS FOR Ct:S10ME~ RECORDS

December 7. 2005

Israel H PolaTIsk:y
7 Deborah Rd Newton
MA 02159

RE:   Subpoen. - Donald Wein wright et al v.OSM ComlJ1\Jnications, Jnc et. III 301-
      <:V.2158

Deaf Si!~am:

Notice is hereby given ofrcccipt by Citizens Bank of Connecticut ("Bauk") ofa summons. 5ubpoena, demAnd or other mstrumcnt(s) coJ)ecnvcJy (nsumutOns") ~uiring the Bank to testify and/or. produce records and d~umcnts in connection with you andior your 3ecOunt(S) or other re1atiooships v.'ith the B;I.1'.k, a copy of which Summons is annexed hereto.

The Bank roilY be: obtigated to CQmply w.ith the SUIDQ1OnS. unless a proper objection or other appt'opriatl: Ic:;pJ action is tc:ken in the nature of a ~ve order 0"; the 1ilce so as to protect epinst the cfiec;tivcmcss of the Summons or comp11ance therewith.. In the even~ you seek to object to. or; obtain prDtection against the Summons in wholc or in part. or tbc Bank's compliance therewith. kindly protDptly file same at the appropriate pillce and simultar!eously furnish written notice to Violet Radziko."., Jd at the Bank, sucn notice to the Ba...k to be preferably initially given by facsimile. Vicl=t Radzikowski IDa)' be contacted. as follows;

> ViOI- Radzlkowski
> 20 CatMt R'
> MMF44I)
> Medford, \fA 02155
> T~/1qne  781.6.55.  703.
> J'acstmlle (781) 6554130

Sincerely,

~(~            ~~

Assistant KccpeT ()fRcootd$ .
Ref. 156730

Issued by the
## UNITED STATES DISTRICT COURT

DISTRICT OF ...

Donald Wain Wright et al    **SUBPOENA IN A CIVIL CASE**

OSH Communications, Inc et al

Case Number: 3:01-CV-2158

TO: [redacted]

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

All banking records for: Israel Polanski SSN DOB:8/10/10J'incl-di.nq ~
all records and statements of any transactions from any accounts bearing Israel Polanski.a name as account holder or signatory from 1996 to the present.

| PLACE Law Offices of Culkin & McCoy 218 Plank Rd. Waterbury, CT 06705 | DATE AND TIME December 20, 2005  12/20/05 10:00 AM |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)   DATE 10/15/05

Attorney for Plaintiff  Fed Bar# CT18093

Attorney Robert E. Arnold 205 Church St. Suite 310 N. Haven, CT 06510
Ph: 203-777-3000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 16, 2005, a copy of the foregoing **Defendant Israel H. Polansky's Motion to Quash Subpoena** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System. The parties served are as follows:

<u>Counsel for plaintiffs Donald Wainright and Deborah Russo-Williams</u>
Robert E. Arnold III, Esquire
205 Church Street, New Haven CT 06066
E-mail: arnoldlawfirm@msn.com

<u>Counsel for defendants Robert E. Polansky and OSM Communications, Inc.</u>
Michael P. Goldsmith, Esquire
38 W. 21st St., 5th floor, New York NY 10010-6977
E-mail: michael.p.goldsmith@verizon.net

      /s/_____
J. Michael Sulzbach    Fed Bar #ct00206
385 Orange Street
New Haven CT 06511
Telephone: (203) 781-0880
Fax: (203) 781-0861
E-mail: jms@sulzbachlaw.com