UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONALD WAINRIGHT, et al., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 3:01-CV-02158 (WWE) |
| v. | : | |
| | : | |
| OSM COMMUNICATIONS, INC., et al., | : | |
| | : | |
| Defendants. | : | JANUARY 17, 2006 |

**RESPONSE OF DEFENDANT ISRAEL H. POLANSKY**
**TO PLAINTIFFS' OBJECTION TO MOTION TO QUASH**

The plaintiffs mislead the court insofar as they suggest that their subpoena of this defendant's bank records is a subpoena commanding attendance at a trial pursuant to Rule 45(a)(1), Fed.R.Civ.P. On its face, the subpoena is a discovery instrument directing only production and then not to the court but to a law office. Trial has yet to be scheduled and, in the event this defendant prevails on his motion for summary judgment, it never will be scheduled. What the plaintiffs are seeking here is pretrial discovery of banking records which have been specifically denied the plaintiffs during the discovery process and after discovery has been ordered closed.

DEFENDANT ISRAEL H. POLANSKY

/s/_____
J. Michael Sulzbach      Fed Bar ct00206
385 Orange Street
New Haven CT 06511
Tel.: (203) 781-0880
Fax: (203) 781-0861
Email: jms@sulzbachlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2006, a copy of the foregoing **Response of Defendant Israel H. Polansky to Defendants' Objection to Motion to Quash** was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System. The parties served are as follows:

Counsel for plaintiffs Donald Wainright and Deborah Russo-Williams
Robert E. Arnold III, Esquire
205 Church Street, New Haven CT 06066
E-mail: arnoldlawfirm@msn.com

Counsel for defendants Robert E. Polansky and OSM Communications, Inc.
Michael P. Goldsmith, Esquire
38 W. 21st St., 5th floor, New York NY 10010-6977
E-mail: michael.p.goldsmith@verizon.net

/s/_____
J. Michael Sulzbach    Fed Bar #ct00206
385 Orange Street
New Haven CT 06511
Telephone: (203) 781-0880
Fax: (203) 781-0861
E-mail: jms@sulzbachlaw.com