# United States District Court
# District of Connecticut

Donald Wainwright  
*Plaintiff*  
    v.       Case No. 3:01cv2158(WWE)

OSM Communications  
*Defendant*

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

____ All purposes except trial, unless the parties consent to trial before the magistrate judge

____ A ruling on all pretrial motions except dispositive motions

____ To supervise discovery and resolve discovery disputes

_X_ A ruling on the following motions which are currently pending:  
Doc# **151 Motion to Quash**

____ A settlement conference

____ A conference to discuss the following:

____ Other:

SO ORDERED this __19th__ day of __January__, __2006__ at Bridgeport, Connecticut.

/s/_____  
Warren W. Eginton  
Senior United States District Judge