# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DONALD WAINRIGHT, JANET WAINRIGHT & DEBORAH RUSSO-WILLIAMS,** | : : : : | **APPEARANCE** |
| Plaintiffs, | : : | |
| v. | : : | |
| **OSM COMMUNICATIONS, INC., ISRAEL POLANSKY, ROBERT POLANSKY and ANNE POLANSKY** | : : : : | **CASE NO.** **301-CV-2158(WWE)** |
| Defendants, | : | **MARCH 23, 2006** |

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for:

    **DONALD WAINRIGHT, JANET WAINRIGHT, and**
    **DEBORAH RUSSO-WILLIAMS**


                                      By\_\_\_\_\_/s/_____
                                     Michael J. Culkin, Esq. (ct 26831)
                                     Tindall, McCoy, Culkin, & Kestenband LLC
                                     170 Grandview Avenue
                                     Waterbury, CT 06708
                                     Tel: (203) 755-0018
                                     Fax: (860) 979-0029
                                     (800) 837-5901
                                     mc@ctlawyer.biz

## CERTIFICATE OF SERVICE

   I hereby certify that on March 23, 2006, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all partied by operation of the court's electronic filing system or by mail to anyone unable to accept electionic filing as indicated on the Notice of Electronic Filing. The parties served are as follows:

<u>Counsel for Defendants Robert Polansky and OSM Communications Inc.,</u>
Michael P. Goldsmith, Esq., 38 W 21st Street, sixth floor New York, NY 10010-6977
e-mail michael.p.goldsmith@verizon.net

<u>Counsel for Defendants Israel H. Polansky & Anne Polansky</u>
J. Michael Sulzbach 385 Orange Street, New Haven, Connecticut 06511
e-mail jms@sulzbachlaw.com

<u>Co-Counsel for Plaintiffs Donald Wainright, Deborah Russo-Williams & Janet Wainright</u>
Robert Arnold III, 205 Church Street, New Haven, Connecticut
e-mail arnoldlawfirm@msn.com


              PLAINTIFFS: DONALD WAINRIGHT;
              DEBORAH RUSSO-WILLIAMS & JANET
              WAINRIGHT


             ____/s/_____
BY:  Michael J. Culkin
     170 Grandview Avenue
     Waterbury, Connecticut 06708-2513
     (f) 860-979-0029
     (p) 203-755-0018
     mc@ctlawyer.biz
     Federal Bar No. Ct26831