UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DONALD WAINRIGHT et al., : | |
| Plaintiffs, : | CIVIL ACTION NO. |
| : | 3:01-CV-02158 (WWE) |
| V. : | |
| OSM COMMUNICATIONS INC., et al., : | |
| Defendants, : | MARCH 23, 2006 |

## DISCOVERY MEMORANDUM

Plaintiffs hereby submit that the stated reasons for subpoenaing the Bank and more specifically the wire transfer records of Israel Polansky are the same reasons as already set forth in Plaintiffs Objection to Defendant's Motion to Quash of January 6, 2006. Accordingly, the Plaintiff still maintains as follows:

> ...such records are relevant because they can be used to impeach the credibility of the witness at trial. The Plaintiff on operation and belief believes that Israel H. Polansky continued to fund Robert Polansky and his OSM operations beyond those years that the Defendant contends OSM was no longer doing business. This belief is based on the testimony of Israel Polansky who stated that he funded the company and intimated that the company was still active years later and Israel Polansky was still paying the bills.

WHEREFORE, Plaintiff requests that it be permitted to move forward with its subpoena of Israel Polansky's bank records.

PLAINTIFFS: DONALD WAINRIGHT;
DEBORAH RUSSO-WILLIAMS & JANET
WAINRIGHT

BY: *[signature]* Michael J. Culkin
170 Grandview Avenue
Waterbury, Connecticut 06708-2513
(f) 860-979-0029
(p) 203-755-0018
mc@ctlawyer.biz
Federal Bar No. Ct26831

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2006, the following was delivered in hand and by us postage 1st class to the following counsel of record.

<u>Counsel for Defendants Robert Polansky and OSM Communications Inc.,</u>
Michael P. Goldsmith, Esq., 38 W 21st Street, sixth floor New York, NY 10010-6977
e-mail michael.p.goldsmith@verizon.net

<u>Counsel for Defendants Israel H. Polansky & Anne Polansky</u>
J. Michael Sulzbach 385 Orange Street, New Haven, Connecticut 06511
e-mail jms@sulzbachlaw.com

<u>Co-Counsel for Plaintiffs Donald Wainright, Deborah Russo-Williams & Janet Wainright</u>
Robert Arnold III, 205 Church Street, New Haven, Connecticut
e-mail arnoldlawfirm@msn.com

PLAINTIFFS: DONALD WAINRIGHT;
DEBORAH RUSSO-WILLIAMS & JANET
WAINRIGHT

BY: Michael J. Culkin
170 Grandview Avenue
Waterbury, Connecticut 06708-2513
(f) 860-979-0029
(p) 203-755-0018
mc@ctlawyer.biz
Federal Bar No. Ct26831