UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DONALD WAINWRIGHT, et al

    v.                                                Case Number: 3:01cv2158(WWE)

OSM COMMUNICATIONS, INC., et al

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to <u>Magistrate Judge Holly B. Fitzsimmons</u> for the following purposes:

    \_\_\_\_\_ All purposes except trial, unless the parties consent to trial before the magistrate judge.

    \_\_\_\_\_ A ruling on all pretrial motions, except dispositive motions.

    \_\_\_\_\_ To supervise discovery and resolve discovery disputes.

    \_\_\_\_\_ A ruling and hearing on the following motion(s) which is/are currently pending:
Document #

    \_\_\_ X \_\_\_ A settlement conference.

    \_\_\_\_\_ A conference to discuss the following:

    \_\_\_\_\_ Other:

SO ORDERED this 23rd of March , 2006, at Bridgeport, Connecticut.

/s/_____
Warren W. Eginton
Senior U. S. District Judge

rev. 3/22/06