UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| WAINWRIGHT et al., : | |
|     Plaintiff, : | |
| : | |
| v. : | 3:01-cv-2158 (WWE) |
| : | |
| OSM COMMUNICATIONS, : | |
|     Defendant. : | |

**PRETRIAL ORDER**

This case is set for trial the week of September 11, 2006. By August 14, 2006, each party shall exchange and file with the Court in duplicate, their Trial Memoranda which shall contain the following information:

1) Brief summary of case

2) Voir Dire

3) List of Witnesses

4) List of Exhibits

5) Deposition designations and cross-designations.

6) **Proposed jury instructions** and **proposed verdict forms**

(With disc Wordperfect 10.0 format)

Dated this 26th day of May 2006 at Bridgeport, Connecticut.

_____/s/_____
Warren W. Eginton
Senior U.S. District Judge