UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONALD WAINRIGHT, ET AL., | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION NO. |
| | : | 3:01-CV-02158 (WWE) |
| v. | : | |
| | : | |
| OSM COMMUNICATIONS, INC., ET AL., | : | |
| | : | |
| Defendants. | : | AUGUST 8, 2006 |

**MOTION FOR EXTENSION OF TIME**

Defendants OSM Communications, Inc. and Robert E. Polansky move for an extension of time to file their Pre-trial Memorandum currently due on August 14, 2006 to September 30, 2006 and a three month adjournment of the trial in this matter which is currently scheduled to commence the week of September 11, 2006. The request is made at this time due to the fact that the pre-trial settlement conference is scheduled to take place on Friday August 11, 2006, the parties have engaged in good faith discussions to resolve the disputes between them and there is a reasonable possibility that a settlement can be reached with the assistance and involvement of Magistrate Holly Fitzsimmons.

I have spoken with both Michael Culkin, Esq., plaintiffs' counsel and J. Michael Sulzbach, Esq., defendant Israel Polansky's counsel, and both attorneys have expressed not only their consent but join in this application for the requested extension of time to serve the pre-trial memoranda and adjournment of the scheduled trial of the matter.

                          DEFENDANT
                          OSM COMMUNICATIONS, INC.
                          ROBERT E. POLANSKY

By: _____
        Michael P. Goldsmith
        *Attorney for Defendants*
        *OSM Communications, Inc. and*
        *Robert E. Polansky*
        21 East 40th Street – 22nd Floor
        New York, NY 10016
        Telephone: (212) 292-2000
        Fed. Bar No. phv0219
        michael.p.goldsmith@verizon.net

## **CERTIFICATE OF SERVICE**

This is to certify that on this 8th day of August 2006, a copy of the foregoing motion was served electronically by sending it to:

| | |
|---|---|
| Michael J. Culkin, Esq. | J. Michael Sulzbach, Esq. |
| *Attorney for Plaintiffs* | *Attorney for defendant* |
| Law Offices of Jason L. McCoy, LLC |    *Israel Polansky* |
| 280 Talcottville Road | 385 Orange Street |
| Vernon, CT 06066 | New Haven, CT 06511 |
| mc@ctlawyer.biz | jms@sulzbachlaw.com |

                                        _____
                                        Michael P. Goldsmith, Esq.