UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Donald Wainright, et al

V.                                    Case Number:  3:01cv2158 WWE

OSM Communications, et al

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on August 11, 2006 to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on September 10, 2006 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, August 14, 2006.


                    KEVIN F. ROWE, CLERK

                    By: ___/s/_____
                         Diane Kolesnikoff
                         Deputy Clerk