UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DONALD WAINRIGHT, ET AL. | : | CIVIL ACTION NO. |
| *Plaintiffs* | : | 3:01 CV 02158 (WWE) |
| | : | |
| v. | : | |
| | : | |
| OSM COMMUNICATIONS, ET AL. | : | |
| *Defendants* | : | September 7, 2006 |

### PLAINTIFFS REQUEST FOR BRIEF EXTENSION OF TIME
### TO FILE STIPULATION OF PARTIES BY AGREEMENT OF ALL PARTIES

The Plaintiffs in the above captioned matter are aware that the Court has ordered that a Stipulation be submitted to this Court on September 11, 2006. Plaintiffs represent that the parties did successfully submit to mediation on this case on August 11, 2006 before the Honorable Holly Fitzsimmons and a settlement figure was agreed too at that time. The parties however are dealing with some outlying issues which require a brief extension of time to resolve. Accordingly, the Plaintiff respectfully requests an additional ten days to resolve all issues and comply with this Court's Orders. This request is made upon consultation and with the consent of all parties involved.

THE PLAINTIFFS,
DONALD WAINRIGHT, JANET WAINRIGHT
and DEBORAH RUSSO-WILLIAMS

By: _____
Michael J. Culkin, Esq.
280 Talcottville Road
Vernon, CT 06066
Federal Bar Number 26831

## CERTIFICATION

This is to certify that a true copy of the foregoing was sent via regular U.S. Mail, postage prepaid, to the following counsel of record, on September 7, 2006:

Michael P. Goldsmith, Esq.
38 West 21st Street
New York, New York 10010-6977

J. Michael Sulzbach, Esq.
385 Orange Street
New Haven, CT 06511

_____
Michael J. Culkin, Esq.