10/18/06
01CV2158JHT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2006 OCT 18 P 4:08
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Donald Wainwright, et al

v.                                                                  3:01cv2158( WWE)

OSM Communications, et al

## JUDGMENT

On August 14, 2006, pursuant to Local Rule 41(b), notice was sent to all counsel of record indicating that the above-entitled case would be dismissed if closing papers were not filed on or before September 10, 2006, and an extension of time having been granted until October 10, 2006. No closing papers have been received and no additional requests for continuance have been filed.

Therefore, it is ORDERED that the complaint be dismissed pursuant to Local Rule 41(b), without costs to any party and without prejudice to the right of any party to move within 30 days, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut, this 18th day of October 2006.

KEVIN F. ROWE, Clerk

By _Rosalie A. Krajcik_
Deputy Clerk

Entered on Docket _____