## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **DONALD WAINRIGHT, ET AL.** | : | CIVIL ACTION NO. |
| *Plaintiffs* | : | 3:01 CV 02158 (WWE) |
| | : | |
| v. | : | |
| | : | |
| **OSM COMMUNICATIONS, ET AL.** | : | |
| *Defendants* | : | November 17, 2006 |

### PLAINTIFFS MOTION TO REOPEN JUDGMENT PURSUANT TO LOCAL RULE 41(b)

The Plaintiffs in the above captioned matter are aware that the Court on October 18, 2006 entered a Judgment to dismiss this case owing to the fact that a settlement had been successfully mediated by the Honorable Justice Fitzsimmons in August 2006. Plaintiffs counsel is aware that there are funds available and it has signed its releases. However, there are a few matters that the parties still need to come to agreement on regarding the settlement before the funds may be disbursed and verified. Accordingly, the parties are moving forward with this settlement, in good faith; however, the settlement has not yet been fully consummated. It is anticipated that the settlement should proceed without complication over the next 20 days with all parties receiving an adequate and fair settlement from this

TINDALL, MCCOY, CULKIN & KESTENBAND, LLC
280 TALCOTTVILLE ROAD
VERNON, CONNECTICUT 06066
TEL: (203) 755-0018 FAX: (860) 979-0064
JURIS NO. 425457

matter. Respectfully the Plaintiff therefore requests that the case be permitted to be reopened upon this motion for good cause and to avoid any unfair prejudice in accordance with Local Rule 41(b). I have communicated that I am filing this motion to Attorney Michael Goldsmith and I left a message for Attorney Michael J. Sulzbach who is out of state of Connecticut until next week.

        THE PLAINTIFFS,
        DONALD WAINRIGHT and DEBORAH RUSSO-WILLIAMS

By: _____

        Michael J. Culkin, Esq.
        280 Talcottville Road
        Vernon, CT 06066
        Federal Bar Number 26831

## CERTIFICATION

This is to certify that a true copy of the foregoing was sent via regular U.S. Mail, and email postage prepaid, to the following counsel of record, on November 17, 2006:

Michael P. Goldsmith, Esq.
38 West 21st Street
New York, New York 10010-6977

J. Michael Sulzbach, Esq.
385 Orange Street
New Haven, CT 06511

                                                    Michael J. Culkin, Esq.