# United States District Court
# District of Connecticut

Donald Wainwright, et al
*Plaintiff*

v.                                    Case No. 3:01cv2158(WWE)

OSM Communications, Inc.
*Defendant*

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

____   All purposes except trial, unless the parties consent to trial before the magistrate judge

____   A ruling on all pretrial motions except dispositive motions

____   To supervise discovery and resolve discovery disputes

____   A ruling on the following motions which are currently pending:
Doc# **178 Motion to reopen case**

____   A settlement conference

____   A conference to discuss the following:

____   Other:


SO ORDERED this   20th   day of   December  ,   2006   at Bridgeport, Connecticut.


                        /s/_____
                        Warren W. Eginton
                        Senior United States District Judge