```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

|                              |   |                          |
|------------------------------|---|--------------------------|
| DONALD WAINWRIGHT,           | : |                          |
| JANET WAINWRIGHT and         | : |                          |
| DEBORAH A. RUSS-WILLIAMS     | : |                          |
|                              | : |                          |
| v.                           | : | C.V. NO. 3:01CV2158 (WWE)|
|                              | : |                          |
| O.M. COMMUNICATIONS, INC.,   | : |                          |
| ISRAEL H. POLANSKY,          | : |                          |
| ROBERT E. POLANSKY, and      | : |                          |
| ANNE POLANSKY                | : |                          |

ORDER

⎯⎯⎯⎯⎯This case was settled in August 2006, with payment to be made by Attorney Sulzbach's client in two installments by October 16, 2006. Plaintiffs agreed to assist defendants in recovering data from defendants' computers and, to that end, provided passwords at the settlement conference. Payment has not been made. Plaintiffs filed a Motion to Reopen the case. [Doc. #178].

On July 20, 2007, the Court conducted a telephone conference with Attorneys J. Michael Sulzbach, Michael Culkin, and Michael Goldsmith. At this conference, defendants' counsel represented that they will have access to the necessary hardware beginning on August 1, 2007. However, defendants' counsel stated that they need further assistance from plaintiffs in making the systems operational.

Therefore, each plaintiff will devote one day, not to exceed eight hours, to assisting defendants in their efforts to run the designated hardware and software. They will appear at a reasonable location designated by defendants, on a mutually agreeable day or days. Plaintiffs will provide assistance in good faith.

Payment will be made to plaintiffs in the amount agreed to at the settlement conference, within five days of their appearance at the designated location or by August 31, 2007, whichever is sooner. Success in running the designated software/hardware is not a precondition or prerequisite to payment, or a measure of good faith assistance.

Counsel will make an interim report on the arrangements and progress at the telephone conference scheduled for August 17, 2007, at 2:30 p.m.

SO ORDERED at Bridgeport this 20th day of July 2007.

__/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE