```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
                                        :
DONALD WAINRIGHT,                       :
JANET WAINRIGHT and                     :
DEBORAH A. RUSSO-WILLIAMS               :
                                        :
                                        :
v.                                      :   CIV. NO. 3:01CV2158 (WWE)
                                        :
OSM COMMUNICATIONS, INC.,               :
ISRAEL H. POLANSKY,                     :
ROBERT E. POLANSKY, and                 :
ANNE POLANSKY                           :
                                        :
                                        :
                                        :
```

## RULING ON MOTION TO REOPEN JUDGMENT

A conference call was held on August 17, 2007, to discuss finalizing settlement. This case was reported settled on August 14, 2006, [doc, #171], and the case was closed on October 18, 2006 [doc. #177]. On November 17, 2006, plaintiff filed a Motion to Reopen Case Pending Settlement,[1] stating that, "there are a few matters that the parties still need to come to an agreement on regarding the settlement before the funds may be disbursed and verified." [Doc. #178]. Plaintiffs stated that it was "anticipated that the settlement should proceed without complication over the next 20 days." Id.

Conferences with the Court were held on February 21, March

---

[1] The motion was referred on December 20, 2006. [Doc. #179].

1

7, April 5, May 3, July 20, and August 17, 2007.[2]  Today, defendant requested another thirty (30) days or to September 30, 2007, to transfer tapes into a p.c. friendly format so that plaintiffs may assist in the recovery of information, before paying the remaining funds agreed to in the settlement.  Upon careful consideration, defendants' oral request is denied.

Defendant will pay the final settlement amount into an escrow account by Friday, August 31, 2007.  The final transfer of settlement funds will be made to plaintiffs no later then Monday, September 17, 2007.

By agreement, Plaintiffs' Motion to Reopen Judgment **[Doc. #178] is DENIED** without prejudice to renewal, within sixty (60) days of today's date, if defendants fail to comply with this ruling and order.

SO ORDERED at Bridgeport this 17th day of August 2007

__/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE

---

[2] A conference call was cancelled on June 17, 2007, due to the illness of one of the attorneys.