UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
DONALD WAINWRIGHT              :
JANET WAINWRIGHT               :
DEBORAH A. RUSSO-WILLIAMS      :
                               :
          v.                   :   CIV. NO. 3:01CV2158 (WWE)
                               :
OSM COMMUNICATIONS, INC.       :
ISRAEL H. POLANSKY             :
ROBERT E. POLANSKY             :
ANNE POLANSKY                  :
                               :
```

**ORDER**

This case was reported settled in August 2006, with payment to be made by defendant Israel Polansky, in two installments, by October 16, 2006. Plaintiffs agreed to assist defendants in recovering data from defendants' computers and, to that end, provided passwords at the settlement conference. Payment has not been made. Plaintiffs filed a Motion to Reopen the case on November 17, 2006. [Doc. #178].

On August 17, 2007, the Court ordered defendant to pay the final settlement amount into Attorney Sulzbach's escrow account by Friday, August 31, 2007. The final transfer of settlement funds was to be made to plaintiffs not later then Monday, September 17, 2007. [Doc. #188 at 2].

On September 26, 2007, plaintiff's counsel reported to the Court that defendant had not made the payment as ordered by the Court.

A hearing was held on October 4, 2007, for defendant Israel Polansky to show cause why sanctions should not enter for his failure to materially comply with this Court's August 17, 2007 Order.[1]

At the hearing, counsel for Mr. Polansky stated that no settlement funds were escrowed on August 31, 2007.  Counsel believed that $23,000 was deposited into his firm's trustee account on October 3, 2007, representing one half of the settlement funds.  Mr. Polansky requested until Saturday, December 1, 2007, to pay the remaining $23,000.

Accordingly, defendant will forthwith pay over to plaintiffs' counsel the escrowed funds of $23,000.  Any delay in transmitting the payment of the escrowed funds shall be immediately reported to the Court.

Defendant's oral request to pay plaintiffs the remaining balance of $23,000 by December 1, 2007 is **GRANTED** on consent; however, because December 1 is a Saturday, the due date will be Friday, November 30, 2007.  Defendant Israel Polansky will execute a promissory note for $23,000, plus interest calculated at the statutory rate, in a form acceptable to plaintiffs' counsel and will provide disclosure of assets, also in a form acceptable to plaintiffs' counsel, on or before Friday, October 12, 2007.

Plaintiffs are awarded interest on the settlement amount of

---

[1] Israel Polansky was excused from attending the hearing. His counsel, Michael Sulzbach, was present and spoke on his behalf.

$46,000, calculated from October 16, 2006 at the statutory rate, until such time that the entire settlement amount is paid in full. All monies owed will be paid on or before November 30, 2007.

Plaintiffs agreed to make reasonable efforts to recover data from OSM Communication computers, which will be provided to them. Plaintiffs' cooperation is voluntary. Israel Polansky's payment of the remaining settlement funds by November 30, 2007, is not conditioned on plaintiffs' efforts, cooperation, or results in recovering data.

Plaintiffs' oral Motion to renew their Motion to Reopen was **GRANTED** on the record at the hearing. **[Doc. #178]**. The Motion to Reopen will pend to give the defendant until November 30, 2007 to satisfy the settlement agreement.

SO ORDERED at Bridgeport this 4th day of October 2007.

\_\_\_/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE