**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **DONALD WAINRIGHT, ET AL.** : | CIVIL ACTION NO. |
| **Plaintiffs** : | 3:01 CV 02158 (WWE) |
| : | |
| v. : | |
| : | |
| : | |
| **OSM COMMUNICATIONS, ET AL.** : | |
| **Defendants** : | February 7, 2008 |

**PLAINTIFF'S RENEWED MOTION TO REOPEN JUDGMENT PURSUANT TO LOCAL RULE 41(b)**

The Plaintiffs in the above captioned matter respectfully ask the Court to consider the following, to wit:

1. The Court on October 18, 2006 entered a Judgment to dismiss the above captioned matter because a settlement had been successfully mediated by the Honorable Justice Fitzsimmons in August 2006;

2. Plaintiff's counsel was informed that there are funds available and it has signed its releases;

3. In an effort to resolve several ancillary matters related to the instant settlement, the Plaintiff moved this Court to re-open the judgment pending the resolution of these issues;

4. On October 5, 2007, the Honorable Judge Fitzimmons took judicial notice of the Plaintiff's motion to re-open.

At this time the Plaintiffs move the Court to re-open the settlement of this matter in accordance with Local Rule 41 (b) as the Defendants have refused to provide the settlement

funds agreed to. Further the Plaintiffs request a hearing in this matter before Judge Fitzimmons so that the Defendants may show cause as to their failure to comply with the terms of the settlement agreement. Plaintiffs request that the Court issue an order that the Defendants comply with the settlement agreement forthwith.

THE PLAINTIFFS,

DONALD WAINRIGHT and DEBORAH RUSSO-WILLIAMS

By: *[signature]*

Michael J. Culkin, Esq.
182 Grand Street
Waterbury, Connecticut 06702
Federal Bar Number 26831
TEL: (203) 725-8984  FAX: (203) 756-5888
m@culkinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2008, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all partied by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. The parties served are as follows:

Counsel for Defendants Robert Polansky and OSM Communications Inc.,

Michael P. Goldsmith, Esq., 38 W 21st Street, sixth floor New York, NY 10010-6977

e-mail michael.p.goldsmith@verizon.net

Counsel for Defendants Israel H. Polansky & Anne Polansky

J. Michael Sulzbach 385 Orange Street, New Haven, Connecticut 06511

e-mail jms@sulzbachlaw.com

Co-Counsel for Plaintiffs Donald Wainright, Deborah Russo-Williams & Janet Wainright

Robert Arnold III, 205 Church Street, New Haven, Connecticut

e-mail arnoldlawfirm@msn.com

PLAINTIFFS: DONALD WAINRIGHT;
DEBORAH RUSSO-WILLIAMS & JANET
WAINRIGHT

By_____

Michael J. Culkin, Esq. (ct 26831)
The Culkin Law Firm, LLC
182 Grand Street, Suite 415
Waterbury, CT 06702
Tel: (203) 725 - 8984
Fax: (203) 756-5888
m@culkinlaw.com