**UNITED STATES DISTRICT COURT**

**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **DONALD WAINRIGHT, ET AL.** | : | CIVIL ACTION NO. |
| **Plaintiffs** | : | 3:01 CV 02158 (WWE) |
| | : | |
| v. | : | |
| | : | |
| **OSM COMMUNICATIONS, ET AL.** | : | |
| **Defendants** | : | February 6, 2008 |

**PLAINTIFF'S NOTICE OF MANUAL FILING**

The Plaintiffs in the above captioned matter respectfully give notice of manual filing of the Plaintiff's Renewed Motion to Reopen Judgment. This document is being filed manually because our office was not equipped to file electronically through the CM/ECF program. We only had to ability to review documents.

The reason for the manual filing is that the undersigned Attorney recently separated from his partners and began a solo practice. The passwords for electronic filing were misplaced during the move. Furthermore, please be advised that our office is taking the necessary steps to request a new password so that this manual filing will no longer be necessary.

THE PLAINTIFFS,

DONALD WAINRIGHT and DEBORAH RUSSO-WILLIAMS

By: _____

Michael J. Culkin, Esq.
182 Grand Street
Waterbury, Connecticut 06702
Federal Bar Number 26831
TEL: (203) 725-8984  FAX: (203) 756-5888
JURIS NO. 26831

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2008, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all partied by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. The parties served are as follows:

Counsel for Defendants Robert Polansky and OSM Communications Inc.,

Michael P. Goldsmith, Esq., 38 W 21st Street, sixth floor New York, NY 10010-6977

e-mail michael.p.goldsmith@verizon.net

Counsel for Defendants Israel H. Polansky & Anne Polansky

J. Michael Sulzbach 385 Orange Street, New Haven, Connecticut 06511

e-mail jms@sulzbachlaw.com

Co-Counsel for Plaintiffs Donald Wainright, Deborah Russo-Williams & Janet Wainright

Robert Arnold III, 205 Church Street, New Haven, Connecticut

e-mail arnoldlawfirm@msn.com

PLAINTIFFS: DONALD WAINRIGHT;
DEBORAH RUSSO-WILLIAMS & JANET
WAINRIGHT

By_____

Michael J. Culkin, Esq. (ct 26831)
The Culkin Law Firm, LLC
182 Grand Street, Suite 415
Waterbury, CT 06702
Tel: (203) 725 - 8984
Fax: (203) 756-5888
m@culkinlaw.com