# United States District Court
# District of Connecticut

| | |
|---|---|
| Donald Wainwright, et al *Plaintiff* | : : : : : |
| v. | : : Case No. 3:01cv2158 (WWE) |
| OSM Communications, et al *Defendant* | : : : |

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

☐ All purposes except trial, unless the parties consent to trial before the magistrate judge

☐ A ruling on all pretrial motions except dispositive motions

☐ To supervise discovery and resolve discovery disputes

☒ A ruling on the following motions which are currently pending:
Doc#**94  Motion to Reopen case**

☐ A settlement conference

☐ A conference to discuss the following:

☐ Other:


SO ORDERED this  19th  day of  February ,  2008  at Bridgeport, Connecticut.


/s/_____
Hon. Warren W. Eginton
SENIOR UNITED STATES DISTRICT JUDGE