```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


DONALD WAINWRIGHT               :
JANET WAINWRIGHT                :
DEBORAH A. RUSSO-WILLIAMS       :
                                :
        v.                      :   CIV. NO. 3:01CV2158 (WWE)
                                :
OSM COMMUNICATIONS, INC.        :
ISRAEL H. POLANSKY              :
ROBERT E. POLANSKY              :
ANNE POLANSKY                   :
                                :
```

**ORDER TO SHOW CAUSE**

This case was reported settled in August 2006, with payment to be made by Attorney Sulzbach's client, Israel Polansky, in two installments by October 16, 2006.  Plaintiffs agreed to assist defendants in recovering data from defendants' computers and, to that end, provided passwords at the settlement conference.  Payment was not been made.  Plaintiffs filed a Motion to Reopen the case.  [Doc. #178].

On July 20, 2007, the Court conducted a telephone conference with Attorneys J. Michael Sulzbach, Michael Culkin, and Michael Goldsmith.  It was agreed that the settlement payment would be made to plaintiffs in the amount agreed to at the settlement conference, within five days of their appearance at the designated location or by August 31, 2007, whichever was sooner.

A telephone conference was held on August 17, 2007, at which time counsel for defendant Israel Polansky sought another thirty (30) days or to September 30 to transfer tapes into a p.c.

friendly format so that plaintiffs could assist in the recovery of information, before paying the remaining funds agreed to in the settlement. The Court denied defendant's request. [Doc. #188 at 2].

On August 17, 2007, the Court ordered defendant to pay the final settlement amount into an escrow account by Friday, August 31, 2007. The final transfer of settlement funds was to be paid to plaintiffs no later then Monday, September 17, 2007. [Doc. #188 at 2].

Plaintiffs' Motion to Reopen Judgment was denied without prejudice to renewal within sixty (60) days, or by October 17, 2007, if defendants failed to comply with the Court's ruling and order. [Doc. #188 at 2].

On September 26, 2007, plaintiff's counsel contacted the Court to report that defendant has not paid the remaining funds within the time frame ordered by the Court.

On October 4, 2007, a Show Cause hearing was held and the parties mediated a resolution.

On February 8, 2008, plaintiff's renewed the Motion to Reopen Judgment stating that "defendants have refused to provide the settlement funds agreed to. . . . . " [Doc. #194].

It is HEREBY ORDERED that counsel for defendant Israel Polansky appear before the undersigned Judge of the United States District Court for the District of Connecticut on the **6th day of March 2008 at 12:30PM** in Courtroom 4, U.S. Courthouse, 915 Lafayette Boulevard, Bridgeport, to show cause why sanctions

should not enter for his failure to materially comply with this Court's August 17, 2007 Order.

The Court will hear plaintiffs on their renewed Motion to Reopen at the hearing.

SO ORDERED at Bridgeport this 28th day of February 2008.

```
           __/s/_____
           HOLLY B. FITZSIMMONS
           UNITED STATES MAGISTRATE JUDGE
```