# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

**APPEARANCE**

FILED
2008 FEB 29 A 10: 57
US DISTRICT COURT
BRIDGEPORT, CONN

Donald Wainright, et al.,
Plaintiffs
v.
OSM Communications, Inc. et al
Defendants

CASE NUMBER: Civil Action No.
3:01-CV-02158 (WWE)(HBS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for:

PRO SE

Feb. 28, 2007
**Date**

Signature: Robert E. Polansky

**Connecticut Federal Bar Number**

**Print Clearly or Type Name**: Robert E. Polansky

917-902-0049
**Telephone Number**

**Address**: 3 East 69th St.

212-472-7704
**Fax Number**

New York NY 10021

RobertEPolansky@AOL.com
**E-mail address**

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

J. Michael Sulzbach, 385 Orange St., New Haven, CT 06511 203-781-0880

Michael Culkin, Culkin Law Firm, 182 Grand St. Suite 415
Waterbury, CT 06702
(203-725-8984)

Signature

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service)

Appearance.frm.Jan.2001