FEB 29 2008

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DONALD WAINRIGHT, ET AL.,

    Plaintiffs,　　　　　　　　　　CIVIL ACTION NO.
　　　　　　　　　　　　　　　　　　　3:01-CV-02158 (WWE) (HBS)

v.

OSM COMMUNICATIONS, INC., et al.,

    Defendants,　　　　　　　　　　February 28, 2008

### MOTION FOR EXTENSION OF TIME

This is to file a motion for a 45 day extension of time in order to obtain new legal council to oppose/answer the plantiff's motion to reopen the case.

Specifically, Mr. Michael Goldsmith, current attorney of record, has informed Messrs. Sulzback, Culkin and myself that he has gone into private practice full time and as such has to withdraw from the case. (communication enclosed).

As such, I need to request a 45 day extension to obtain new legal council given the importance and need to be represented.

                                              Robert E. Polansky

Copies First Class Mail To:
J.Michael Sulzbach, 385 Orange Street, New Haven, CT. 06511
M.Culkin, Culkin Law Firm LLC., 182 Grand Street, Suite 415, Waterbury, CT. 06702

ok ✓

Subj: **FW: Summary of ECF Activity**
Date: 2/14/2008 5:09:38 P.M. Eastern Standard Time
From: michael.p.goldsmith@verizon.net
To: RobertEPolansky@aol.com

As you can see below, apparently a motion has been made to re-open the matter.

As I am now working full time at McGovern & Company, I can no longer help you with this matter and you will need to find someone to continue representing you on this case.

I hope all is well.

Michael Goldsmith

---

**From:** CMECF@ctd.uscourts.gov [mailto:CMECF@ctd.uscourts.gov]
**Sent:** Thursday, February 14, 2008 12:25 AM
**To:** CMECF@ctd.uscourts.gov
**Subject:** Summary of ECF Activity

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
**\*\*\* NOTE TO PUBLIC ACCESS USERS \*\*\***
**This Daily Summary Report may contain documents for which one or more of the following policies apply:**

**Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.
There is no charge for viewing opinions.**

**You will be charged for viewing transcripts according to the total number of pages; the 'free look' and 30 page limit does not apply.**

**Activity has occurred in the following cases:**

3:01-cv-02158-WWE Wainright, et al v. OSM Communications, et al
**Motion to Reopen Case  194**

**Docket Text:**
MOTION to Reopen Case by Donald Wainright, Deborah A. Russo-Williams.Responses due by 2/29/2008 (Attachments: # (1) Notice of Manual Filing)(Candee, D.)