UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2008 FEB 29 P 4: 48

U.S. DISTRICT COURT
BRIDGEPORT, CONN

DONALD WAINRIGHT, ET AL.,

    Plaintiffs,

    v.

OSM COMMUNICATIONS, INC., et al.,

    Defendants,

CIVIL ACTION NO.
3:01-CV-~~20158~~ (WWE) (HBS)
2158

February 28, 2008

## OBJECTION & OPPOSITION TO PLAINTIFF MOTION TO REOPEN CASE

Plaintiffs have filled a Motion to Reopen Case 194, with response due by February 29, 2008.

The Defendants are opposed to this motion for an equitable settlement has been negotiated through Magistrate Holly Fitzimmons.

Specifically, the Defendants were to pay a total of $46,000 in two payments while the defendants were to use their best efforts to provide documentation for the software tape files appropriated when they exited the premises of OSM Communications in 1999 and in the custody of the plaintiffs.

The plaintiffs finally acknowledged that they had taken the tapes and as part of the settlement, sent tapes of the software to the defendants who at their expense transferred the tapes to readable DVD at which time the plaintiffs were to provide an analysis of the content and to read the contents of Ms. Russo's computer which was provided to her and which was given to her and which (as far as we are aware) is currently in her possession. Only she could read the computer contents.

In good faith the defendants made the first payment of $23,000. The second payment was to made after Russo and Wainright provided detail as to tape/dvd content so that it could be used once again by the defendants properly.

This has not been done and as a result the defendants are reluctant to turn over the additional $23,000.

Completion of the arrangement requires that the software be returned in a form which can be understood and made functional once again. Without that condition, there is no ability to program or utilize the system representing further losses to the defendants.

The defendants arranged for the plaintiffs to interface with a Mr. James King, their former supervisor under which the software was developed in the 1990's as an impartial help to the process. This is an additional expense to the defendants who will need to provide compensation to him as a consultant.

Expenses to date: $2,800 to transfer tapes to DVD, consulting time James King $5,000.

It will require an estimated $15,000-$20,000 for the sign manufacturer to read the tapes and provide what the plaintiffs have been directed by the Court to provide. They will not do so without payment.

As such, the defendants are reluctant to provide the last payment of $23,000 given the potential need to utilize the funds to complete the process of returning what the plaintiffs took/appropriated when they left the employ of OSM Communications.

In sum, we oppose the motion for:

1. With great time, effort and legal expense a settlement has been negotiated which is acceptable to the defendants.

2. The ability to comply with the terms of the settlement are well within the means of the plaintiffs and the defendants have made an expert consultant with whom the plaintiffs at their own admission, would be quite comfortable working with...Mr. James King a current AOL executive manager in Richmond, Virginia.

3. In good faith the we the defendants have paid the first of two installments on a timely basis, $23,000 and in doing so have shown our good faith.

4. A reopening of the case could only be considered a further waste of the courts time and a diminuation of the time, energy and great expense (both legal and otherwise) already devoted to this case over the last 7 years.

As such, we oppose the motion to reopen the case and ask the court to direct the plaintiffs to comply with the terms of the settlement which for some reason, they are reluctant to do.

*[signature]*
Robert Polansky
3 East 69th Street
New York, NY
(917) 902-0049

Sworn to before me this 28th day of February, 2008

*[signature]*
Notary Public

MICHAEL P. GOLDSMITH
NOTARY PUBLIC - STATE OF NEW YORK
NO. 02-GO4759534
QUALIFIED IN NEW YORK COUNTY
MY COMMISSION EXPIRES SEPT. 30, 2010

This is to certify that on the 28th of February a copy of the above was forwarded electronically to:

Michael Culkin – m@culkinlaw.com

J. Michael Sulzbach – jms@sulzbachlaw.com

**Original To: Office of the Clerk United States District Court District of Connecticut, 915 Lafayette Boulevard, Bridgeport, CT 06604**