UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT      FILED

2008 FEB 29 P 4: 09

, DISTRICT COURT

DONALD WAINRIGHT, ET AL.,

    Plaintiffs,

CIVIL ACTION NO.
3:01-CV-~~02158~~ (WWE) (HBS)
    2158

v.

OSM COMMUNICATIONS, INC., et al.,

    Defendants,

February 28, 2007

## MOTION FOR EXTENSION OF TIME

This is to file a motion for a 30 day extension of time in order to for defendant Robert Polansky and OSM Communications, Inc. obtain new legal counsel to oppose/answer the plaintiffs' motion to reopen the case.

Specifically, Mr. Michael Goldsmith, current attorney of record, has informed Attorneys. Sulzback and Culkin and the defendants that he is no longer practicing law and is employed full time by a construction company and as such has to withdraw from the case.

As such, defnendants Robert Polansky and OSM Communications, Inc. need to request a 30-45 day extension to obtain new legal council given the importance and need to be represented.

Michael [signature] smith
Federal Bar Number; phv0219
286 Madison Avenue
22nd Floor
New York, NY 10017
(212) 292-2000

This is to certify that on the 28th of February a copy of the above was forwarded electronically to:

Michael Culkin – m@culkinlaw.com

J. Michael Sulzbach – jms@sulzbachlaw.com


**Original To: Office of the Clerk United States District Court District of Connecticut, 915 Lafayette Boulevard, Bridgeport, CT 06604**