```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


DONALD WAINWRIGHT              :
JANET WAINWRIGHT               :
DEBORAH A. RUSSO-WILLIAMS      :
                               :
          v.                   :   CIV. NO. 3:01CV2158 (WWE)
                               :
OSM COMMUNICATIONS, INC.       :
ISRAEL H. POLANSKY             :
ROBERT E. POLANSKY             :
ANNE POLANSKY                  :
                               :
```

## ORDER

This case was reported settled in August 2006, with payment to be made by Attorney Sulzbach's client, Israel Polansky, in two installments by October 16, 2006. Plaintiffs agreed to assist defendants in recovering data from defendants' computers and, to that end, provided passwords at the settlement conference.

On July 20, 2007, the Court conducted a telephone conference with Attorneys J. Michael Sulzbach, Michael Culkin, and Michael Goldsmith. It was agreed that the settlement payment would be made to plaintiffs in the amount agreed to at the settlement conference, within five days of their appearance at the designated location or by August 31, 2007, whichever was sooner.

A telephone conference was held on August 17, 2007, at which time counsel for defendant Israel Polansky sought another thirty (30) days, to September 30, to transfer tapes into a p.c. friendly format so that plaintiffs could assist in the recovery of information, before paying the remaining funds agreed to in

the settlement.  The Court denied defendant's request. [Doc. #188 at 2].

On August 17, 2007, the Court ordered defendant to pay the final settlement amount into an escrow account by Friday, August 31, 2007. The final transfer of settlement funds was to be paid to plaintiffs no later than Monday, September 17, 2007. [Doc. #188 at 2].

Plaintiffs' Motion to Reopen Judgment was denied without prejudice to renewal within sixty (60) days, or by October 17, 2007, if defendants failed to comply with the Court's ruling and order. [Doc. #188 at 2].

On September 26, 2007, plaintiff's counsel contacted the Court to report that defendant has not paid the remaining funds within the time frame ordered by the Court.

On October 4, 2007, a Show Cause hearing was held and the parties mediated a resolution.

On February 8, 2008, plaintiffs renewed the Motion to Reopen Judgment, stating that "defendants have refused to provide the settlement funds agreed to. . . . . "  [Doc. #194].

On March 6, 2008, with a Show Cause hearing scheduled, the parties meet with the Court to discuss a resolution.  After discussion,  the Court rules as follows:

1. Defendant Israel Polansky will forthwith pay the final settlement amount into the escrow account of plaintiffs' counsel, Michael Culkin.  Attorney Culkin will advise the Court if the funds are not received by March 17, 2008.

2. Plaintiffs' counsel may release half of the settlement funds to plaintiffs upon deposit of the final settlement payment. The balance of the settlement funds will be paid from the escrow account to plaintiffs not later than Tuesday, April 1, 2008.

3. Counsel for defendant Israel Polansky, Michael Sulzbach, will advise plaintiff's counsel and the Court on or before Monday, March 10, 2008, how much time it will take to clone Ms. Russo-Williams' hard drive; what, if any, assistance will be required of Ms. Russo-Williams and how much of her time will be required. Mr. Sulzbach will inform anyone involved in extracting data from the hard drive that efforts to secure information and assistance from Ms. Russo-Williams must be completed not later then April 1, 2008.

4. A followup telephone conference will be held on March 11, 2008 at 11AM.

SO ORDERED at Bridgeport, Connecticut this 6th day of March 2008.

_____/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE