# United States District Court
# District of Connecticut

Donald Wainwright, et al  
*Plaintiff*  
    v.                        Case No. 3:01cv2158 (WWE)

OSM Communications, et al  
*Defendant*

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

☐ All purposes except trial, unless the parties consent to trial before the magistrate judge

☐ A ruling on all pretrial motions except dispositive motions

☐ To supervise discovery and resolve discovery disputes

☒ A ruling on the following motions which are currently pending:  
Doc# **205 Motion for Extension of time**

☐ A settlement conference

☐ A conference to discuss the following:

☐ Other:

SO ORDERED this __25th__ day of __March__, __2008__ at Bridgeport, Connecticut.

/s/_____  
Hon. Warren W. Eginton  
SENIOR UNITED STATES DISTRICT JUDGE