UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2008 MAR 25 A 11: 25
DISTRICT COURT
BRIDGEPORT, CONN

Wainright v._____, Plaintiff

v.

OSM Communications, Defendant
Et Al) Robert E Polansky

Case No: 3:01-cv-02158 (WWE) (HF)
(Put case number here)

### CONSENT TO ELECTRONIC NOTICE BY PRO SE LITIGANT

1. (Complete the first line for electronic notification from the court)

I, Robert E. Polansky
(name of pro se litigant) hereby consent to the court using my email address, as listed below, for the purpose of sending me notification of orders and notices issued by the court.

2. (Complete the second line for electronic service from opposing counsel; **DO NOT COMPLETE THIS LINE IF YOU WANT OPPOSING COUNSEL TO SEND PAPERS BY REGULAR MAIL**)

I, Robert E. Polansky
(name of pro se litigant) hereby consent to opposing counsel using my email address, as listed below, for the purpose of sending me papers filed with the court.

In the event I change my email provider or discontinue my email service, I will notify the court immediately of the address change so my court records may be updated.

Robert E. Polansky
(Name of pro se litigant, typed or printed)

3 East 69 St Apt 2A
Street Address

New York, NY 10021      917-902-0049
City, State, Zip Code                  Telephone

RobertEPolansky@AOl.com
email address

March 22, 2008       [signature]
Date                 Signature

## Certificate of Service

I hereby certify that on 3/23/2008 [date], a copy of foregoing "Consent to Electronic Service By Pro Se Litigant," was filed and served by mail on the following: [list by name and address, every person served]

Michael Calkin Attorney 182 Grand St Suite 415 Waterbury, CT 06702

J. Michael Sulzbach, 385 Orange St New Haven CT 06511

_____
Signature of pro se litigant